# EXHIBIT 1

# JOINT DECLARATION OF CLASS COUNSEL

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **MICHAEL HAMM, JILL BROWN, AUSTIN RUSSELL, CHRISTIAN LAMMEY, NANCY JAMES, JILL WITTMAN,** and **THOMAS MACONE,** individually and on behalf of all others similarly situated, | **Civil Action: 5:19-cv-00488**<br><br>Judge James S. Moody, Jr.<br><br>Magistrate Judge Philip R. Lammens |
| Plaintiffs, | |
| v. | |
| **SHARP ELECTRONICS CORPORATION,** | |
| Defendant. | |

**JOINT DECLARATION OF CLASS COUNSEL**

1.      This declaration is being submitted by Gregory F. Coleman, Rachel Soffin and Lisa White of Greg Coleman Law, Harper Segui and Daniel K. Bryson of Whitfield Bryson LLP and Andrea Gold and Hassan Zavareei of Tycko & Zavareei LLP ("Class Counsel").  We offer this declaration in support of Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses ("the "Motion"). We each have personal knowledge of the facts set forth in this declaration and could testify competently as to these facts if called upon to do so.

**Background and Relevant Procedural History**

2.      Class Counsel have been involved in all aspects of this litigation.  Prior to instituting this litigation, Class Counsel spent many hours investigating the claims against Sharp. Class Counsel interviewed numerous consumers, gathered significant documents about the Microwaves and the alleged defect, and worked with a well-qualified engineering consultant who conducted testing and analysis of the Microwaves, and who also spent many hours investigating the defect,

1

including research of the product specifications, industry standards, and alternative feasible designs.

3.      Following this substantial investigation, related class actions were filed by the undersigned Class Counsel against Sharp in the United States District Court for the Northern District of California (*Brown, et al. v. Sharp Electronics Corporation,* No: 3:19-cv-00371-JD, N.D. Cal.) ("California Action") on January 22, 2019; the United States District Court for the Middle District of Georgia (*Lammey v. Sharp Electronics Corporation*, 3:19-cv-00048-CAR, M.D. Ga.) ("Georgia Action") on May 13, 2019; the United States District Court for the Southern District of Ohio (*James, et al. v. Sharp Electronics Corporation*, No. 2:19-cv-03246-SDM-EPD, S.D. Ohio) ("Ohio Action") on July 26, 2019; the United States District Court for the District of Massachusetts (*Macone v. Sharp Electronics Corporation*, No. 1:19-cv-12021-WGY, D. Mass) ("Massachusetts Action") on September 25, 2019; and the United States District Court for the Middle District of Florida (*Hamm v. Sharp Electronics Corporation,* No. 5:19-cv-00488-JSM-PRL) ("Florida Action") on September 25, 2019.  Each of these actions involved claims that the Class Microwaves contain a defect that causes arcing, which may make the Class Microwaves prone to premature failure.

4.      On July 17, 2020, for purposes of Settlement, Plaintiffs Michael Hamm, Jill Brown, Austin Russell, Christian Lammey, Nancy James, Jill Wittman, and Thomas Macone filed a Consolidated Amended Complaint in this Court (the "Action") (Doc. No. 40).

5.      Prior to negotiating the Settlement in this Action and filing the Consolidated Amended Complaint, the Parties engaged in hard-fought litigation in the related actions. On March 27, 2019, in the California Action, Sharp moved to dismiss the Plaintiffs' Complaint, and sought to stay the action pending resolution of the motion to dismiss.  (California Action, ECF Nos. 25

and 27).  On April 26, 2019, the Plaintiffs in the California Action responded in opposition to Sharp's motions to dismiss and stay (*id.* at ECF Nos. 38 and 41), and Sharp filed its replies in support of its motions to dismiss and stay on May 28, 2019 (*id.* at ECF Nos. 42 and 43). On June 20, 2019, the court in the California Action heard oral argument from both Parties. On June 25, 2019, the court entered an Order confirming its ruling from the bench, which granted the motion to dismiss only as to the Plaintiffs' claim for unjust enrichment, and denied the remaining motion, and further denied Sharp's motion to stay.  (*Id.* at ECF No. 46).  Plaintiffs Brown and Russell subsequently filed a First Amended Complaint on August 22, 2019 (*id.* at ECF No. 55), which Sharp answered on September 19, 2019 (*id.* at ECF No. 56).  In its Answer, Sharp included thirty-three (33) affirmative defenses including, among others, lack of standing, expiration of statute of limitations, disclaimer or limitation of warranties, lack of privity, comparative fault, and failure to mitigate. (*Id.* at ECF No. 56, at 34-40). Following the ruling on Sharp's motions to dismiss and stay in the California Action, the Parties spent considerable time developing a coordinated joint discovery plan ("Joint Discovery Plan") to be applied across all five related actions. Class Counsel and Sharp's Counsel engaged in numerous meet and confer discussions, both via telephone and in writing, regarding the Joint Discovery Plan to be proposed to the court in the California Action per the court's request. The comprehensive Joint Discovery Plan was intended to apply to all related actions and outlined the Parties' agreement as to all of the significant aspects of discovery to be undertaken. In July of 2019, the Joint Discovery Plan was submitted to the Court, and on August 2, 2019, the Parties appeared for a status conference regarding the remaining disputed issues in the Joint Discovery Plan.

6.      On July 12, 2019, in the related Georgia Action, Sharp moved to dismiss Plaintiff Lammey's complaint (Georgia Action, ECF No. 28), and Plaintiff Lammey filed a First Amended

Complaint on August 23, 2019 (*id.* at ECF No. 36).  Sharp filed another motion to dismiss on September 27, 2019 (*id.* at ECF No. 38), and Plaintiff Lammey responded in opposition to the motion to dismiss on November 19, 2019 (*id.* at ECF No. 42).

7.    On October 14, 2019, in the related Ohio Action, Sharp moved to dismiss Plaintiffs James and Wittman's complaint (Ohio Action, ECF No. 29), and the Plaintiffs' response was extended and ultimately stayed while the Parties worked toward resolution of all of the pending actions (Ohio Action, ECF Nos. 37 and 42).  Sharp made known its intention to file similar motions to dismiss in the Florida Action and Massachusetts Action but did not do so given deadline extensions related, in part, to settlement negotiations. The Parties attended several status conferences with the Ohio court by telephone.

**The Settlement Achieves an Excellent Result for the Settlement Class and Is the Result of Extensive Investigation, Hard-Fought Litigation, and Arms-Length Negotiations**

8.    The Settlement was reached only after Class Counsel engaged in substantial investigation of the alleged defect in the Microwaves through consumer interviews, inspection, testing, and analysis of the Microwaves by a well-qualified engineering consultant, review of relevant discovery, complex motion practice, and nearly one year of settlement negotiations.

9.    The negotiations with Sharp were complex, and involved detailed, lengthy and repeated discussions regarding virtually every provision of the Settlement Agreement and its many exhibits, including the structure of the Settlement itself and the claims process, and a myriad of other related issues.

10.    The Parties' settlement negotiations took place over the course of approximately eleven (11) months, and included two (2) lengthy mediations, and numerous follow-up discussions, with the aid of U.S. Magistrate Judge Diane M. Welsh (Ret.), a neutral mediator who has substantial experience mediating class actions.

11.     The Parties' settlement discussions began in August of 2019.  To aid in those discussions, the Parties requested and exchanged discovery pursuant to Rule 408 of the Federal Rules of Evidence, prior to attending mediation.

12.     Plaintiffs and Class Counsel entered into settlement negotiations with substantial information about the nature and extent of the challenged practices, and the merits of the legal claims and factual allegations. Plaintiffs and Class Counsel had the benefit of an engineering consultant's testing and investigation of the Class Microwaves, as well as the ability to review key documents in this matter.

13.     Review of this information positioned Class Counsel to evaluate with confidence the strengths and weaknesses of Plaintiffs' claims and prospects for success at class certification, summary judgment, and trial.

14.     On November 25, 2019, the Parties participated in a lengthy in-person mediation session with Judge Welsh at JAMS in New York, New York.  During the mediation, the Parties exchanged additional discovery pursuant to Rule 408, which aided the settlement discussions. Although the Parties were able to make substantial progress toward the settlement of the Action, the Parties were unable to fully resolve this matter at the first in-person mediation.

15.     On January 27, 2020, the Parties participated in a second in-person mediation session with Judge Welsh at JAMS in New York, New York, at which time the Parties engaged in further arm's-length negotiations. They were able to resolve additional issues regarding settlement, but were still unable to fully resolve this matter at that time.

16.     Following the second in-person mediation session, the Parties continued their arm's-length negotiations over the course of several telephonic discussions with the participation of Judge Welsh.

17.     Finally, on or about February 20, 2020, the Parties agreed to the final material terms of the Settlement, after which they continued their discussions and negotiations of the finer details of the Settlement.

18.     Over a span of approximately five more months, the Parties worked diligently and expended a substantial amount of time and effort to finalize the terms of the Settlement Agreement and ancillary documents, and the plan for class notice, which was completed in July 2020. During this time, the Parties conducted detailed negotiations regarding the language of the class notice and claim forms, and the methodology of the notice plan. *Id.*

19.     On July 27, 2020, the Parties filed their Motion for Preliminary Approval of the Proposed Class Settlement (ECF No. 44), which the Court granted on August 5, 2020 (ECF No. 46).

20.     The Settlement Class consists of the following, as more fully defined in Paragraph 1.37 of the Settlement Agreement:

> All persons residing in the United States who, at any time during the Class Period, became the First Consumer Purchaser of a Class Microwave.

21.     The Agreement provides the following benefits to the Class:

- Extended Warranty:  All Class Members shall receive an extension of the existing manufacturer's warranty for documented arcing claims within any Class Microwave. The Extended Warranty shall extend the term of the existing manufacturer's warranty of one (1) year for parts and labor, and five (5) years for parts relating only to the magnetron tube, to an enhanced extended warranty of five (5) years for documented arcing claims.

- Treatment under Extended Warranty:

    o   Replacement Microwave and Reimbursement of Labor and/or Costs: The extended warranty includes the opportunity to receive a new replacement

Microwave, which is comparable to the existing Class Microwave, in the event of a **d**ocumented **a**rcing **c**laim, along with reimbursement of any labor and/or costs in connection with the **d**ocumented **a**rcing **c**laim of up to $150.00 per class member.

o <u>Cash Option and Reimbursement of Labor and/or Costs</u>: In lieu of a replacement Microwave, consumers who have a **d**ocumented **a**rcing **c**laim during the extended five (5) year warranty period may select a $250 cash payment.  Settlement Class Members who elect this cash payment remain entitled to reimbursement of any labor and/or costs in connection with **d**ocumented **a**rcing **c**laims of up to $150.00 per Settlement Class Member.

o <u>Voucher and Reimbursement of Labor and/or Costs:</u> In lieu of a replacement Microwave or Cash Payment, consumers who have a **d**ocumented **a**rcing **c**laim may select a $500 voucher for Sharp-branded merchandise.  Settlement Class Members who elect this option remain entitled to reimbursement of any labor and/or costs in connection with **d**ocumented **a**rcing **c**laims of up to $150.00 per Settlement Class Member.

o <u>Consequential Damages:</u> Settlement Class Members who elect either the cash payment or voucher option may also seek reimbursement for consequential damages of up to $200, for costs incurred to repair or cover the opening in a Settlement Class Member's kitchen cabinetry in which their Microwave was installed.

22.    In addition, any Settlement Class Member who can establish, with documented proof, that their Class Microwave experienced a **d**ocumented **a**rcing **c**laim within five (5) years of

the date of purchase or installation of their Microwave, who did not previously receive a replacement Microwave, is entitled to replacement of their Microwave, or to the cash or voucher option, as described herein.  Thus, Settlement Class Members who no longer possess their Microwave, or who possessed a Microwave for a period beyond the five (5) year extended warranty, but experienced a **d**ocumented **a**rcing **c**laim within five (5) years of the date of purchase or installation of their Microwave, have an opportunity to participate in the Settlement.

23.    Further, Sharp shall pay all Notice and Administration Costs directly to the Settlement Administrator, as such costs and expenses are invoiced, and Sharp shall pay the Attorney Fee and Expense Award.

24.    The maximum of amount of Attorneys' Fees and Expenses for which Class Counsel may apply pursuant to paragraph 9.4 of the Settlement Agreement is $3,000,000.00 and was negotiated independently from the other terms of the Settlement after a settlement in principle was reached on all other material terms, under the supervision and with the assistance of Judge Welsh.

25.    Importantly, none of the attorneys' fees or expenses (or related items) negatively impact the Class benefits, and specifically are not paid out of any settlement proceeds secured for the Class by Class Counsel.  As a result, the attorneys' fees and expenses have no impact on the benefits available to the Settlement Class.

26.    The benefits afforded by the Settlement reflect a reasoned compromise which take into consideration the risks inherent in all complex class litigation, and the numerous issues particular to this Action. Plaintiffs and Class Counsel are confident in the strength of their case, but they are also pragmatic in their awareness of the various defenses available to Sharp, which are complex.  The risks and obstacles in this case are just as great as those in other product defect class actions and this case would likely have taken years to successfully prosecute, with the risk

that there would be no recovery at all. Recovery, if any, by any means other than settlement would require additional years of litigation in the district courts and on appeal. If this Action was not settled and was required to proceed to trial, the Parties would incur significant additional expenses, including the further payment of expert witnesses and technical consultants, along with substantial time devoted to briefing Plaintiffs' motion for class certification, *Daubert* motions, and summary judgment motions, preparing for and conducting trial, post-trial motion practice, and appeal, all of which could have impacted the recovery in this Action. The proofs necessary to prevail at trial would be greater than what is required under the Settlement. Settlement Class Members may receive relief under the Settlement with limited documentation and a simple Claim Form. Under the circumstances, Plaintiffs and Class Counsel appropriately determined that the Settlement is the best vehicle for the Settlement Class to receive the relief to which they are entitled in a prompt and efficient manner.

27.     In sum, the Settlement includes substantial benefits for Class Members and multiple options for recovery, including an automatic extension of their Microwave warranty; options of full replacement, a cash option, or a voucher option; and reimbursement of labor expenses and consequential damages. The Settlement, which has been estimated by an expert to be valued between approximately $103,049,520 to $113,884,064, is fair and reasonable in light of Sharp's defenses, and the challenging, unpredictable path of litigation Plaintiffs would have faced absent a settlement. *See* Exhibit A, Bernatowicz Declaration.

**The Skill, Experience, Reputation, and Ability of Class Counsel**

28.     Class Counsel has significant experience in the litigation, certification, trial, and settlement of national class actions, including numerous claims against appliance and product manufacturers, and have recovered hundreds of millions of dollars for the classes they have

represented.  Class Counsel includes firms with appellate expertise, which was used to extensively analyze the chances of success in both the Federal Appellate Courts and the U.S. Supreme Court. The experience, resources, and knowledge Proposed Class Counsel brings to this Action is extensive and formidable.

29.      Class Counsel have devoted substantial time and resources to this Action, are qualified to represent the Settlement Class, and will, along with the Class Representatives, vigorously protect the interests of the Settlement Class.  *See* Exhibit B (Firm Resumes of Proposed Class Counsel).

30.      As more fully detailed in the Firm Resume of Greg Coleman Law PC, Greg Coleman and his firm have been recognized by courts across the country for their successful handling of complex class action cases. Proposed Class Counsel, Gregory Coleman, Rachel Soffin, and Lisa White of Greg Coleman Law PC, have collectively prosecuted complex class actions for decades, and have successfully obtained class certification, been appointed lead class counsel, and obtained approval of class action settlements valued at hundreds of millions of dollars.  Greg Coleman Law PC is an AV rated, full-service plaintiffs' law firm composed of a carefully assembled, talented group of attorneys with sound judgment, exceptional skills, and broad expertise.  The firm was ranked among the 2015 "Best Law Firms" by *U.S. News & World Report* and *Best Lawyer* and received the 2014 and 2015 Litigator Awards from the Trial Lawyers Board of Regents.  Greg Coleman Law PC has successfully led and litigated numerous product defect cases, including *Berman, et al. v. General Motors LLC*, No. 2:18-cv-14371-RLR (S.D. Fla.); *Chapman v. TriStar Products, Inc.*, No. 1:16-cv-1114 (N.D. Ohio); *Dickerson v. York International Corporation* (M.D. Penn.); *Sullivan, et al., v. Fluidmaster, Inc.,* No. 1:14-cv-05696 (N.D. Ohio); *Klug v. Watts Regulator Co.*, No. 8:15-cv-00061-JFB-FG *(D. Neb)*; *Moreno v. Toyota*

*Motor Sales*, No 2:14-cv-07636-GHK-FFM (C.D. Cal.); *O'Keefe v. Pick Five Imports, Inc.* No, 8:18-cv-1496-MSS-AEP (M.D. Fla.); *Roberts v. Electrolux Home Products, Inc.* No, 8:12-cv-01644-CAS-VBK (C.D. Cal.); *Rysewyk v. Sears Holding Corporation*, No. 1:15-cv-4519-MSS (N.D. Ill.); *Samuel v. Chrysler Group LLC*, No. 8:14-cv-01609 (C.D. Cal.); *Stedman v. Mazda Motor Corp.*, No 8:14-cv-01608 (C.D. Cal.); and *White v. Nutribullet, LLC*, No. 2:18-cv-05785-AB-AS (C.D. Cal.), among many others.

31. Greg Coleman is the founder and managing partner of Greg Coleman Law PC. With more than 30 years of trial and litigation experience, Mr. Coleman's nationwide practice focuses on consumer class actions and complex civil litigation with a focus on defective products. Mr. Coleman has tried more than 100 jury trials (and countless other bench trials) in areas of complex class action cases, medical malpractice, wrongful death, product liability, toxic tort and other areas over the course of my years of practice. He was co-lead counsel in a defective products case against Electrolux in *Roberts v. Electrolux*, No. 8:12-cv-01644 (C.D. Ca.) where Mr. Coleman and his co-counsel successfully obtained a settlement on behalf of a class of more than one million members regarding defectively manufactured dryers. The settlement resulted in an expected utilization settlement value of over $35,000,000.00. Mr. Coleman was also co-lead counsel in a series of automobile defect class actions against General Motors in Florida, Illinois, and California, in which he and co-counsel successfully obtained a $42 million settlement on behalf of a class of 1.6 million consumers regarding excessive oil consumption. Greg Coleman was also lead trial counsel involving 15,000 plus retirees of Alcoa, Inc. Claims were made pursuant to ERISA and the LMRA in the *Alcoa* case, and a trial was conducted in September and October, 2009. Mr. Coleman was also lead trial counsel involving 3,500 retirees of AK Steel in *Merkner v. AK Steel*, No. 1:09-CV-423-TSB, S.D. Ohio (class action claims arising under ERISA in regard to employee

welfare benefits), and obtained a settlement in the total amount of $178,600,000.00. Mr. Coleman was lead trial counsel involving a class of over 250 retirees of AK Steel's Zanesville Works Plant in *Lowther v. AK Steel*, No. 1:11-cv-00877, S.D. Ohio (class action claims arising under ERISA in regard to employee welfare benefits), and obtained a $15,800,000.00 settlement on behalf of the class.  Mr. Coleman is listed in Best Lawyers in America in two separate categories and has been named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association.  He was named as Best Lawyers of America Lawyer of the Year in Products Liability and was also named by the U.S. News and World Report as one of the best lawyers and law firms in the country. Additionally, Mr. Coleman has been recognized as one of Knoxville's Top Attorneys in eight separate categories.  Mr. Coleman is proud to have been recognized by his colleagues through nomination to the Martindale-Hubbell Bar Register of Preeminent Lawyers which includes only those select law practices that have earned the highest rating in the Martindale-Hubbell Law Directory and have been designated by their colleagues as preeminent in their field.  He is AV Peer Review rated by the Martindale Hubble Legal Rating System and is a Charter Member and Senior Fellow of the Litigation Counsel of America.  Mr. Coleman is a Mid-South Super Lawyer representing the top five percent of Arkansas, Mississippi, and Tennessee attorneys.  He is a lifetime member of the prestigious Multi-Million Dollar Advocates Forum, an organization whose members is limited to attorneys who have won multi-million-dollar verdicts and settlements.  Mr. Coleman is also a Charter member of the Knoxville Chapter of the American Inns of Court and a member of the American Association for Justice and Public Justice.  He has been featured in Newsweek Magazine in their Showcase of Nationwide Top Attorneys, and regularly serves as a guest lecturer and speaker on a variety of class action-related topics.

32.     Rachel Soffin is a senior attorney at Greg Coleman Law PC.  Ms. Soffin has spent

the majority of her 15-year career prosecuting class action cases, including state and federal class actions involving product defects, deceptive trade practices, privacy violations, and insurance and banking disputes. She has been appointed by courts to serve on Plaintiffs' Steering Committees and as co-lead counsel in product defect class actions and has represented consumers in numerous successful class actions.   Representative class action cases that Ms. Soffin has successfully litigated include the following: *Berman, et al. v. General Motors LLC*, No. 2:18-cv-14371-RLR (S.D. Fla.) ($40 million value settlement for consumers whose vehicles experienced excessive oil consumption and resulting damages); *Price, et al. v. L'Oréal USA, Inc., et al.*, No. 1:17-cv-00614 (S.D.N.Y.) (certified class action for alleged deceptive conduct involving labeling of hair care products); *De Leon v. Bank of America, N.A.* (USA), No. 6:09-cv-01251-JA-KRS (M.D. Fla.), ($10 million settlement for consumers subjected to violations of the Fair Credit Billing Act, a breach of their Cardholder Agreement and deceptive trade practices); *Swift v. Bank of America*, No. 3:14-cv-01539 (M.D. Fla.) ($1 million settlement for consumers subjected to TCPA violations); *In re: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practice Litigation*, 1:12-MD-02324-JAL (S.D. Fla.) ($1.3 million settlement value for consumers subjected to deceptive trade practices for misrepresentations regarding a milk product); *In re: Tracfone Unlimited Service Plan Litigation*, No. 13-cv-03440-EMC (N.D. Cal.) ($40 million settlement for consumers subjected to deceptive cellular phone data plan practices). Ms. Soffin also currently holds leadership positions in the following cases: *In Re: Allergan Biocell Textured Breast Implant Products Liability Litigation,* MDL No. 2921, No. 2:19-md-02921 (BRM)(JAD) (D. NJ. Feb. 25, 2020) (ECF No. 69); *In re: Deva Concepts Products Liability Litigation*, No. 1:20-cv-01234-GHW (S.D.N.Y, July 30, 2020) (ECF No. 66); *Price, et al. v. L'Oréal USA, Inc., et al.*, No. 1:17-cv-00614 (S.D.N.Y.). In addition, Ms. Soffin has been designated by Super

Lawyers as a Florida Rising Star (2011-2013), and as a Florida Super Lawyer (2014-2018) in the fields of Class Actions/Mass Torts.

33.     Lisa White is a senior attorney at Greg Coleman Law PC. She began practicing law in 2007 after a prior career in research and higher education.  The majority of her federal practice is in the areas of complex litigation and class action cases, with a focus on product defect class actions.  Lisa has a passion for pursuing companies that refuse to "do the right thing" by recalling or repairing defective products or reimbursing consumers for damages caused by the defects. She puts her extensive trial and appellate experience to good use pursuing such claims on behalf of consumers. Ms. White holds or has held lead roles in numerous class cases involving product safety defects across the country, including \O'Connor v. Ford, No. 1:19-cv-05045 (N.D. Ill.) (a pending case related to defective transmissions in recent model year Ford F-150 trucks); Floyd v. American Honda Motor Co., Inc., No. 18-55957 (C.D. Cal., 9th Circuit Court of Appeals) (a matter related to rollaway Civics for which Ms. White led the appellate team); Rojas v. American Honda Motor Company, Inc. No. 2:19-cv-10136 (C.D. Cal.) (a pending case related to rollaway Civics); and Weston, et al. v. Subaru (currently pending D.N.J. case number 1:20-cv-05876, related to unintended acceleration of certain Subaru vehicles). In addition, she is co-lead counsel on a number of pending airline labor cases including Hirst, et al. v. SkyWest Airlines, Inc. and its sister case, Tapp et al. v. SkyWest Airlines, Inc. (flight attendant wage cases, both pending in the N.D. of Ill., case numbers 1:15-cv-02036 and 1:15-cv-11117, after Ms. White and the appellate team prevailed on appeal to the Seventh Circuit), and Meek, et al. v. SkyWest Airlines, Inc. (a ramp agent case currently pending in the N.D. of California, case number 3:17-cv-01012).

34.     Proposed Class Counsel Daniel Bryson and Harper Segui of Whitfield Bryson have collectively prosecuted complex class actions for decades.  Whitfield Bryson, LLP has

litigated numerous class action cases, which have cumulatively resulted in more than a billion dollars in recovery for consumers, including *Ersler, et. al v. Toshiba America et. al*, No. 07- 2304 (D.N.J.)(settlement of claims arising from allegedly defective television lamps) (2009); *Maytag Neptune Washing Machines* (class action settlement for owners of Maytag Neptune washing machines); *Stalcup, et. al. v. Thomson, Inc.* (Ill. Cir. Ct.) ($100 million class settlement of claims that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified) (2004); *Hurkes Harris Design Associates, Inc., et al. v. Fujitsu Computer Prods. of Am., Inc.* (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives) (2003); *Turner v. General Electric Company*, No. 2:05-cv-00186 (M.D. Fla.) (national settlement of claims arising from allegedly defective refrigerators) (2006); *In re General Motors Corp. Speedometer Prods. Liability Litig*., MDL 1896 (W.D. Wash.) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers) (2007); *Baugh v. The Goodyear Tire & Rubber Company* (class settlement of claims that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds;  Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program) (2002); *Lubitz v. Daimler Chrysler Corp*., No. L-4883-04 (Bergen Cty. Super. Ct, NJ 2006) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey) (2007); *Berman et al. v. General Motors LLC*, Case No. 2:18-cv-14371 (S.D. Fla.) (Co-Lead Counsel; national settlement for repairs and reimbursement of repair costs incurred in connection with Chevrolet Equinox excessive oil consumption); *In re*

*MI Windows and Doors, Inc., Products Liability Litigation*, MDL No. 2333 (D.S.C) (National class action settlement for homeowners who purchased defective windows; Court-appointed Co-Lead Counsel); *In re: Zurn Pex Plumbing Products Liability Litigation*, No. 0:08-md-01958, MDL No. 1958 (D. Minn.) (class action arising from allegedly plumbing systems; member of Executive Committee; settlement) (2012); *Hobbie, et al. v. RCR Holdings II, LLC*, et al., No. 10-1113 , MDL No. 2047 (E.D. La.) ($30 million settlement for remediation of 364 unit residential high-rise constructed with Chinese drywall) (2012); *In re: Chinese Manufactured Drywall Products Liability Litigation*, No. 2:09-md-02047, MDL No. 2047 (E.D. La.) (litigation arising out of defective drywall) (appointed Co-Chair, Insurance Committee) (2012); *Galanti v. Goodyear Tire & Rubber Co.*, No. 03-209 (D.N.J. 2003) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems) (2003); *In re Synthetic Stucco Litig.*, Civ. Action No. 5:96-CV-287-BR(2) (E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

35.     Daniel Bryson is a founding partner of Whitfield Bryson, LLP, and has spent more than 32 years representing individuals in consumer class actions, mass torts, and various other types of litigation. He has tried numerous cases, many of which have resulted in multi-million-dollar verdicts.  Mr. Bryson has been appointed as Lead Counsel in multiple cases consolidated into multi-district litigation, and has served on several Plaintiffs' Steering Committees and in other leadership positions.  Many of those class actions have likewise resulted in multi-million-dollar settlement recoveries for consumers.  Similarly, Mr. Bryson has been appointed as Class Counsel in numerous actions certified by courts.  Consequently, Mr. Bryson is a frequent lecturer and writer on a variety of consumer class action, insurance, and mass tort related

disputes.  He has been quoted by a variety of media outlets over the years, including the Wall Street Journal, Washington Post, New York Times, Law360, and Lawyers Weekly to name a few. He has been named as a member of the Legal Elite and Super Lawyers in North Carolina on numerous occasions.  He has been awarded the designation of one of the Top 25 lawyers in Raleigh by Charlotte Magazine for a number of years including 2020.  Mr. Bryson is on the Executive Board and Vice-President of the Public Justice Foundation Board.  Public Justice is a nationwide public interest law firm.  See www.publicjustice.net for more information about this great organization.  He is also an adjunct professor at Campbell Law School in Raleigh, NC, where he teaches "Introduction to Class Actions and Multi-district litigation."

36.     For more than 14 years, Harper Segui has represented plaintiffs in complex litigation and class actions, with a particular focus on product defects.  She has several times been appointed by courts to serve on Plaintiffs' Steering Committees in multi-district litigation, and has served as co-class counsel in several class actions.  Likewise, Ms. Segui enjoyed playing active roles in multi-district litigation involving defective products.  In the successful resolution of many of those cases, she contributed to millions of dollars in settlement money recovered for consumers. Since 2013, Harper has been regularly selected to Super Lawyers as a Top-Rated Attorney in the areas of "Class Action & Mass Torts."  She has co-authored several publications on product liability cases, and has been a lecturer on complex legal issues.

37.     Proposed Class Counsel Hassan A. Zavareei and Andrea R. Gold of Tycko & Zavareei LLP have collectively prosecuted complex class actions for decades.  Tycko & Zavareei LLP's practice focuses on complex litigation, with a particular emphasis on consumer and other types of class actions, and qui tam and False Claims Act litigation.  Mr. Zavareei and Ms. Gold, along with other Tycko & Zavareei LLP attorneys, have successfully obtained class certification,

been appointed class counsel, and obtained approval of class action settlements with common funds totaling over $500 million.

38.     Tycko & Zavareei has been named Class Counsel, Lead Counsel, or Settlement Class Counsel in consumer class actions styled *Shannon Schulte, et al. v. Fifth Third Bank*, No. 1:09-cv-06655 (N.D. Ill.); *Kelly Mathena v. Webster Bank*, No. 3:10-cv-01448 (D. Conn.); *Nick Allen, et al. v. UMB Bank, N.A., et al.*, No. 1016 Civ. 34791 (Cir. Ct. Jackson County, Mo.); *Thomas Casto, et al. v. City National Bank, N.A.*, No. 10 Civ. 01089 (Cir. Ct. Kanawha County, W. Va.); *Eaton v. Bank of Oklahoma, N.A., and BOK Financial Corporation, d/b/a Bank of Oklahoma, N.A.*, No. CJ-2010-5209 (Dist. Ct. for Tulsa County, Okla.); *Lodley and Tehani Taulva, et al., v. Bank of Hawaii and Doe Defendants 1-50*, No. 11-1-0337-02 (Cir. Ct. of 1st Cir., Haw.); *Jessica Duval, et al. v. Citizens Financial Group, Inc., et al.*, No. 1:10-cv-21080 (S.D. Fla.); *Mascaro, et al. v. TD Bank, Inc.*, No. 10-cv-21117 (S.D. Fla.); *Theresa Molina, et al., v. Intrust Bank, N.A.*, No. 10-cv-3686 (18th Judicial Dist., Dist. Ct. Sedgwick County, Kan.); *Trombley v. National City Bank*, No. 1:10-cv-00232-JDB (D.D.C.); *Jonathan Jones, et al. v. United Bank and United Bankshares, Inc.*, No. 11-C-50 (Cir. Ct. of Jackson County, W. Va.); *Amber Hawthorne, et al. v. Umpqua Bank*, No. 4:11-cv-06700 (N.D. Cal.); *Sylvia Hawkins, et al. v. First Tennessee Bank, N.A.*, No. CT-004085-11 (Cir. Ct. of Shelby County, Tenn.); *Jane Simpson, et al. v. Citizens Bank, et al.*, No. 2:12-cv-10267 (E.D. Mich.); *Alfonse Forgione, et al. v. Webster Bank*, N.A., No. UWY-CV12-6015956-S (Super. Ct. Judicial Dist. of Waterbury, Conn.); *Sherry Bodnar v. Bank of America, N.A.*, No. 5:14-cv-03224-EGS (E.D. Pa.); *Wong v. TrueBeginnings LLC d/b/a True.com*, No. 3-07 Civ. 1244-N (N.D. Tex.); *Geis v. Airborne Health, et. al.*, Civil Action No. 2:07 Civ. 4238-KSH-PS (D. N.J.); *Dennings, et al. v. Clearwire Corporation*, No. 2:10-cv-01859 (W.D. Wash.); *In Re: Higher One Oneaccount Marketing And Sales Practices Litigation*, No.

3:12-md-02407 (D. Conn.); *Galdamez v. I.Q. Data International, Inc.*, No. 15-cv-1605 (E.D. Va.); *Brown v. Transurban USA*, No. 15-cv-494 (E.D. Va.); *Gatinella, et al. v. Michael Kors (USA)*, No. 14-cv-5731 (S.D.N.Y); *Grayson, et al. v. General Electric Company*, 3:13-cv-1799 (D. Conn.); *Farrell, et al. v. Bank of America, N.A.*, No. 3:16-00492 (S.D. Cal.); *In re: APA Assessment Fee Litigation*, 1:10-cv-01780 (D.D.C.); *Griffith v. ContextMedia Health, LLC d/b/a Outcome Health*, No. 1:16-cv-02900 (N.D. Ill.); *Scott, et al. v. JPMorgan Chase & Co.*, No. 17-cv-249 (D.D.C.); *In re Think Finance, LLC, et al.*, No. 17-bk-33964 (Bankr. N.D. Tex.); *Gibbs v. Plain Green, LLC*, No. 3:17-cv-495 (E.D. Va.); *Meta v. Target Corp., et al.*, No. 14-cv-0832 (N.D. Ohio); *Petit v. Procter & Gamble Co.*, No. 15-cv-02150 (N.D. Cal.); *Kumar v. Safeway, Inc., et al.*, RG14726707 (Super. Ct. of Cal. Cty. of Alameda); *Kumar v. Salov North America Corp., et al.*, 4:14-cv-02411 (N.D. Cal.); and *Koller v. Deoleo USA, Inc.,* Case No. 3:14-CV-02400-RS (N.D. Cal.); *Stathakos, et al. v. Columbia Sportswear Co.*, No. 1:16-cv-04543 (N.D. Cal.); *Robinson v. First Hawaiian Bank*, No. 17-1-0167-01 (Cir. Ct. of 1st Cir., Haw.); *Hughes v Autozone Parts, Inc.*, No. BC63-l-080 (Super. Ct. State of CA); *Harris v. Farmers Insurance*, No. BC579498 (Super. Ct. State of CA); *Harkey v. General Electric Company*, No. 3:13-cv-01799 (D. Conn.).  Each of these actions has resulted in a settlement that has been finally approved.

39.     Mr. Zavareei graduated from the University of California, Berkeley, School of Law in 1995.  Prior to that, Mr. Zavareei graduated from Duke University in 1990.  Mr. Zavareei is admitted to practice in California (Bar No. 181547), the District of Columbia (Bar No. 456161), and Maryland (Registration No. 0207150001).  After graduation from Berkeley, Mr. Zavareei joined the Washington, D.C. office of Gibson, Dunn & Crutcher LLP.  In April of 2002, Mr. Zavareei founded Tycko & Zavareei LLP with his partner, Jonathan Tycko.  Over the past twenty-one years, Mr. Zavareei has gained substantial experience handling complex civil litigation and

class action litigation.  He has taken several cases to trial, including jury trials that have lasted several months.  He has argued appeals in the D.C. Circuit, the Fourth Circuit, and the Fifth Circuit. Mr. Zavareei has been appointed as Class Counsel in numerous class actions.

40.     Ms. Gold, a graduate of the University of Michigan Law School (J.D., 2004) and University of Michigan Business School (B.B.A., 2001), has been in private practice since 2006, and a large portion of her practice has involved litigation on behalf of consumers, representing individuals and classes injured by predatory banking practices, unlawful insurance practices, violations of the Telephone Consumer Protection Act, and other unfair and deceptive business practices.  Over the past fourteen years, Ms. Gold has gained substantial experience handling complex civil litigation and class action litigation.  With co-counsel, she has taken two cases to trial, including jury trials that have lasted several months.  Ms. Gold has been named Class Counsel or Settlement Class Counsel in class actions including *Jacobs v. FirstMerit Corporation, et. al.*, No. 11 CV000090 (Ct. Common Pleas, Lake County, Ohio), *Maria Vergara v. Uber Technologies, Inc.*, No. 1:15-CV-06942 (N.D. Ill.), *Szafarz v. United Parcel Service, Inc.*, No. SUCV2016-2094-BLS2 (Superior Court, Commonwealth of Massachusetts), *Jenna Lloyd, et al. v. Navy Federal Credit Union*, Case No. 3:17-cv-01280 (S.D. Cal.); and *Harris v. Farmers Insurance*, No. BC579498 (Super. Ct. State of CA).  The *Jacobs* litigation resulted in a $15,975,000 settlement that has received final approval.  The litigation against Uber Technologies, Inc. resulted in a $20 million settlement that has been finally approved.  The litigation against UPS resulted in a $995,000 settlement that has been finally approved.  The *Lloyd* litigation resulted in a $24.5 settlement that has received final approval.  The *Harris* litigation resulted in a $15 million settlement that has received final approval. Ms. Gold was first admitted to practice law in 2004 in Illinois (Bar No. 6282969), and was later admitted in Washington, D.C. in 2007 (Bar No. 502607),

and Maryland in 2013 (Registration No. 201306100006).

41.     Class Counsel have made every effort to litigate this matter efficiently by coordinating the work of all attorneys and paralegals, minimizing duplication, and assigning tasks in a time and cost-efficient manner, based on timekeepers' experience levels and talents.  Thus, Class Counsel organized and cooperated amongst each other to prosecute the claims of the Plaintiffs in an efficient and non-duplicative manner.

42.     In pursuing this Action on behalf of Plaintiffs and the Settlement Class, Class Counsel's firms expended more than 2,100.00 billable hours to this litigation, often in blocks of time that prevented or engagement in other matters.  This Motion sets forth the extensive tasks that were performed in this action, including the substantial investigation of claims and defenses through expert investigation, consumer interviews, discovery, hard-fought litigation of Sharp's motions to dismiss, and contentious, arms-length negotiations over the course of just under one-year to ensure the fairness and adequacy of the Settlement.

43.     The aforementioned billable hours calculation was prepared from contemporaneous detailed daily time records regularly prepared and maintained by Class Counsel utilizing timekeeping software.  In Class Counsel's opinion, the time spent by attorneys and staff of our firms was reasonable and necessary.  Indeed, by prosecuting this case purely on a contingency basis and not being paid by the hour, Class Counsel worked efficiently and avoided unnecessary work.

44.     Further, in pursuing this Action on behalf of Plaintiffs and the Class, our firms expended and advanced $119,073.92, as shown in the below table:

| EXPENSE | AMOUNT |
|---|---|
| Telephone | $115.70 |
| Travel | $17,690.91 |
| Postage/Reproduction Costs | $528.47 |
| Filing & Misc. Fees | $5,729.73 |
| Computer Research | $5,644.99 |
| Delivery/Service Fees | $356.30 |
| Advances Costs to Litigation Fund (used to pay expert bills, consumer investigation, etc.) | $57,498.22 |
| Expert Fees | $23,959.60 |
| Mediation Fees | $7550.00 |
| **TOTAL** | **$119,073.92** |

45.     Class Counsel anticipates that they will spend additional time and incur additional expenses between the date of this filing and the Final Approval Hearing in connection with preparing for and attending the Final Approval Hearing. Moreover, additional attorney time will be devoted to this case including for preparing the Motion for Final Approval, supervising aspects of the administration of the Settlement, answering Settlement Class Member questions, and helping resolve any issues that arise.

We declare under penalty of perjury that the foregoing is true and correct.


Executed on October 30, 2020

> _/s/ Gregory F. Coleman_
> Gregory F. Coleman
> **Greg Coleman Law**
>
> _/s/ Rachel L. Soffin_____
> **Greg Coleman Law**
>
> _/s/ Lisa White_____
> **Greg Coleman Law**
>
> _/s/ Harper Segui_____
> Harper Segui
> **Whitfield Bryson LLP**
>
> _/s/ Daniel K. Bryson_____
> Daniel Bryson
> **Whitfield Bryson LLP**
>
> _/s/ Andrea Gold_____
> Andrea Gold
> **Tycko and Zavareei LLP**
>
> _/s/ Hassan Zavareei__
> Andrea Gold
> **Tycko and Zavareei LLP**

# EXHIBIT A

# EXPERT DECLARATION OF FRANK BERNATOWICZ

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

11
12
13

**MICHAEL HAMM, JILL BROWN,
AUSTIN RUSSELL, CHRISTIAN
LAMMEY, NANCY JAMES, JILL
WITTMAN, THOMAS MACONE,**
individually and on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

**SHARP ELECTRONICS
CORPORATION**,

Defendant.

Civil Action: 5:19-cv-488

**DECLARATION OF FRANK
BERNATOWICZ IN SUPPORT OF
PLAINTIFFS' UNOPPOSED
MOTION FOR PRELIMINARY
APPROVAL OF PROPOSED CLASS
SETTLEMENT**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Civil Action No. 5:19-CV-488
DECLARATION OF FRANK BERNATOWICZ

I, Frank Bernatowicz, declare as follows:

1. I submit this declaration in support of Plaintiffs, Michael Hamm, Jill Brown, Austin Russell, Christian Lammey, Nancy James, Jill Wittman and Thomas Macone, individually and on behalf of themselves and all others similarly situated. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify to them.

2. I have been retained by Greg Coleman Law PC ("Coleman" or "Class Counsel") to review and analyze class damages for settlement purposes in connection with claims brought by Plaintiffs against Sharp Electronics, Corp. ("Defendant") in the above captioned class action matter. My findings regarding benefits to the Class under the Settlement were previously communicated with Class Counsel for settlement and/or mediation discussion purposes and are summarized herein.

3. I have been a damages expert and Professional Engineer for over 35 years. I have been retained in well over 500 cases. My resume and summary of testimony experience are attached as Exhibits A and B, respectively, where I have highlighted 145 cases in which I have been retained, including testimony at 34 trials and approximately 100 depositions.

4. I received my Bachelor of Science Degree in Electrical Engineering from the University of Illinois, Champaign-Urbana in 1976. In 1981, I graduated from Loyola University with a Master of Business Administration in Finance. I became a Certified Public Accountant in 1984.

5. Between 1976 and 1984, I was employed by Commonwealth Edison Company in various management positions including substantial "hands-on" experience in the management of engineering projects. In 1984, I joined the Brenner Group, a management consulting firm specializing in providing financial advisory and litigation services, as a senior consultant. I joined Ernst & Whinney in 1985 (now known as Ernst & Young LLP) and had been a partner in that firm with responsibility as partner-in-charge of the Midwest Region Litigation Services practice and as national director of the intellectual property practice. I joined Jay Alix & Associates in 1996 where I served as Managing Principal of the Chicago office. In 1999 I joined

PricewaterhouseCoopers as Managing Partner of the Midwest Region Intellectual Property Practice. In 2001 I joined BDO Seidman as Managing Partner of Specialized Services.

6.      In 2003, I formed FAB Advisory Services, LLC, which was later acquired by Huron Consulting Group Inc., where I was a Managing Director in the Disputes and Investigations practice. In 2008, I formed a new firm under the name of FAB Group, Inc., where I am currently the Managing Principal.

7.      I am a member of the American Institute of Certified Public Accountants ("AICPA"), the Illinois CPA Society, Licensing Executives Society, the National Society of Professional Engineers, and the Turnaround Management Association.

8.      In connection with this case, I have reviewed certain pleadings, documents and sources of information provided to me by proposed Class Counsel, including the Settlement Agreement, as well as performed my own independent research on pertinent issues such as pricing and margin for the Product (Microwave Oven Drawers or MODs) which are the subject of this action, applicable extended warranty ("Service Contract") pricing offered from seven major retailers for the aforementioned Product (six different models), researched and analyzed the business terms and conditions of those Service Contracts, and reviewed and analyzed performance data, such as unit sales data, wholesale value of the Product sales, production run start dates and exchanged units for six models of the Product (as provided by Defendant), as well as reviewed and analyzed various public financial, accounting and business information pertaining to the Defendant and the Product.

9.      Based on my knowledge and experience and my review of information in connection with this matter, I am familiar with, understand, and have knowledge of the material set forth in this declaration.

10.     It is my understanding that the "Settlement Class" is defined as: all persons residing in the United States who, at any time during the Class Period, became the First Consumer Purchaser of a Class Microwave, as defined in the Settlement Agreement.

11.     As stated above, I have reviewed and analyzed class damages for settlement purposes in this class action matter, and my findings regarding four benefits (Benefit #1– #4) to

the Settlement Class under the Settlement are summarized, organized by the type of settlement benefit, below.

### Benefit #1: Extension of Warranty

12.     It is my understanding that the proposed Settlement includes a benefit wherein all Settlement Class Members receive an extension of the existing manufacturer's one-year warranty to a total of five (5) years for Documented Arcing Claims from the date of installation or 30 days after date of purchase, whichever is earlier, with proof of date of purchase or installation to be provided by the Class Member upon submission of any claim.

13.     To this regard, I have reviewed and analyzed the aforementioned *Extension of Warranty Benefit* Value to the Settlement Class.  For purposes of my analysis, I have assumed the following: (1) every Settlement Class member receives an extension of warranty benefit under the proposed settlement; (2) the current five year warranty cost, based on actual extended warranty pricing from seven major retailers, may be reasonably expressed as a percentage of the Product's (MOD) current retail price (referred to as "Warranty Benefit %")[1]; and (3) the value of the Extension of Warranty Benefit is reasonably quantified based upon the formula:

**Microwave Retail Sales Dollars *multiplied by* the aforementioned Warranty Benefit % *equals* Extension of Warranty Benefit Value.**

14.     My analysis is based on the above assumptions and further includes the following analytical procedures: ***First***, I reviewed and analyzed information provided by Sharp relating to certain performance data from the Product and the six models at issue in this matter.  This information from Sharp included production sale start dates, total sales quantities, and quantity of exchanged units for each Product model ("MOD" or "MODs") through July 31, 2019.[2]  In a

---

[1] I compared these figures to the extended warranty pricing produced by Plaintiff Jill Brown, which shows that Sharp charges the following to consumers for the purchase of an extended warranty on the MODs: (a) $68.00 for a one year extension of the manufacturer's one-year warranty (total of two years coverage), (b) $102 for a two-year extension of the manufacturer's one-year warranty (total of three years coverage), and (c)  $153 for a three-year extension of the manufacturer's one-year warranty (total of four years coverage).  The figures from my review of the extended warranty costs charged by seven major retailers are less than the amount charged by Sharp, and thus my reliance on the prices charged by the major retailers to calculate the value of the Settlement, rather than on the costs of Sharp's extended warranty, yields a conservative outcome.

[2] Source: 20191127113140591.pdf for sales thru 7/31/2019; additional sales quantity to 12/31/19 forecast based on monthly trend of last production run of each MOD.

---

Civil Action No. 5:19-CV-488        3
DECLARATION OF FRANK BERNATOWICZ

recent update, the total sales quantity of all MODs for all the production starts was reported by Sharp through May 31, 2020 to be 549,035 units.[3]  (*See* Exhibit 4).

15.    ***Second***, I researched current retail sales prices for the Product (each of the six MODs, where available), based on available pricing from seven large appliance retailers (Lowes, Home Depot, Best Buy, ABT, Walmart, Amazon and Sears Marketplace sellers).   From this Product pricing information, along with the aforementioned total sales quantity, I then calculated the average Product price per MOD.  (*See* Exhibit 3).

16.    ***Third***, I researched applicable extended warranty pricing offered from seven major retailers for the aforementioned Product and the six different MODs, focusing on extended warranty terms most approximate (warranty extensions totaling 5 years of protection, include magnetron as covered component) to the extension of warranty found in the Settlement.[4]  From this extended warranty pricing information, I then calculated for each MOD the percentage of the extended warranty price (or cost to the consumer) to the average price of each MOD – I refer to this calculation in my analysis as Warranty Cost (% of Sales).

17.    ***Fourth***, I then calculate the Warranty Cost $ for each MOD by multiplying the respective Sales Quantity by the average per unit current retail price (discussed above), which yields an estimate of the retail sales dollars (Sales $ Retail) for each MOD.  I then multiply the Sales $ Retail for each MOD by the Warranty Cost (% of Sales) for each MOD, which yields the Warranty Cost $ value per MOD.  For example, for MOD KB6524PS, the formula is illustrated as follows:  Sales Quantity (247,914 units) *multiplied by* the average per unit current retail price of $904.28, which yields estimated Sales $ Retail (retail sales dollars) of $224,184,734.  I then calculate the Warranty Cost $ value for MOD KB6524PS as follows:   Sales $ Retail of $224,184,734 *multiplied by* the Warranty Cost (% of Sales) percentage of 16%, yields a Warranty Cost $ value for MOD KB6524PS of $35,177,757.

---

[3] Source: Sharp MOD Spreadsheet - May 2020.pdf.
[4] Source: Extended Warranty Pricing FW Sharp Case 9113550_.pdf; email dated 12/10/18 from Raven Edmonds indicates Sharp offers 1, 2 & 3-year warranty extension coverage (above standard 1-year warranty) for $68, $102 & $153 respectively.

18.     **Lastly**, to calculate the Total Extension of Warranty Benefit, I then add each Warranty Cost $ for all six MODs, which yields $97,292,580.

19.     **On the aforementioned bases, in my opinion, Total Extension of Warranty Benefit amounts to $97,292,580, or $177.21 per Product purchased.** (*See* Exhibit 2).

### Benefit #2: Product Replacement Offer

20.     It is my understanding that the Settlement includes a benefit wherein Settlement Class Members who experience a Documented Arcing Claim during the Extended Warranty period may select: (1) a replacement MOD, or (2) a $250 cash payment, or (3) a $500 voucher for Sharp-branded merchandise (together the "Replacement Offer").

21.     To this regard, I have reviewed and analyzed the aforementioned **Replacement Offer** Value to the Settlement Class.  For purposes of my analysis, I have assumed that this benefit, now providing coverage for years two through five, includes additional failures from this extended period.  As described above, the current Sharp one-year warranty provided possible replacement of a defective unit from the date of installation or 30 days after date of purchase, whichever is earlier.  As such, the current Sharp sales and returns data reviewed represents returns under the one-year warranty limitation (Year 1 return).  I have assumed the additional *cumulative* failure rate for years two through five to be the same as the Year 1 Return rate of 2.5% (per Sharp), resulting in an estimated cumulative 5-year failure rate of 5.0%.  This estimate is less than the 5.7% total cumulative failure rate I calculated using the actual weighted average extended warranty price to the consumer of 17.0% and estimated warranty markup-to-price percentage of 200%.  I then calculate the Estimated Affected Members based on the additional cumulative failure rate of 2.5% *multiplied by* the estimated Total Quantity Shipped (all Product MODs) *equals* 13,707 Estimated Affected Members.

22.     Estimated Affected Members may choose from three options: (a) Receive a replacement MOD valued at the average current price of $1,040, based on the aforementioned pricing research from seven major retailers, (b) Receive a $500 Sharp voucher per Affected Member, or (c) Receive $250 cash from Sharp.  The value of the benefit is then reasonably quantified based upon the resultant formula:

**Additional Failure Rate (Affected Members) (13,707)** *multiplied by* **the respective Benefit Factor ($1,040, $500 or $250)** *equals* **Replacement Offer Value.**

23.     Total Replacement Offer Value for the Settlement Class is based on the analytical procedures and three options described above and in the Settlement and: **(1)** *Option 1 – ALL REPLACEMENT MODs* is calculated as $14,261,294; **(2)** *Option 2 – ALL VOUCHERS* is calculated as $6,853,500; and **(3)** *Option 3 – ALL CASH* is calculated as $3,426,750.[5]

24.     *On the aforementioned bases, in my opinion, Total Replacement Offer Benefit amounts to a range of $3,426,750 up to $14,261,294.*  (See Exhibit 2).

### Benefit #3:  Reimbursement of Labor/Service Costs

25.     It is my understanding that the Settlement includes a benefit wherein Settlement Class Members can be reimbursed for labor and/or service costs associated with Documented Arcing Claims, including for prior labor and/or service costs for service calls related to the Documented Arcing Claim or for inspections to determine arcing, related to the MODs.  Any such reimbursement(s) will be capped at $150 per warranty claim (the "Labor/Service Reimbursement").

26.     To this regard, I have reviewed and analyzed the aforementioned *Labor/Service Reimbursement* Value to the Settlement Class.  For purposes of my analysis, I have assumed the following: (1) Estimated Affected Members (13,707) is analyzed and calculated the same as described in Benefit #2 above; (2) Estimated Affected Members receive a maximum of $150 per claim; and (3) Total claim calculated based on maximum claim amount.

27.     My analysis is based on the above assumptions and further includes the following analytical procedures: *First*, as discussed above, I reviewed and analyzed information provided by Sharp relating to certain performance data from the Product and the six models at issue in this matter.  *Second*, I analyze the Estimated Affected Members, as described in Benefit #2 above. *Lastly*, I calculate the Labor/Service Reimbursement Value for the Settlement Class based on the above analytical procedures and the reimbursement of labor and/or service costs described above

---

[5] The amount indicated for each option assumes 100% selection of that benefit.  Some combination of each benefit is anticipated.

and in the Settlement, per the formula:

**Affected Members (13,707) *multiplied by* the respective Benefit Factor ($150) *equals* Reimbursement of Labor/Service Costs Value.**

28.    ***On the aforementioned bases, in my opinion, Total Labor/Service Reimbursement Benefit amounts to $2,056,050.*** (*See* Exhibit 2).

## Benefit #4: Reimbursement of Consequential Damages

29.    It is my understanding that the Settlement includes a benefit wherein Settlement Class Members who choose not to accept a replacement MOD may seek reimbursement for consequential damages of up to $200 with documented proof (the "Consequential Damages Reimbursement").

30.    To this regard, I have reviewed and analyzed the aforementioned ***Consequential Damages Reimbursement*** Value to the Settlement Class.  For purposes of my analysis, I have assumed the following: (1) Estimated Affected Members analyzed and calculated the same as described in Benefit #2 above; (2) Estimated Consequential Damages Members is preliminarily based upon an assumed 10% occurrence factor, and is thus calculated as Estimated Affected Members *multiplied by* a factor of 10%; (4) Estimated Consequential Damages Members receive a maximum of $200 per claim; and (5) Total claim calculated based on maximum claim amount.

31.    My analysis is based on the above assumptions and further includes the following analytical procedures: ***First***, as discussed above, I reviewed and analyzed information provided by Sharp relating to certain performance data from the Product and the six models at issue in this matter.  ***Second***, I analyze the Estimated Affected Members and Estimated Consequential Damages Members, as described above.     ***Lastly***, I calculate the Consequential Damages Reimbursement Value for the Settlement Class based on the above analytical procedures and the reimbursement of consequential damages described above and in the proposed settlement terms sheet, per the formula:

**Affected Members (1,371) *multiplied by* the respective Benefit Factor ($200) *equals* Reimbursement of Consequential Damages Value.**

32.    ***On the aforementioned bases, in my opinion, Total Consequential Damages***

1   *Reimbursement Benefit amounts to $274,140.*  (See Exhibit 2).

2   33.   In my opinion, based on the aforementioned four benefits illustrated above, the

3   range of *Total Benefits for the Settlement Class amounts to $103,049,520 to $113,884,064.*

4   34.   This range is comprised of the following four Settlement Class Benefit Values,

5   and in my opinion:

6   *(1) Total Extension of Warranty Benefit Value amounts to $97,292,580;*

7   *(2) Total Replacement Offer Benefit Value amounts to a range of $3,426,750 up to*

8   *$14,261,294, which is comprised of the following options:*

9   *Option 1 – ALL REPLACEMENT MODs equal to $14,261,294,*

10   *Option 2 – ALL VOUCHERS is equal to $6,853,500, and*

11   *Option 3 – ALL CASH is equal to $3,426,750;*

12   *(3) Total Labor/Service Reimbursement Benefit Value amounts to $2,056,050; and*

13   *(4) Total Consequential Damages Reimbursement Benefit Value amounts to $274,140.*

14   (*See* Exhibit 1).

15

16   I declare under penalty of perjury of the laws of the United States that the foregoing is

17   true and correct.

18   Respectfully Submitted,

19

20   Dated: July 15, 2020

21   Frank Bernatowicz

22

23

24

25

26

27

28

Civil Action No. 5:19-CV-488        8
DECLARATION OF FRANK BERNATOWICZ

**EXHIBIT 1**
**DAMAGES SUMMARY**
**SHARP CLASS ACTION - MICROWAVE OVENS**

| REF | DESCRIPTION | REPLACEMENT MODS | VOUCHER | CASH | COMMENT |
|-----|-------------|------------------|---------|------|---------|
| 1 | BENEFIT 1: EXTENSION OF WARRANTY | $ 97,292,580 | $ 97,292,580 | $ 97,292,580 | Every class member receives the benfits of an extended  5 yr warranty for claimable arcing failures |
| 2 | BENEFIT 2: PRODUCT REPLACEMENT OFFER | $ 14,261,294 | $ 6,853,500 | $ 3,426,750 | Estimated Members w/ claimable arcing failures. Options: (a) Replacement or (b) $500 Voucher  or (c) $250 Cash |
| 3 | BENEFIT 3: REIMBURSEMENT OF LABOR/SERVICE COSTS | $ 2,056,050 | $ 2,056,050 | $ 2,056,050 | Estimated Members w/ claimable arcing failures & service time/labor cost capped at $150 |
| 4 | BENEFIT 4: REIMBURSEMENT OF CONSEQUENTIAL DAMAG | $ 274,140 | $ 274,140 | $ 274,140 | Estimated Members w/ claimable arcing failures & consequqntial damages capped at $150 |
| | DAMAGES SUMMARY BY OPTION | $ 113,884,064 | $ 106,476,270 | $ 103,049,520 | |

Notes:
(1)  See Damages Detail; Options on additional arcing include (a) Replacement of MOD or (b) $500 Voucher lieu if replacement or (c) $250 Cash in lieu of replacement

6/17/2020

**EXHIBIT 2**
**DAMAGES DETAIL**
**SHARP CLASS ACTION - MICROWAVE OVENS**

| REF | MODEL | Warranty Cost (% of Sales) (1) | Benefit Fctr (2) | Sales Quantity (3) | Price (4) | Sales $ Retail (5) | Warranty Cost $ (6) | BENEFIT SUMMARY (7) | BENEFIT SUMMARY ALT 1 (8) | BENEFIT SUMMARY ALT 2 (9) | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KB6524PS | 16% | | 247,914 | $ 904.28 | $ 224,184,734 | $ 35,177,757 | | | | Warranty Cost $ (benefit) = Warranty Cost (% of Retail) X Sales $ Retail |
| 2 | KB6525PS | 17% | | 36,716 | 999.99 | 36,715,633 | 6,135,086 | | | | Warranty Cost $ (benefit) = Warranty Cost (% of Retail) X Sales $ Retail |
| 3 | SMD2470AS | 18% | | 200,303 | 1,141.17 | 228,578,773 | 41,666,229 | | | | Warranty Cost $ (benefit) = Warranty Cost (% of Retail) X Sales $ Retail |
| 4 | SMD3070AS | 20% | | 35,914 | 1,239.00 | 44,497,374 | 8,713,335 | | | | Warranty Cost $ (benefit) = Warranty Cost (% of Retail) X Sales $ Retail |
| 5 | SMD2470AH | 16% | | 14,888 | 1,264.00 | 18,818,368 | 2,940,306 | | | | Warranty Cost $ (benefit) = Warranty Cost (% of Retail) X Sales $ Retail |
| 6 | SMD2480CS | 14% | | 13,300 | 1,386.65 | 18,442,418 | 2,659,867 | | | | Warranty Cost $ (benefit) = Warranty Cost (% of Retail) X Sales $ Retail |
| 7 | **BENEFIT 1: EXTENSION OF WARRANTY** | | | 549,035 | $ 1,040.44 | $ 571,237,301 | 97,292,580 | $ 97,292,580 | $ 97,292,580 | 97,292,580 | Benefit = Warranty Cost (REF 1 + REF2 + REF3 + REF4+REF5) |
| 8 | | | | | | | | | | | |
| 9 | Warranty % of Sales $ Retail (Cost of Warranty %) | | | | | | 17.0% | | | | REF7 (Damages) = REF 7 (Sales $ Retail) |
| 10 | Warranty value per unit (wgt. avg.) | | | | | $ | 177.21 | | | | REF7 (Damages) = REF 7 (Qty) |
| 11 | | | | | | | | | | | |
| 12 | Warranty mark-up over cost | | | | | | 200.0% | | | | Article: Service Appliance Warranty ConsumerAffairs.pdf dated 1/5/2015 |
| 13 | Failure Rate - 5 Yr | | | | | | 5.7% | | | | REF9 = (1 + REF12); represents estimate 5 yr. cumulative failure rate |
| 14 | Failure Rate - 1 Yr | | | | | | 2.5% | | | | Source: 20191127113140591.pdf; replacement mod % assumed to = 1 yr failure rate |
| 15 | Additional Failure Rate | | | | | | 2.5% | | | | Source: 20191127113140591.pdf; replacement mod % assumed to = 1 yr failure rate |
| 16 | Consequential Damages % of Additional Failure Rate | | | | | | 10% | | | | |
| 17 | | | | | | | | | | | |
| 18 | **BENEFIT 2: PRODUCT REPLACEMENT OFFER** | | | **Members (10)** | | | | | | | |
| 19 | a. Option 1: ALL REPLACEMENT MODs | | $ 1,040 | 13,707 | | | | $ 14,261,294 | | | Fctr X Qty |
| 20 | b. Option 2: ALL VOUCHERS | | $ 500 | 13,707 | | | | | $ 6,853,500 | | Fctr X Qty |
| 21 | c. Option 3: ALL CASH | | $ 250 | 13,707 | | | | | | $ 3,426,750 | Fctr X Qty |
| 22 | | | | | | | | | | | |
| 23 | **BENEFIT 3: REIMBURSEMENT OF LABOR/SERVICE COSTS** | | | | | | | | | | |
| 24 | a. Cash item (capped) | | $ 150 | 13,707 | | | | $ 2,056,050 | $ 2,056,050 | $ 2,056,050 | Fctr X Qty |
| 25 | | | | | | | | | | | |
| 26 | **BENEFIT 4: REIMBURSEMENT OF CONSEQUENTIAL DAMAGES** | | | | | | | | | | |
| 27 | a. Cash item (capped) | | $ 200 | 1,371 | | | | $ 274,140 | $ 274,140 | $ 274,140 | Fctr X Qty |
| 28 | | | | | | | | | | | |
| 29 | **TOTAL SETTLEMENT CLASS BENEFITS** | | | | | | | $ 113,884,064 | $ 106,476,270 | $ 103,049,520 | REF7 + (REF 19 or REF20 or REF 21) + REF24 + REF27 |

Notes:
(1) Extended 5 yr warranty cost % of sales based on weighted average from 7 retailers (Amazon, ABT, Best Buy, Sears, Home Depot, Lowes & Walmart)
(2) Fctr data represents draft settlement term benefits including average price of replacement unit, if chosen, as one of the benefit options
(3) Source: 20191127113140591.pdf for sales thru 7/31/19; Update: Sharp MOD Spreadsheet - May 2020 pdf
(4) Price per MOD based on weighted average price from 7 retailers (Amazon, ABT, Best Buy, Sears, Home Depot, Lowes & Walmart)
(5) Qty X Price
(6) Warranty Cost (% of Sales) X Qty
(7) Benefits 1 thru 4 quantified w/ option of MOD replacement unit for additional warranty claims
(8) Benefits 1 thru 4 quantified w/ option of VOUCHER chosen in lieu of replacement MOD for additional warranty claims
(9) Benefits 1 thru 4 quantified w/ option of CASH chosen in lieu of replacement MOD for additional warranty claims
(10) Estimated Affected Members also referred to as Additional Failure Rate

6/17/2020

**EXHIBIT 3**
**SHARP MICROWAVE OVENS**
**PRICE OF PRODUCT AND WARRANTY BY RETAILER**

| REF | MODEL (1) | AMAZON | ABT | BEST BUY | SEARS | HOME DEPOT | LOWES | WALMART | AVG. PRICE | WARRANTY % OF SALES | FAB COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **MODEL PRICE (2)** | | | | | | | | | | |
| 1 | SMD2470AH | 1,148.98 | 1,299.00 | 1,299.99 | 1,199.00 | 1,299.00 | 1,373.00 | 1,229.00 | 1,264.00 | | |
| 2 | SMD2470AS (Y) | 999.00 | 1,199.00 | 1,199.99 | | 1,199.00 | 1,201.00 | 1,049.00 | 1,141.17 | | |
| 3 | SMD3070AS (Y) | 1,124.99 | 1,299.00 | | 1,099.00 | 1,299.00 | 1,373.00 | | 1,239.00 | | |
| 4 | SMD2480CS | 1,249.00 | | 1,399.99 | | 1,398.00 | 1,398.00 | 1,488.25 | 1,386.65 | | |
| 5 | KB6524PS (Y) | 799.00 | 947.00 | 949.99 | 899.00 | 947.00 | 949.00 | 839.00 | 904.28 | | |
| 6 | KB6525PS | 999.99 | | 999.99 | | | | | 999.99 | | |
| 7 | AVERAGE | | | | | | | | 1,155.85 | | Avg. (REF1:REF6) |
| 8 | | | | | | | | | | | |
| 9 | **5 YR WARRANTY PRICE (3)** | | | | | | | | | | |
| 10 | SMD2470AH | | | 199.99 | | 195.00 | | | 197.50 | 16% | Avg. Warranty Price ÷ Oven Price |
| 11 | SMD2470AS | 157.12 | 300.00 | 199.99 | | 195.00 | 187.97 | | 208.02 | 18% | Avg. Warranty Price ÷ Oven Price |
| 12 | SMD3070AS | 207.85 | 325.00 | | | 195.00 | | | 242.62 | 20% | Avg. Warranty Price ÷ Oven Price |
| 13 | SMD2480CS | | | 199.99 | | | | | 199.99 | 14% | Avg. Warranty Price ÷ Oven Price |
| 14 | KB6524PS | 92.62 | | 159.99 | | 160.00 | 154.97 | | 141.90 | 16% | Avg. Warranty Price ÷ Oven Price |
| 15 | KB6525PS | | | | | | | | 167.10 | 17% | Avg. (Warranty% REF10:REF14) |
| 16 | AVERAGE | | | | | | | | 192.85 | | |
| 17 | Avg. Warranty-Microwaves | | | | | | | | | 19% | Source: Warranty Week 2/2/17 |
| 18 | Avg. 5 Yr Warranty-Microwaves | | | | | | | | | 25% | Source: Warranty Week 2/2/17 |
| 19 | Avg. 5 Yr Warranty-Sharp | | | | | | | | | **17%** | Avg. (REF10:REF15) |

Notes:

(1) Source:  On-line websites of Amazon, ABT, Best Buy, Sears, Home Depot, Lowes & Walmart

(2) On-line price for models shown; certain prices include models w/ (Y) suffix

(3) On-line 5 Yr warranty prices for models shown; represents total warranty period including 1 yr. manufactuing warranty

(4) Source: Extended Warranty Pricing FW Sharp Case 9113550_.pdf; email 12/10/18 from Raven Edmonds indicates Sharp offers 1, 2 & 3 year warranty extension coverage (above standard 1 yr warranty) for $68, $102 & $153 respectively

**EXHIBIT 4**
**SALES & EXCHANGED UNITS ANALYSIS**

| REF | Models (1) | Total Sales Qty. As of May 20 | Exchanged Units As of May 20 | % |
|---|---|---|---|---|
| 1 | **KB6524PS** | 247,914 | 6,476 | 2.61% |
| 2 | **KB6525PS** | 36,716 | 1,152 | 3.14% |
| 3 | **SMD2470AS** | 200,303 | 4,806 | 2.40% |
| 4 | **SMD3070AS** | 35,914 | 879 | 2.45% |
| 5 | **SMD2470AH** | 14,888 | 169 | 1.14% |
| 6 | **SMD2480CS** | 13,300 | 225 | 1.69% |
| 8 | **TOTAL** | 549,035 | 13,707 | **2.50%** |

Notes:
(1)  Source: 20191127113140591.pdf for sales & exchanged units thru 7/31/19; Update: Sharp MOD Spreadsheet - May 2020.pdf

EXHIBIT A

# Frank Bernatowicz
Managing Principal

**FAB GROUP, INC.**
RESULTS



P: (312) 650-5250
F: (312) 650-5286
C: (630) 888-4290
fab@fabgrp.com

400 E. Randolph
Suite 720
Chicago, IL 60601
www.fabgrp.com

Frank is the Founder and Managing Principal of FAB Group, Inc., a financial advisory services firm.

## Professional experience

Prior to forming FAB Group, Inc., Frank was the Founder and Managing Principal of FAB Advisory Services, LLC (acquired by Huron Consulting), where he provided litigation consulting and expert witness testimony, financial advisory services for companies and creditors in connection with reorganization and/or bankruptcy proceedings, turnaround consulting and interim management services, as well as general financial advisory work for troubled companies.

During his career, Frank was influential in advancing litigation consulting in the Chicago market by forming Ernst & Whinney's first stand-alone litigation consulting practice in 1985 and subsequently held senior regional and national leadership positions at the successor firm, Ernst & Young, for over 12 years. In addition, Frank was the founder of the Chicago office of Jay Alix & Associates, an internationally recognized turnaround consulting firm. He has also held senior leadership positions at PriceWaterhouseCoopers and BDO Seidman prior to forming his own firm.

Frank has extensive experience in the areas of finance, accounting, valuation, and engineering. He regularly serves as an expert witness and has substantial testimony experience in federal and state courts, as well as arbitration and mediation proceedings. Frank has served as a damages expert for over 25 years in federal and state courts on more than 400 engagements. He has vast experience in arbitration and mediation matters and has served as a court appointed expert on financial and damages matters in various jurisdictions.

Representative examples of Frank's engagement experience include:

### Litigation Consulting and Expert Testimony

Analysis and testimony on accounting, financial and economic issues over a broad range of industries including pharmaceutical, medical products, automotive, utility, construction, real estate, manufacturing, government, transportation, financial services and others related to a wide range of disputes including:

- *Intellectual property disputes* involving patent infringement, trade secrets, false advertisement, trade dress, copyright and royalty disputes
- *Construction disputes* including breach of contract, delay, lost productivity and other claims
- *Insurance claim disputes* involving business interruption, property and casualty, extra expense, directors and officers and other claims
- *Post acquisition disputes* involving price disagreements and performance issues
- *Breach of contract* matters including performance, payment, delay, termination and other issues
- *Other types of disputes* including legal and accounting malpractice, condemnation, marital dissolution, environmental claims and others
- *Arbitrator and mediator services* to a wide range of entities and industries

### Financial Recovery Services

- *Fraudulent conveyance analysis* and testimony
- *Preference payment analysis*
- *Creditor recovery services* (Ch. 7 and Ch. 11)
- *Debtor advisory services* (Ch. 7 and Ch. 11) including plans of reorganization and strategic planning
- *Crisis management* for troubled developments, projects, plants and corporations

### Commercial Fraud Investigations

- *SEC related inquiries and investigations*
- *Breach of fiduciary responsibility investigations*
- *Accounting irregularity investigations*

### Education and certifications

- MBA, Loyola University
- Bachelor of Science in Electrical Engineering, University of Illinois
- Certified Public Accountant (CPA)
- Registered Professional Engineer (PE)

### Professional associations

- Illinois CPA Society
- American Institute of Certified Public Accountants
- National Society of Professional Engineers
- Turnaround Management Association
- Licensing Executives Society

EX B

# FRANK BERNATOWICZ
## EXPERT TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 1 | Flo-Rite v. Wisconsin Pharmacal (c) | Trial | George Grumley Rudnick & Wolfe |
| 2 | City of Detroit (c) v. Sisters of Mercy Health Corporation | Deposition, Mediation | Plunkett & Cooney Bill Brodhead |
| 3 | Prozeralik v. Capital Cities (c) | Trial | Andrea Moore Jaeckle, Fleischmann & Mugel |
| 4 | Prudential Insurance Co. (c) & Nippon Life v. Turner Construction Co. | Deposition, Mediation | Bill Campbell Rudnick & Wolfe |
| 5 | O'Brien Corp. (c) v. National Union Insurance Co. | Deposition, Mediation | Werner Powers Haynes & Boone |
| 6 | Aardvark Art v. Lehigh Press (c) | Depositions, Trial | Phil Kircher Schnader, Harrison, Segal & Lewis |
| 7 | CTS Corp. v. Raytheon (c) | Deposition | Rowe Snider Lord, Bissell & Brook |
| 8 | John R. Walker Co. v. Zimpro (c) | Arbitration | Tim Thornton Greensfelder, Hemker, Gale, Weiss & Chappelow |
| 9 | Hughes Masonry, Inc. v. Geupel DeMars (c) | Deposition | Alan Lobley Ice, Miller, Donadio & Ryan |
| 10 | Park Plaza Developers v. Geupel DeMars (c) | Arbitration | Alan Lobley Ice, Miller, Donadio & Ryan |
| 11 | B&I Mechanical Contractors v. Geupel DeMars (c) | Arbitration | Alan Lobley Ice, Miller, Donadio & Ryan |
| 12 | BASF v. Old World Trading Co. (c) v. Dearborn | Deposition | Mark Ferguson Bartlitt, Beck, Herman, Palenchar & Scott |
| 13 | CG&E, DP&L & C&SOE v. GE (c) | Deposition, Trial | Bill Gordon Mayer, Brown & Platt |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 14 | U.S. Industries (c) v. F. Browne Gregg | Trial | Bill Sondericker Carter, Ledyard & Milburn |
| 15 | Great Midwest Savings & Loan (c) v. Hometown, Inc. | Trial | Roger Weede Vlasak, Rosenbaum, Weede & Britton |
| 16 | Metaullics v. MMEI (c) | Trial | Ron Isroff Ulmer & Berne |
| 17 | Metaullics v. MMEI (c) | Deposition, Trial | Ron Isroff Ulmer & Berne |
| 18 | Lor-Al (c) v. Ag-Chem | Deposition | Mark Wine Oppenheimer, Wolff & Donnelly |
| 19 | Sealed Air, Inc. v. Northern Instruments (c) | Deposition | David Bishop Oppenheimer, Wolff & Donnelly |
| 20 | Axxess Entry Technologies v. Hill, Van Santen, Steadman & Simpson (c) | Deposition | Jim Nolan Clausen, Miller, Gorman, Caffrey & Witous |
| 21 | Farrall Instruments v. Ward, Lalos, Leeds, Keegan, & Lett (c) | Deposition | Jim White Welsh & Katz |
| 22 | Wells Fargo v. Pullman Construction Co. (c) | Trial | Don Zazove Tobin & Zazove |
| 23 | Forum Insurance Co. (c) v. Magnant Re Intermediaries | Deposition | Don Flayton Wildman, Harrold, Allen & Dixon |
| 24 | Illinois Central v. Alternative Transportation System (c) | Deposition | Mark Devane Menges, Millus |
| 25 | Intamin v. Figley Wright (c) | Deposition | Michael Wagner Baker & McKenzie |
| 26 | Shambaugh Electric v. Fairfield Engineering Co. (c) | Deposition | Norman Barry Baker & McKenzie |
| 27 | Driscoll/Newgard (c) v. Metro Fair & Expo. Authority | Trial | Don O'Brien O'Brien, O'Rourke, Hogan & McNulty |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 28 | Farm Fuels v. Grain Processing Corp. (c) | Trial | Henry Harmon Grefe & Sidney |
| 29 | Recon Optical v. Ragnar Benson (c) | Deposition | Bill Campbell Rudnick & Wolfe |
| 30 | Industrial First, Inc. v. Stein & Co. (c) | Arbitration | Stan Adelman Rudnick & Wolfe |
| 31 | Warner Bros. v. County of DuPage (c) | Trial | Chuck Hoppe Knight, Hoppe & Fanning |
| 32 | Armstrong Foods (c) v. Rose Foregrove | Deposition | Chuck Bergen Grippo & Elden |
| 33 | Weyerhauser v. Structural Wood Corp. (c) | Deposition | Peter Tolley Tolley, Fisher & Verwys |
| 34 | Sylvester Sales Company (c) v. Anoka Electric Co. | Trial | Jerry Rice Rice & Heikes |
| 35 | Illinois Bell v. Garrett & West (c) | Deposition | Tom Lucas Peterson & Ross |
| 36 | Laguna Hills Water Co. v. VSL (c) | Deposition | Jay Seashore Haight, Dixon, Brown & Bonesteel |
| 37 | S&S Enterprises v. U.S. Air Force (c) | Deposition | Herb Lyons U.S. Air Force |
| 38 | Warner Bros. v. City of Bensenville (c) | Deposition | Bill Mahoney Segal, McCambridge, Singer & Mahoney |
| 39 | David Engineering (c) v. Bartholomew Consolidated School Corp. | Arbitration | Gary Dankert Ice, Miller, Donadio & Ryan |
| 40 | Carolyn Jordan & Associates v. DelRicco Bros. Construction Co. (c) | Trial | Don O'Brien O'Brien, O'Rourke, Hogan & McNulty |

## TESTIMONY ON SELECTED LITIGATION MATTERS

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 41 | Dayton Hudson v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 42 | Sara Creek v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 43 | Helmsley Spear v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 44 | Filenes Basement v. Great Lakes Dredge & Dock (c) & City of Chicago | Deposition | Doug Reimer McDermott Will & Emery |
| 45 | Metcalf & Eddy (c) v. Puerto Rican Aqueduct & Sewerage Authority | Special Master Hearings | Peter Sipkins Dorsey & Whitney |
| 46 | Prudential Life & Nippon Life (c) v. Turner Construction Co. | Trial | Steve Harper Kirkland & Ellis |
| 47 | Dakota Gasification Co. v. Henry J. Kaiser, et al. (c) | Deposition | Werner Polak Shearman & Sterling |
| 48 | Raymond G. Tronzo (c) v. Biomet, Inc. | Depositions, Trial, | Robert Hackleman Gunster, Yoakley, Valdes-Fauli & Stewart |
| 49 | Johnstown America Corp. v. Trinity Industries, Inc. (c) | Trial | Bob Chiaviello Baker & Botts |
| 50 | G&K Services (c) v. Uniform Partners Corp. | Arbitration | Bill Mullin Maslon, Edelman, Borman & Brand |
| 51 | Van Kampen Merritt (c) v. SMP II Limited Partnership | Trial | Tim Eaton Coffield, Ungaretti & Harris |
| 52 | Rim Sales, Inc. v. Wilton Corporation (c) | Federal-Arbitration | Dan Sclessinger Lord, Bissell & Brook |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 53 | Echo Corporation (c) v. Power Tools | Deposition | Susan Rentschler Musada Funai Eifert & Mitchell, Ltd. |
| 54 | Black & Decker (c) v. The Coleman Company | Deposition | Ray Niro Niro, Scavone, Haller & Niro |
| 55 | University of Georgia Research Foundation (c) v. Kilpatrick & Cody | Deposition | Judy Butler University of Georgia Research Foundation |
| 56 | Fabrite Laminating Corporation v. Standard Textile Co., Inc. (c) | Trial | Bruce Tittel Wood, Herron & Evans |
| 57 | Lombard Construction Co. v. Chicago Housing Authority (c) | Deposition | Mark Friedlander Schiff, Hardin & Waite |
| 58 | Chicago Transit Authority (c) v. Insurers | Deposition | James O'Halloran O'Halloran, Lively & Walker |
| 59 | Colonial Guild (c) v. Matthews | Trial | Connis Brown Gunster, Yoakley, Valdes-Fauli & Stewart |
| 60 | Unofficial Creditors Committee of Alpha Tube (c) Re:  Acme Metals Bankruptcy | Deposition | Dennis O'Dea Wolf, Block, Schorr and Solis-Cohen, LLP |
| 61 | Bradford Company (c) v. Jefferson Smurfit Corp. | Trial | Bruce Tittel Wood, Herron & Evans |
| 62 | Medtronic (c) v. St. Jude Medical | Arbitration | Bill Pentelovich Maslon, Edelman, Borman & Brand |
| 63 | Avery Dennison (c) v. Flexcon | Deposition | Joe Hosteny Niro, Scavone, Haller & Niro |
| 64 | Public Service of Indiana v. Hartford (c) | Mediation | Tom Keegan Robins, Kaplan, Miller & Ciresi |
| 65 | Edwardsville School District v. Sverdrup (c) | Deposition | Tim Thornton Greensfelder, Hemker & Gale |
| 66 | Charles S. Anderson v. Imagine Publishing (c) | Deposition | Rob Phillips Arnold, White & Durkee |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|---|---|---|---|
| 67 | Ohio Medical Products (c) <br> v. <br> Johnson & Johnson | Deposition | Greg Ahrens <br> Wood, Herron & Evans |
| 68 | Black & Decker (c) <br> v. <br> Catalina Lighting | Deposition | John Janka <br> Niro, Scavone, Haller & Niro |
| 69 | 20th Century Plastics <br> v. <br> Univenture (c) | Arbitration | Bruce Tittel <br> Wood, Herron & Evans |
| 70 | IBJ Schroder Bank & Trust (c) <br> v. <br> Cory & Associates, Inc. | Deposition | Frank Penski <br> Nixon & Peabody |
| 71 | Avery Dennison (c) <br> v. <br> Ritrama | Deposition | Joe Hosteny <br> Niro, Scavone, Haller & Niro |
| 72 | Amphenol (c) <br> v. <br> Centurion | Deposition | Steve Fallon <br> Greer Burns & Crain |
| 73 | Alla Investors <br> v. <br> NCI (c) | Deposition, Trial | Michael Poulos <br> Piper Marbury Rudnick & Wolfe |
| 74 | TSE <br> v. <br> Franklynn (c) | Deposition, Trial | Greg Ahrens <br> Wood, Herron & Evans |
| 75 | Bucyrus-Erie creditors (c) <br> v. <br> Bucyrus-Erie, debtor | Deposition | Bruce Arnold <br> Whyte Hirschboek & Dudek |
| 76 | Barbour <br> v. <br> Layne Christensen (c) | Deposition | Rob Adams <br> Shook, Hardy & Bacon |
| 77 | Lawler (c) <br> v. <br> Bradley | Deposition | Art Stein <br> Barnes & Thornburg |
| 78 | Avery Dennison (c) <br> v. <br> UCB | Deposition | Joe Hosteny <br> Niro, Scavone, Haller & Niro |
| 79 | Hall <br> v. <br> American Pavers Manufacturing (c) | Deposition, Mediation | Connis Brown III <br> Brown, Locurto & Robert |
| 80 | Shareholders <br> v. <br> AEG (c) | Deposition | David Schaffer <br> Chapman & Cutler |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 81 | Bonzel (c) <br> v. <br> Boston Scientific | Mediation | Tom Burger <br> Wood, Herron & Evans |
| 82 | Mopex (c ) <br> v. <br> American Stock Exchange | Deposition | Brad Lyerla <br> Wallenstein & Wagner |
| 83 | Ringland Johnson (c) <br> v. <br> CNA | Mediation | Mark Gravino <br> Williams & McCarthy |
| 84 | Ringland  Johnson (c) <br> v. <br> Zurich | Mediation | Mark Gravino <br> Williams & McCarthy |
| 85 | Uno Heirs (c) <br> v. <br> Mattel | Depositions | Bruce Tittel <br> Wood, Herron & Evans |
| 86 | Eazypower <br> v. <br> Vermont American (c) | Deposition | Tom Fitzsimmons <br> Greer, Burns & Crain |
| 87 | Block Financial Corp. <br> v. <br> Yodlee, Inc. (c) | Deposition | David Barkan <br> Fish & Richardson |
| 88 | TAAG/T.K. International, Inc. <br> v. <br> Roper Whitney of Rockford (c) | Deposition, Trial | Tom Boswell <br> Hinshaw & Culbertson |
| 89 | McCook Metals creditors <br> v. <br> McCook Metals, debtor (c) | Deposition, Trial | Michael Desmond <br> Figliulo & Silverman |
| 90 | American Equities Group - debtor (c) <br> Re:  Bankruptcy proceedings | Trial | Warren Graham <br> Warshaw, Burstein Cohen Schlesinger & Kuh, LLP |
| 91 | Bristol-Myers Squibb & Sanofi-Synthelabo <br> v. <br> Apotex (c) | Depositions, Trial | Allen Bernstein <br> Ceasar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. |
| 92 | Tower Automotive (c) <br> v. <br> Lamb Technicon | Depositions | Dick Kay <br> Varnum, Riddering, Schmidt & Howlett LLP |
| 93 | Veeco Instruments (c) <br> v. <br> Asylum Research | Deposition | Bruce Tittel <br> Wood, Herron & Evans |
| 94 | Block Financial Corp. <br> v. <br> Yodlee (c) | Depostion | David Barkan <br> Fish & Richardson, P.C. |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 95 | Access Technologies v. Pomeroy Computer Resources | Arbitrator | Caldwell Lowrance Bass Berry & Sims PLC |
| 96 | Roper Whitney of Rockford (c) v. Quality Hydraulics | Meditation | Marc Gravino Williams & McCarthy |
| 97 | Hill's Pet Nutrition v. Nutro Products (c ) | Deposition, Trial | Dick Johnson Blackwell Sanders Peper Martin LLC |
| 98 | Halo – debtor v. Starbelly.com (c) | Deposition | Michael Desmond Figliulo & Silverman |
| 99 | Eaton Corporation v. Rockford Linear Actuation  (c) | Mediation | Marc Gravino Williams & McCarthy |
| 100 | Frazier v. Layne Christensen (c ) | Deposition | Dick Johnson Blackwell Sanders Peper Martin LLC |
| 101 | Lurgi v. Adkins (c) | Arbitration | Maynerd Steinberg Lord Bissell & Brook |
| 102 | North Atlantic Trading Company v. Republic Tobacco (c) | Deposition | Michael Kazan Grippo & Elden |
| 103 | Royal Indemnity Company (c) v. Commercial Money Center, Inc. | Deposition, Trial | Richard Zuckerman Sonnenschein Nath & Rosenthal, LLP |
| 104 | Novartis v. Apotex Corp. (c) | Hearing | Robert Silver Ceasar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. Caesar |
| 105 | Plastech Engineered Products, Inc. (c) v. Eisenmann Corp. | Deposition | John Wright Jones Day |
| 106 | Cellularvision (c) v. Alltel Corporation | Deposition | Connis Brown Brown Robert, LLP |
| 107 | Grand Pier Center, LLC (c) v. ATC Group Services, Inc., etal. | Deposition | Dan Murray Johnson & Bell |
| 108 | Heartbilt (c) v. Timbercut | Mediation | Marc Gravino Williams & McCarthy |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 109 | Unigene & Upsher-Smith v. Apotex Corp. (c) | Deposition | Robert Silver<br>Ceasar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. |
| 110 | Hanfield (c) v. Nissan et al. | Deposition | Eric Acker<br>Morrison Foerster |
| 111 | IRS v. Rovakat (c) | Trial | William Read Rankin<br>Rankin & Associates |
| 112 | Sensient (c) v. Foley & Lardner | Deposition, Trial | Pete Silverman<br>Figliulo & Silverman |
| 113 | Wyeth & Altana v. SUN & TEVA (c) | Deposition | Robert Breisblatt<br>Katten Muchin |
| 114 | APG (c) v. Barnes & Thornburg | Deposition, Trial | William Johnson<br>Johnson & Bell |
| 115 | Heritage Christian v. Security Life of Denver (c) | Deposition | Erin Dickinson<br>Hansen Riederer Dickinson Crueger |
| 116 | Cincinnati Insurance v. Albert (c) | Deposition | Linda Polley<br>Hunt Suedhoff Kalamaros LLP |
| 117 | Whitserve (c) v. CPI | Depositions | Gene Winter<br>St.St. Onge Steward Johnston & Reens LLC |
| 118 | UEI (c) v. URC | Deposition, Trial | Chris Lee<br>Niro, Haller & Niro |
| 119 | Class Action (c) v. Bally | Deposition | Amy Keller<br>Wexler Wallace |
| 120 | Lori Roberts v. Guggenheim (c) | Deposition | Pete Silverman<br>Figliulo & Silverman |
| 121 | Gentex v. Helicopter Helmet (c) | Trial | Bruce Chasan<br>Law Offices of Bucre J. Chasas, LLC |
| 122 | Icon (c) v. SBC | Deposition | Chris Laney<br>Niro, Haller & Niro |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 123 | Weber (c) v. Sears | Deposition | Raymond Niro Niro, McAndrews, Dowell & Grossman |
| 124 | Aumann (c) v. Hartsfield | Mediation | Marc Gravino Williams & McCarthy |
| 125 | Design Basics v. Newport Builders (c) | Mediation | Marc Gravino Williams & McCarthy |
| 126 | Design Basics v. Westridge Buiders (c) | Mediation | Marc Gravino Williams & McCarthy |
| 127 | North American Stevedoring (c) v. Illinois International Port District | Deposition | John Holevas Williams & McCarthy |
| 128 | Wholesale Partners (c) v. Masterbrand | Deposition | Chuck Crueger Hansen Riederer Dickinson Crueger |
| 129 | Pacific Bearing v. International Distribution Alliance (c) | Mediation | Marc Gravino Williams & McCarthy |
| 130 | Access Private Equity v. Guggenheim (c) | Arbitration | Pete Silverman Figliulo & Silverman |
| 131 | RUSH University Medical Center (c) v. Perkins & Will and Environmental Systems Design | Mediation | Dan Brenner Laurie & Brennan |
| 132 | Class Action (c) v. Goodman (CA) | Deposition | Joshua Ezrin Audet & Partners |
| 133 | Class Action (c) v. Nordyne | Depositionn | Greg Coleman Greg Coleman Law |
| 134 | Class Action (c) v. Nissan | Deposition | Greg Coleman Greg Coleman Law |
| 135 | Bison Advisors v. Walleye Trading | Deposition | Ray Niro Niro Haller & Niro |
| 136 | Grail v. Mitsubishi | Deposition | Ray Niro Niro Haller & Niro |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 137 | Arctic Cat v. Driveline | Deposition | Joel Houtari Williams & McCarthy |
| 138 | Class Action (c) v. Rheem | Deposition | Greg Coleman Greg Coleman Law |
| 139 | Class Action (c) v. Fluidmaster | Deposition | Amy Keller Wexler Wallace |
| 140 | Design Basics v. Tim O'Brien Homes (c) | Deposition/Mediation | Marc Gravino Williams & McCarthy |
| 141 | Design Basics v. Phillippe Builders (c ) | Mediation | Marc Gravino Williams & McCarthy |
| 142 | Design Basics v. Three Hammer Construction (c) | Mediation | Marc Gravino Williams & McCarthy |
| 143 | Class Action (c) v. Sears | Deposition | Berger & Montague Michael Fantini |
| 144 | Chippewa Indians (c) v. Stifel, Nicolaus & Company | Deposition | Tim Hansen Hansen Reynolds |
| 145 | Trutee for TPP Acquisition v. Monroe Capital (c) | Deposition | Jeffrey Ganz Riemer & Braunstein |
| 146 | Karl Storz (c) v. Stryker | Deposition | Michael Kosma Whitmyer IP Group |
| 147 | OADS (c) v. L3 | Trial, Deposition | Neil Lapinski Gordon, Fournaris & Mammarella |
| 148 | Heartland Farms, Inc. and Oak Groves Farms, Inc. v. Larry T. Van Straten, et al. (c) | Mediation; Hearings | Ronald Pezze Ratzel, Pytlik & Pezze |
| 149 | Kolcraft (c) v. Chicco | Trial, Deposition | Ray Niro, Jr. Niro McAndrews |
| 150 | SNK America v. Niigata Machine Techno Co. | Mediation | Marc Gravino Williams & McCarthy |

**TESTIMONY ON SELECTED LITIGATION MATTERS**

| Ref. | Case | Testimony Type | Attorney Contact |
|------|------|----------------|------------------|
| 151 | OADS (c) v. Gufstream | Arbitration | Neil Lapinski Gordon, Fournaris & Mammarella |

# EXHIBIT B

# FIRM RESUMES OF CLASS COUNSEL



# FIRM RESUME

GREG COLEMAN LAW PC

*A Professional Corporation*

First Tennessee Plaza

800 S. Gay Street, Suite 1100

Knoxville, TN 37929



# TABLE OF CONTENTS

The Firm                          3

Practice Areas                    3

Representative Cases              4

Our Team                          7

Contact Us                        26



# THE FIRM

**Greg Coleman Law PC is an** AV rated, full-service plaintiffs' law firm composed of a carefully assembled, talented group of 13 attorneys with sound judgment, exceptional skills, and broad expertise. The firm's goal is simple: provide high quality legal services with innovative and progressive approaches to the law. To this end, the firm's attorneys recognize the importance of courtroom experience at all levels and the value of a diverse legal practice.  Above all else, it is our commitment to aggressively fight for the rights of our clients that sets the firm apart.

# OUR ACCOLADES



# PRACTICE AREAS

- Class Actions
- Consumer Protection/Consumer Rights
- ERISA Litigation
- False Advertising
- Multi-District Litigation/Mass Actions
- Federal and State Appeals
- Breach of Contract & UCC Disputes
- Business Litigation
- Chemical-Related Cancers & Diseases

- Dangerous Drugs & Medical Devices
- Fraud/Misrepresentation
- Securities Litigation
- FLSA Litigation
- Auto, Trucks & Motorcycle Accidents
- Insurance Coverage Disputes
- Medical Malpractice
- Toxic Tort



# REPRESENTATIVE CASES

*Adelman v. Rheem Manufacturing Company* (D. Ariz.): Co-lead counsel in product defect class action.

*Ajose v. Interline Brands, Inc.* (M.D. Tenn.): Counsel in product defect class action.

*Anderson v. Ford Motor Company* (W.D. Missouri): Co-lead counsel in vehicle safety defect class action.

*Berman v. General Motors* (S.D. Fla.): Co-lead counsel in vehicle defect class action.

*Chapman v. TriStar Products, Inc.* (N.D. Ohio): Lead counsel in multistate defective product class action.

*Chason v. Capital City Bank* (Gadsden Cty. Cir. Ct., Fla.): Co-lead counsel in overdraft fee class action.

*Clark v. Lumber Liquidators* (N.D. Ga.): Co-lead counsel in product defect class action.

*Curtis v. Alcoa* (E.D. Tenn.): Co-lead counsel in ERISA class action.

*Davis v. Westgate Planet Hollywood Las Vegas* (D. Nev.): Co-lead counsel in a Fair Labor Standards Act case.

*Dickerson v. York International Corporation* (M.D. Penn.): Co-lead counsel in product defect class action.

*Feuquay v. Teachers Credit Union* (St. Joseph Cty., Cir. Ct., Ind.): Co-lead counsel in overdraft fee class action.

*Floyd v. American Honda Motor Co., Inc.* (C.D. Cal., 9th Circuit Court of Appeals): Co-lead counsel in vehicle safety defect class action.

*Fultineer v. Lumber Liquidators* (W.D. Ky.): Co-lead counsel in product defect class action.

*Glenn v. Hyundai Motors America* (C.D. Cal.): Co-lead counsel in vehicle safety defect class action.

*Harding v. Midsouth Bank* (W.D. La.): Co-lead counsel in overdraft fee class action.

*Hardwick v. Fluidmaster, Inc.* (D.N.H.): Co-lead counsel in product defect class action.

*Hatmaker v. Consolidated Nuclear Security, LLC* (E.D. Tenn.): Lead counsel in ERISA class action.



*Hindsman v. General Motors* (N.D. Cal.): Co-lead counsel in vehicle defect class action.

*Hirst v. Skywest Airlines, Inc.* (N.D. Ill., 7th Circuit Court of Appeals): Co-lead counsel in employee wage and hour class action.

*Hungerman v. Fluidmaster, Inc.* (W.D. Penn.): Co-lead counsel in multistate product defect class action.

*Hurd v. America's Collectibles Network, Inc.* (Knox Cty. Cir. Ct., Tenn.): Co-lead counsel in consumer protection and false advertising class action.

*Jammal v. American Family Insurance Company* (N.D. Ohio): Co-lead counsel in ERISA class action.

*Jenkins v. Lawrence E. Keeble, Marcelo Pinto and Star Transportation, Inc.* (Davidson Cty. Cir. Ct., Tenn.): Lead counsel in personal injury action which led to the single largest auto negligence verdict in Tennessee for 2009.

*Johnson v. Direct Shopping Network, Inc.* (L.A. Sup. Ct., Cal.): Co-lead counsel in consumer protection and false advertising class action.

*Johnson v. Nissan North America, Inc.* (N.D. Cal.): Co-lead counsel in vehicle safety defect class action.

*Klug v. Watts Regulator Co.* (D. Neb.): Co-lead counsel in product defect class action.

*Kondash v. Kia Motors America* (S.D. Ohio): Co-lead counsel in vehicle safety class action.

*Krause v. MB Financial Bank* (Cook Cty. Cir. Ct., Ill.): Co-lead counsel in overdraft fee class action.

*Lewis v. Allegheny Ludlum Corp.* (W.D. Penn.): Co-lead counsel in ERISA class action.

*Lowther v. AK Steel* (S.D. Ohio): Co-lead counsel in ERISA class action.

*Meadow v. NIBCO, Inc.* (M.D. Tenn.): Counsel in product defect class action.

*Meek v. Skywest Airlines, Inc.* (N.D. Cal.): Co-lead counsel in employee wage and hour class action.

*Merkner v. AK Steel* (S.D. Ohio): Co-lead counsel in ERISA class action.

*Michelhaugh v. Consolidated Nuclear Security, LLC* (Anderson County Tenn. Cir. Ct.): Lead counsel in breach of contract class action.

*Moreno v. Toyota Motor Sales* (C.D. Cal.): Co-lead counsel in vehicle safety defect class action.

*Mull v. Glacier Bank* (Lincoln Cty. Cir. Ct., Mont.): Co-lead counsel in overdraft fee class action.



*Muzingo v. Bank of the Ozarks* (Pulaski Cty. Cir. Ct., Ark.): Co-lead counsel in overdraft fee class action.

*O'Keefe v. Pick Five Imports, Inc.* (M.D. Fla.): Co-Lead counsel in defective product class action.

*Price v. L'Oreal USA Inc.* (S.D. N.Y.): Co-lead counsel in false advertising class action.

*Roberts v. Electrolux Home Products, Inc.* (C.D. Cal.): Co-lead counsel in multistate safety defect class action.

*Rysewyk v. Sears Holding Corporation* (N.D. Ill.): Co-lead counsel in product defect class action.

*Samuel v. Chrysler Group LLC* (C.D. Cal.): Co-lead counsel in multistate vehicle safety defect class action.

*Sanborn v. Nissan North America, Inc.* (S.D. Fla.): Co-lead counsel in vehicle safety defect class action.

*Sanchez v. General Motors* (N.D. Ill.): Co-lead counsel in vehicle defect class action.

*Satterfield v. Alcoa, Inc.,* 266 S.W. 3d 347 (Tenn. 2008): Co-lead counsel in Tennessee Supreme Court case in which the Supreme Court ruled that a duty is owed by Alcoa to a nonemployee household member as it relates to the household member's contraction of mesothelioma.

*Stedman v. Mazda Motor Corp.* (C.D. Cal.): Co-lead counsel in multistate vehicle safety defect class action.

*Swift v. QNB Bank* (Bucks Cty Cir. Ct., Penn.): Co-lead counsel in overdraft fee class action.

*Tanasi v. New Alliance Bank* (W.D.N.Y.): Co-lead counsel in overdraft fee class action.

*Tapp v. Skywest Airlines, Inc.* (N.D. Ill.): Co-lead counsel in employee wage and hour class action.

*Vickery v. Lumber Liquidators* (E.D. Tenn.): Co-lead counsel in product defect class action.

*Watson v. Westgate Resorts, Inc.* (E.D. Tenn.): Co-lead counsel in a Fair Labor Standards Act case.

*West v. East Tennessee Pioneer Oil Co.* (Tenn.): A Tennessee Supreme Court case in which the Court ruled a convenience store had a legal duty to the plaintiffs for selling gas to an obviously intoxicated driver.

*White v. Nutribullet, LLC* (C.D. Cal.): Lead counsel in product defect class action.

*Williams v. FCA US LLC* (W.D. Missouri): Co-lead counsel in vehicle safety defect class action.



# Gregory F. Coleman | Founder and Managing Partner



Greg Coleman is the Founder and Managing Partner of Greg Coleman Law PC with 30 years of trial and appellate experience. Greg received his B.A. with highest honors and distinction from Jacksonville State University in 1986. He attended The University of Tennessee College of Law, graduating in 1989. In addition to distinguishing himself academically, Greg was a member of the National Trial Moot Court Team, was the recipient of the American Jurisprudence Award for National Trial Team and was listed in Who's Who Among Rising Young Americans. In addition, the College of Law bestowed upon Greg the honor of inclusion into the National Order of Barristers for outstanding oral advocacy and trial skills.

Greg's practice focuses on class actions, products liability, medical malpractice, personal injury, complex multi-district litigation, toxic torts, premises liability, ERISA, ERISA class actions, drug and medical device litigation, and workers' compensation.

He was co-lead counsel in a defective products case against Electrolux in which he and co-counsel successfully obtained a settlement on behalf of a class of more than one million members regarding defectively manufactured dryers. The settlement resulted in an expected utilization settlement value of over $35 million.

Greg was co-lead counsel in a series of automobile defect class actions against General Motors in Florida, Illinois, and California, in which he and co-counsel successfully obtained a $42 million settlement on behalf of a class of 1.6 million consumers regarding excessive oil consumption.

He was lead trial counsel in an ERISA class action against AK Steel Corporation in which he successfully obtained a $178.6 million settlement on behalf of a class of over 3,000 retirees of AK Steel's Butler Works Plant in Pennsylvania in 2011. Excerpts from the final approval hearing before Judge Black:

*"[T]he class has been enormously well represented by the attorneys in this case. I started with the observation that this was a historic moment. I genuinely believe that.*

*"The plaintiffs and the members of the class have been enormously well represented by counsel."*

*"[T]here is no doubt that the settlements herein represent excellent result for the class members and obviate all risk of continued litigation."*

*"[T]he Court finds that the hourly and salaried settlements represent excellent result for the class members and provides them with a substantial benefit."*

*"I reach the conclusion based on acknowledging the extraordinary benefit achieved for the class, the high level of value of these plaintiffs' counsel's services. The lawyers here are excellent, highly regarded, and their service has brought great value to the class."*



*"I acknowledge this was a complex and demanding case involving a great deal of work and that the end result occurred largely, if not fully, attributable to the diligence, determination, hard work of plaintiffs' counsel, who were vigorously contested, as the company was represented by extraordinary lawyers.*

Judge Timothy S. Black, U.S.D.C. S.D. Ohio.

Greg was also lead trial counsel in an ERISA class action case against AK Steel Corporation in which he successfully obtained a $15.8 million settlement on behalf of a class of over 250 retirees of AK Steel's Zanesville Works Plant in Ohio in 2012.

He was lead counsel in a week-long trucking accident trial in which he obtained the largest negligence verdict in the state of Tennessee for 2009. *Jenkins v. Keeble*, Davidson County.

Greg Coleman has been and is currently involved in complex product liability and drug product liability litigation and has tried more than one hundred jury trials and countless other bench trials during his career. He has tried jury trials throughout the country and has been admitted *pro hac vice* in complex matters nationwide, including a six-week long jury trial in Sacramento, California, for which he was lead counsel.

Greg is admitted to practice in the following courts:

- State Courts of Tennessee
- Tennessee Supreme Court
- United States Supreme Court
- United States District Court, Eastern District of Tennessee
- United States District Court, Middle District of Tennessee
- United States District Court, Western District of Tennessee
- United States District Court, District of Colorado
- United States District Court, Central District of Illinois
- United States District Court, Northern District of Illinois
- United States District Court, Southern District of Illinois
- United States District Court, Southern District of Indiana
- United States District Court, Eastern District of Michigan
- United States District Court, Eastern District of Missouri
- United States District Court, District of Nebraska
- United States District Court, Western District of New York
- United States District Court, Eastern District of Wisconsin
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Federal Claims

He is certified as a Civil Trial Advocacy Specialist and as a Civil Pretrial Advocacy Specialist by the National Board of Trial Advocacy. Greg is a member of the American Bar Association, Tennessee Bar Association, and is also a member of the Knoxville Bar Association.

Greg is listed in Best Lawyers in America in two separate categories and has been named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association. He was named as Best Lawyers of America Lawyer of the Year in Products Liability and was also named by the U.S. News and World Report as one of the best lawyers and law firms in the country. Additionally, Greg has been recognized as one of Knoxville's Top Attorneys in eight separate categories. Greg Coleman Law is and has been ranked among the "Best Law Firms" by *U.S. News & World Report* and *Best Lawyer*. Greg Coleman Law also received the 2014 and 2015 Litigator Awards from the Trial Lawyers Board of Regents.

Greg is proud to have been recognized by his colleagues through nomination to the Martindale-Hubbell Bar Register of Preeminent Lawyers which includes only those select law practices that have earned the highest rating in the Martindale-Hubbell Law Directory and have been designated by their colleagues as preeminent in their field. He is AV rated by the Martindale Hubble Legal Rating System Judicial Edition and Peer Review Edition, and is a Charter



Member and Senior Fellow of the Litigation Counsel of America, "a trial lawyer honorary society established to reflect the new face of the American Bar with limited membership representing less than one-half of one percent of American lawyers and is by invitation only." He is a Mid-South Super Lawyer representing the top five percent of Arkansas, Mississippi, and Tennessee attorneys. Greg is a lifetime member of the prestigious Multi-Million Dollar Advocates Forum, an organization whose members are limited to attorneys who have won multi-million dollar verdicts and settlements. He is a Charter member of the Knoxville Chapter of the American Inns of Court and a member of the American Association for Justice and Public Justice.  Greg has been featured in Newsweek Magazine in their Showcase of Nationwide Top Attorneys.

Greg has served as a guest lecturer and speaker on Advanced Trial Advocacy and at national seminars, including those sponsored by the Tennessee Bar Association, the National Business Institute, and Mass Torts Made Perfect. He has lectured extensively for many years on topics such as advanced trial tactics and strategy and complex litigation matters.  He has authored published materials regarding advanced trial strategy, ethics seminars, as well as numerous other publications for CLE seminars at which he has lectured.

Greg has been actively involved in civil and charitable activities, having served for many years on the Executive Board of Trustees for the Baptist Health System, including the Baptist Hospital of East Tennessee and related entities, and has been involved in many legal aid and pro bono projects in the Knoxville area.  Greg and his firm are donors to the annual Mission of Hope Christmas Barrel drive providing warm coats for the children of rural Appalachia.  In support of the Knoxville Academy of Medicine and Knoxville Academy of Medicine Alliance's Conversation Ready Project, Greg performed at the "A Little More Conversation" event.   The Conversation Ready Project is a program of the Knoxville Academy of Medicine Foundation and was formed to ensure that everyone's end-of-life wishes are expressed and respected.

Reported Cases:

West v. East Tennessee Pioneer Oil Co., 172 S.W. 3d 545 (Tenn. 2005), which is a Tennessee Supreme Court case in which the Supreme Court ruled a convenience store had a legal duty to the plaintiffs Gary West and Michelle Richardson (Greg's clients) for selling gas to an obviously intoxicated driver, who then had an accident with Gary West and Michelle Richardson on the roadway. This case was the first case to find that a convenience store had a legal duty to a driver on the roadway (Gary West and Michelle Richardson) for selling gas to an obviously intoxicated driver who then had an accident with Greg's clients.

Satterfield v. Alcoa, Inc., 266 S.W. 3d 347 (Tenn. 2008), which is a Tennessee Supreme Court case in which the Supreme Court ruled that a duty is owed by Alcoa to a nonemployee household member as it relates to the household members contraction of mesothelioma.

Merkner v. AK Steel, 2010 U.S. Dist. LEXIS 12742, 48 BNA 1923.

Lowther v. AK Steel, 2012 U.S. Dist. LEXIS 181476, 54 BNA 1931.



# Adam A. Edwards | Senior Attorney



Adam Edwards is a Senior Attorney at Greg Coleman Law, and acts as the lead attorney on many of the firm's serious personal injury cases.  He also serves as a primary litigator on many of the firm's class action, multi-district litigation, and defective product cases.

He attended The University of Tennessee where he received his undergraduate degree in political science and served as a field office intern for United States Senator and former Senate Majority Leader, Dr. Bill Frist.

After graduating from UT, Mr. Edwards was accepted into the Juris Doctor program at the Washburn University School of Law where he was awarded an academic merit scholarship after his first year of coursework.  While at Washburn, Adam excelled in oral advocacy and was selected as the President of the Moot Court Counsel on Oral Advocacy.  He was also selected as a member of the Order of Barristers.  He received his JD after graduating with Dean's Honors in 2000.

Adam's formal legal career started when he accepted a position as an Attorney at Husch Blackwell (formerly Blackwell Sanders) in Kansas City, Missouri in 2000. During the first four years of his legal career, Mr. Edwards successfully defended a number of well-known insurance companies and corporations in a wide range of litigation matters.

Today, Mr. Edwards utilizes his extensive trial experience and diverse background to advocate for personal injury victims and consumers who have suffered damages resulting from dangerous and defective products.

Mr. Edwards was selected by fellow members of the Knoxville Bar as a "Top Attorney" in CITYVIEW Magazine's annual Top Attorney's issue. He was selected as a Top Attorney for a second time in 2010.  In 2017, Mr. Edwards was named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association. He was also selected for membership into the Million Dollar Advocates Forum, an honor reserved for trial lawyers who have secured a settlement or verdict in excess of one million dollars.

**Practice Areas**: Class Actions, Consumer Protection/Consumer Rights, Motor Vehicle Accident Litigation, Multi District Litigation, Business Litigation, Medical Malpractice, Workers' Compensation, Nursing Home Neglect, Personal Injury, Product Liability, Wrongful Death



# Mark E. Silvey | Senior Attorney



Mark E. Silvey is a Senior Attorney at Greg Coleman Law, and focuses primarily on the firm's complex litigation and class action cases.  Mark is a native of Knoxville, Tennessee growing up in the Halls community, with family ties going back several generations.  Mark's grandfather, Adrian Burnett, served on the Knox County School Board for a number of years.  Mark received a bachelor's degree in history from the University of Tennessee in 1984, concentrating in the study of medieval Japan and the early 20th century in the United States.  He was an invited participant in the Honors History program in 1983. He also served on the Dean's Student Advisory Council for the College of Arts and Sciences.

Mark received his law degree in 1988 from the University of Tennessee.  A member of the National Trial Team, he received recognition as an Outstanding Clinic Student for the Spring 1988 semester.

Offered an opportunity to relocate to Atlanta, Georgia, in 1997 Mark became an in-house attorney for State Farm Mutual Automobile Insurance Company.  Staying in-house, but moving to Travelers Indemnity Company in 2001 in Atlanta, Mark returned home to Knoxville in 2006 to open a new in-house counsel office for Travelers.  Mark returned to private practice with Greg Coleman Law PC in 2010.

Mark's 31-year litigation career highlights includes more than 100 jury trials, more than 100 bench trials, and many appellate cases.  An active musician with wide ranging interests, Mark currently acts as the legal advisor to TheMarchingRoundtable.com and The Marching Roundtable Judges Academy.

**Practice Areas**: Class Actions, Consumer Protection/Consumer Rights, Multi District Litigation, Business Litigation, Product Liability, ERISA, Employment Law, Motor Vehicle Accident Litigation, Wrongful Death



# Lisa A. White | Senior Attorney



Lisa White is a Senior Attorney at Greg Coleman Law PC working in the areas of complex litigation, class action cases, and wage and hour class and collective actions. She joined the firm in 2014.  Her primary areas of focus are product defect class actions (representing consumers who have purchased defective products manufactured by corporations that refuse to "do the right thing" by recalling or repairing the defect, or reimbursing consumers for damages caused by the defect), and fair wage cases (representing current and former employees against businesses that routinely violate the Fair Labor Standards Act and state wage laws). She has taken a lead role in a number of wage-related class actions in the airline industry, which are especially complicated by the intersection of interstate travel, airline regulations, the Railway Labor Act, and the dormant Commerce Clause.  She has a lead role in the firm's ongoing case against SkyWest Airlines, in which the Seventh Circuit Court of Appeals reversed the District Court's dismissal of claims made on behalf of flight attendants alleging they were underpaid.

The majority of the cases Lisa works on are filed in the federal court system, both in the District Courts and Circuit Courts of Appeals.  Prior to joining Greg Coleman Law, her law practice included extensive trial and appellate experience.

A writer and researcher at heart, Lisa returned to law school after completing her Bachelor's in Sociology and Masters in Sociology from The University of Tennessee, and received a Chancellor's honor for Extraordinary Professional Promise upon graduating. She taught for a number of years at several universities.  In addition, she completed the coursework for her PhD in American Studies at The College of William and Mary just prior to entering law school.  Lisa is a graduate of The University of Tennessee College of Law.

While at The University of Tennessee College of Law, Lisa was a Co-Coordinator of Tennessee Innocence Project, the Research Editor for Tennessee Journal of Law and Policy, and practiced in both the Domestic Violence Clinic and the Advocacy Clinic.  As a student, Lisa won first place in the American Bar Association's Commission on Domestic and Sexual Violence Student Writing Competition for her paper: "Unlikely Bedfellows: The Intersection Between The Defense of Marriage Act(s) and Domestic Violence Prosecution." Lisa has had a number of papers published in peer-reviewed journals in law as well as in other academic fields including both sociology and history. In Spring 2018, an article she wrote on *South Dakota v. Wayfair, Inc.*, a case that was pending before the U.S. Supreme Court at the time, was published in Dicta, a publication of the Knoxville Bar Association.



Ms. White has been selected by fellow members of the Knoxville Bar as a "Top Attorney" in CITYVIEW Magazine's annual Top Attorneys' issue.

Lisa and her family are avid travelers and she has visited all seven continents.  In addition, she has worked remotely for Greg Coleman Law PC while living on the South Island of New Zealand.

Practice Areas: Class Actions, Fair Labor Practices (including litigation in the airline industry), Consumer Protection/Consumer Rights, Multi District Litigation, Business Litigation, Product Liability, ERISA



# Rachel Soffin | Senior Attorney



Rachel Soffin is a Senior Attorney at Greg Coleman Law and focuses on consumer class action litigation. She has spent the majority of her career prosecuting class action cases, including state and federal class actions involving product manufacturers and retailers, deceptive trade practices, privacy violations, and insurance and banking disputes.  Prior to joining Greg Coleman Law, Rachel worked in the area of consumer class actions in Morgan & Morgan's Tampa office. Prior to her time at Morgan & Morgan, Rachel served as in-house counsel for one of Florida's largest employee leasing companies.

Rachel obtained her undergraduate degree in Finance, with honors, from The Florida State University.  While in college, she worked at the Florida Legislature, where she worked closely with government leaders. Rachel earned her law degree from Stetson University College of Law, cum laude, where she served as a Digest Writer on the Stetson Law Review and was published multiple times in that capacity.

Rachel is admitted to practice in the state courts of Florida and Georgia, and in the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Georgia, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Eleventh Judicial Circuit.

Ms. Soffin has been designated by *Super Lawyers* as a Florida Rising Star (2011-2013), and as a Florida Super Lawyer (2014-2018) in the fields of Class Actions/Mass Torts.

**Practice Areas**:  Class Actions, Consumer Protection, Mass Torts



# Arthur Stock | Senior Attorney



Arthur Stock joined Greg Coleman Law as a Senior Attorney in 2019.  Previously, he had been a shareholder at Berger Montague in Philadelphia, Pennsylvania for over 20 years.  Throughout his career, he has represented plaintiffs in commercial, financial, securities, and consumer class actions.  He has also represented whistleblowers in *qui tam* actions in federal courts, and in administrative proceedings before the U.S. Securities and Exchange Commission, the Internal Revenue Service, and the United States Tax Court.

Mr. Stock was a principal litigator in numerous class actions, including: *Merrill Lynch Inc. Securities Litigation,* which resulted in a $475 million settlement on behalf of investors in Merrill Lynch securities; *Lee v. Enterprise Leasing Co.,* in which class members recovered 80% of alleged damages from allegedly illegal charges regarding Nevada airport car rentals; and *Vasco v. PHRG,* an action brought under the Telephone Consumer Protection Act, in which class members recovered $5.2 million from a business that allegedly placed telemarketing calls to consumers without prior express consent.

Before entering private practice, Mr. Stock served as a Law Clerk to the Honorable Jackson L. Kiser, United States District Court of the Western District of Virginia.

**Representative reported decisions:**

*Richardson v. Verde Energy USA, Inc.,* 354 F.Supp.3d 639 (E.D. Pa. 2018), and 2016 WL 7380708 (E.D. Pa. Dec. 19, 2016), (sustaining complaint and partially denying summary judgment in TCPA class action).

*South Peninsula Hospital v. Xerox State Healthcare LLC,* 223 F.Supp.3d 929 (D. Alaska 2016) (sustaining complaint in class action brought on behalf of healthcare providers in Alaska for improper delays and denials of Medicaid reimbursement caused by allegedly defective software).

*Vasco v. PHRG,* 2016 WL 5930876 (E.D. Pa. Oct. 12, 2016) (approving consumer class settlement).

*Lee v. Enterprise Leasing Co.-West,* 2015 WL 2345540 (D. Nev. May 15, 2015), and 300 F.R.D. 466 (D. Nev. 2014), and 30 F.Supp.3d 1002 (D. Nev. 2014) (granting plaintiffs' motions for summary judgment, class certification, and approval of settlement, in consumer class action alleging overcharges on airport car rentals).

*In re Clarus Corp. Securities Litigation,* 201 F.Supp.2d 1244 (N.D. Ga. 2002) (sustaining complaint in securities fraud class action).



**Publications:**

"Theory v. Practice:  A Comment on Orin Kerr's 'A Theory of Law'," 16 Green Bag 2d 224 (Winter, 2013)

"Make Way for Lawsuits," 11th Annual NERA Finance, Law & Economics Securities Litigation Conference

**Education:**

Yale University, B.A. with distinction in economics
       Two majors:  economics and philosophy

Duke University School of Law, J.D. with high honors
       Articles Editor, *Duke Law Journal*
       Order of the Coif

**Admissions:**

State Courts of Pennsylvania
State Courts of North Carolina
Pennsylvania Supreme Court
United States District Court of the Eastern District of Pennsylvania
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Ninth Circuit
United States Tax Court

**Practice Areas**:   Class Actions, Complex Litigation, Fair Labor Practices, Consumer Protection, Consumer Rights



# Martha Geer | Senior Attorney



Martha Geer has a combination of experience that few attorneys possess and clients find invaluable.  She has practiced for more than two decades as a respected litigator and appellate advocate, and served for more than 13 years as a rarely-reversed appellate judge. As a trial lawyer and board-certified appellate specialist, Judge Geer is known for obtaining cutting-edge and precedent-setting victories in both class actions and individual cases in a diverse set of practice areas, including consumer protection, securities, ERISA, environmental, labor and employment law, antitrust and trade regulation, contingent commercial litigation, and civil rights litigation.

Judge Geer received her B.A. summa cum laude from Bryn Mawr College and her J.D. with high honors from the University of North Carolina Schoo l of Law where she was a Morehead Fellow (a merit-based full scholarship), and served as Managing Editor of the North Carolina Law Review.

After law school, Judge Geer joined Paul Weiss, one of the top law firms in the country, where she represented corporate clients in class actions, shareholder litigation, and commercial disputes. Subsequently, she was a partner with two leading North Carolina plaintiffs' firms (a founding member of the second firm), and represented plaintiffs in a wide range of complex civil litigation, including class actions and individual cases.

She was first elected to the North Carolina Court of Appeals in 2002. In 2010, because of her reputation as a fair and impartial judge, she garnered strong bipartisan support resulting in her winning re-election by a 20-point margin. During her tenure, Judge Geer heard more than 3,800 appeals, authored more than 1,350 opinions, and had her opinions reversed less than 2% of the time. She left the Court of Appeals to become a partner at Cohen Milstein Sellers & Toll LLP, a leading plaintiffs' class action firm, and founded its Raleigh office. In 2019, she joined Greg Coleman Law as a Senior Attorney.

Judge Geer is a highly sought-after teacher of continuing education programs for both judges and lawyers.  As a trial and appellate lawyer, she has been regularly recognized in The Best Lawyers in America, most recently (2018, 2019, and 2020 eds.) in the areas of appellate practice and mass tort/class actions.  Prior to joining the bench, she was selected by Business North Carolina as one of North Carolina's "Legal Elite."



# Alex R. Straus | Senior Attorney



Alex R. Straus was born and raised in New York, NY. Alex is currently licensed to practice law in California, Massachusetts, New York, Rhode Island, and South Carolina. For more than a decade, Alex has represented consumers, labor unions, and municipalities throughout the United States in practice areas ranging from complex tort and personal injury to antitrust and securities litigation. Prior to joining Greg Coleman Law, Alex spent the majority of his legal career as a litigation attorney with Motley Rice LLC after a long career as an investigative journalist and author. In 2013, Alex authored an *amicus curiae* brief filed in the United States Supreme Court in support of a shipyard worker who died as a result of asbestos exposure.

An avid writer, Alex co-authored with legendary trial lawyer, Ron Motley, a chapter in the book *Pathology of Asbestos-Related Diseases*, which was published in 2014. Alex has also authored two books, *Medical Marvels: The 100 Most Important Medical Advances* (Prometheus Books, 2006) and *Guerrilla Golf: The Complete Guide to Playing Golf on Mountains, Pastures, City Streets and Everywhere But the Course* (Rodale Press, 2006). The author of more than 100 nationally published feature-length articles, Alex won the New York Press Association Best Sports Feature award in 1999.

As a law student at Roger Williams University School of Law, Alex was the 2009 recipient of the Kathleen Brit Memorial Prize for Alternative Dispute Resolution and served as law clerk for the New England Patriots, working with the team's General Counsel on real estate acquisitions, environmental compliance, and collective bargaining issues. Alex attended Rollins College in Winter Park, Florida and Columbia University's School of International and Public Affairs in New York, New York.

Publications:

- "Pathology of Asbestos-Related Diseases" (2013)
- "Medical Marvels: The 100 Most Important Medical Advances" (Prometheus Books, 2006)
- "Guerrilla Golf: The Complete Guide to Playing Golf on Mountains, Pastures, City Streets and Everywhere But the Course" (Rodale Press, 2006)

Education:

- Rollins College in Winter Park, Florida
- Columbia University's School of International and Public Affairs in New York, New York
- Roger Williams University School of Law



o   2009 recipient of the Kathleen Brit Memorial Prize for Alternative Dispute Resolution

Admissions:

- State Courts of California
- State Court of Massachusetts
- State Court of New York
- State Court of Rhode Island
- State Court of South Carolina

Alex serves as an Executive Board Member of the Gary Forbes Foundation, a nonprofit organization that advocates for diabetes research and education.  Active in his community, he has worked with Volunteer of America's Operation Backpack, an organization that provides school supplies to more than 7,000 homeless children in New York City.



# Jonathan Cohen | Senior Attorney



Jonathan Cohen is a Senior Attorney at Greg Coleman Law and focuses on consumer class action litigation. Jonathan has spent his entire legal career prosecuting class actions, including state and federal consumer class actions against banks, mortgage companies, debt collectors, retailers, and insurance companies alleging violations of the Florida Deceptive and Unfair Trade Practices Act, the Telephone Consumer Protection Act, the Fair Credit Reporting Act, and the forced placement of insurance. He has also prosecuted class actions involving data breaches, defective products, deceptive products, breaches of contract, employment discrimination, and illegal taxation. Jonathan also served as counsel for the court-appointed receiver in the Ponzi scheme-related matter of *Wiand v. Wells Fargo Bank, et al.*, Case No. 8:12-cv-557-T-27EAJ (M.D. Fla.). Prior to joining Greg Coleman Law, Jonathan was a partner in Morgan & Morgan's Complex Litigation Group in Tampa, Florida. Prior to his time at Morgan & Morgan, Jonathan was a partner at James, Hoyer, Newcomer & Smiljanich, P.A., a firm specializing in the prosecution of nationwide consumer class actions and whistleblower (qui tam) actions.

Jonathan was born in Albany, New York and raised in Nashville, Tennessee. He attended Indiana University and graduated in 1996 with a Bachelor of Arts degree in Journalism. Following a career in marketing and advertising in Chicago, Jonathan relocated to St. Petersburg, Florida, where he attended Stetson University College of Law and earned his Juris Doctor degree in 2005. During his tenure at Stetson, Jonathan was an intern for the State Attorney's Office (Economic Crimes Unit), Thirteenth Judicial Circuit, Hillsborough County, and for the Honorable David A. Demers, Sixth Judicial Circuit of Florida.

Jonathan is admitted to practice in the state courts of Florida, and in the U.S. District Court for the Middle District of Florida, U.S. District Court for the Southern District of Florida, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Western District of Wisconsin, U.S. District Court for the District of Colorado, and U.S. Courts of Appeals for the First, Fifth, and Eleventh Circuits.

**Practice Areas**:  Class Actions, Consumer Protection, Mass Torts



**Class Counsel Appointments:**

Mr. Cohen has been appointed class counsel by courts in the following representative cases:

- Black-Brown v. Terminix Int'l Co. Ltd. Partnership, Case No. 16-cv-23607 (S.D. Fla.)
- Preman v. Pollo Operations, Inc., Case No. 16-cv-00443 (M.D. Fla.)
- Zyburo v. NCSPlus, Inc., Case No. 12-Cv-6677 (S.D.N.Y.)
- Swift v. Bank of America Corp., et al., No. 14-cv-01539 (M.D. Fla.)
- Ownby v. Citrus County, Florida, Case No. 2004-CA-1840 (Fla. 5th Cir., Citrus County)



# Justin G. Day | Senior Associate



A native East Tennessean, Justin graduated with a bachelor's degree in honors philosophy and political science from the University of Tennessee, where he was awarded the Davis Scholarship and named the top graduate in his major.  Justin then attended law school at the University of Tennessee College of Law, where he was a Green Scholar, president of the Christian Legal Society, and one of the first-ever recipients of the Jerry P. Black Jr. Student Clinic Attorney Award.

Before joining Greg Coleman Law, Justin practiced family law, juvenile law, and criminal law in Morristown, Tennessee.

Since joining the firm, Justin has been actively involved in a number of the firm's practice areas, including the firm's personal injury, consumer protection, and mass tort areas.

Active in his local community, Justin is a member of Fellowship Church of Knoxville and volunteers in its children's ministry.  In his spare time, Justin can usually be found exercising, reading at a local coffee shop, or playing golf.

# William A. Ladnier | Associate



Will Ladnier grew up in Nashville, Tennessee.  A lifelong Vols fan, he then moved to Knoxville to attend the University of Tennessee, where he graduated *summa cum laude* with degrees in Classics, History, and Political Science.

After obtaining his undergraduate degree, Will attended William and Mary Law School in Williamsburg, Virginia.  While there, he was heavily involved as a competing member of the National Trial Team and as Articles Editor for the *William & Mary Law Review.*  Before graduating *cum laude*, he also worked with a number of judges in Virginia, including Justice LeRoy F. Millette on the Supreme Court of Virginia.

Following law school, Will returned to Knoxville and clerked with Chief Justice Sharon G. Lee on the Tennessee Supreme Court. He then accepted a position with Arnett, Draper & Hagood, focusing on insurance defense and medical malpractice and healthcare liability defense, representing the largest hospital association in the region.

Will joined Greg Coleman Law in 2018, shifting his practice to representing plaintiffs.  He primarily practices in the areas of complex litigation and class action cases. Will is admitted to practice in Tennessee in both state and federal court in the Eastern District, and he is also a member of the Knoxville and Tennessee Bar Associations.

When not working, Will enjoys spending time with his wife, son, and dog, and if it's a weekend, you'll find him watching Vols and Titans football.

**Practice Areas**: Class Actions, Complex Litigation, Fair Labor Practices, Consumer Protection, Consumer Rights, Multi District Litigation, Product Liability



# Ryan P. McMillan | Associate



Ryan is a native of East Tennessee and grew up in Oak Ridge. There he was active in the Boy Scouts and competitive rowing. He attended the University of Mary Washington in Fredericksburg, Virginia, where he received his Bachelor's Degree, cum laude, in History.

Ryan returned to Tennessee in 2006 and later went to law school at the University of Tennessee, where he focused primarily on employment law. While in law school he clerked for the United States Department of Energy and London and Amburn, P.C. He also was a staff editor for the Tennessee Journal of Law and Policy and received the Patrick L. Hardin Award for Excellence in Employment and Labor Law.

After law school, Ryan worked at Dale Buchanan and Associates for many years where he represented thousands of disabled clients.

In 2019, Ryan joined Greg Coleman Law to continue his work in representing plaintiffs, primarily in class action and complex litigation matters.

Ryan lives in Alcoa with his wife and son. In his free time, Ryan enjoys hiking in the Smokies, spending time with his family, and traveling.

**Practice Areas**:  Class Actions, Complex Litigation, ERISA, Disability Law



# Louis W. Ringger, III (Billy) | Associate



Billy Ringger joined Greg Coleman Law in 2019, bringing extensive experience in the areas of complex civil litigation and appellate practice. Before joining the firm, Mr. Ringger practiced with the Knoxville law firm, Butler, Vines & Babb, PLLC, where he built a strong reputation as a successful litigator and a skilled advocate. Mr. Ringger now represents plaintiffs in a wide range of complex civil matters, including medical malpractice, toxic exposure, environmental damage litigation, civil rights actions, and whistleblower suits.

The son of a lawyer, Mr. Ringger is originally from Parsons, Tennessee, a small West Tennessee town near the Tennessee River. He moved to Knoxville in 2002 to attend the University of Tennessee as an undergraduate and quickly fell in love with the area. He later attended UT law school, where he was recognized for his skills in advocacy, receiving the Ogden and Sullivan Moot Court Brief Writing Award and the Susan B. Devitt National Moot Court Award for Written and Oral Advocacy.

After law school, Mr. Ringger served as judicial law clerk to then Chief Justice Sharon Lee of the Tennessee Supreme Court. He remained in this role for nearly two-and-a-half years, serving as Chief of Staff to the Chief Justice for much of that time. Through this experience, Mr. Ringger gained extensive knowledge of current and emerging Tennessee law and unique insight into the Tennessee judicial process.

Mr. Ringger is licensed to practice law in all state and federal courts in Tennessee and the United States Court of Appeals for the Sixth Circuit. He is a member of the Knoxville and Tennessee Bar Associations, and the Tennessee Trial Lawyers Association. He currently serves on the executive committee of the TBA Tort and Insurance Law section, and as Secretary of the KBA Professionalism Committee. Outside of his practice, Mr. Ringger enjoys spending time with his family and hiking in the East Tennessee mountains.

**Practice Areas**: General Civil Litigation, Personal Injury, Medical Malpractice, Toxic Torts, Civil Rights, Whistleblower Actions



# CONTACT US

Mail or in Person:

Greg Coleman Law PC
First Tennessee Plaza
800 S. Gay Street
Suite 1100
Knoxville, TN 37929

Telephone: 865-247-0080

Facsimile: 865-522-0049

Direct:

| Gregory F. Coleman | greg@gregcolemanlaw.com | 865-232-1315 |
| Adam A. Edwards | adam@gregcolemanlaw.com | 865-243-3496 |
| Mark E. Silvey | mark@gregcolemanlaw.com | 865-232-1319 |
| Lisa A. White | lisa@gregcolemanlaw.com | 865-243-3495 |
| Rachel Soffin | rachel@gregcolemanlaw.com | 865-247-0080 |
| Arthur Stock | arthur@gregcolemanlaw.com | 865-247-0080 |
| Martha Geer | martha@gregcolemanlaw.com | 865-247-0080 |
| Alex Straus | alex@gregcolemanlaw.com | 865-247-0080 |
| Jonathan Cohen | jonathan@gregcolemanlaw.com | 813-786-8622 |
| Justin G. Day | justin@gregcolemanlaw.com | 865-410-8190 |
| William A. Ladnier | will@gregcolemanlaw.com | 865-232-1318 |
| Ryan P. McMillan | ryan@gregcolemanlaw.com | 865-237-0900 |
| Louis W. Ringger, III (Billy) | billy@gregcolemanlaw.com | 865-217-2700 |

Internet: www.gregcolemanlaw.com





# WHITFIELD BRYSON LLP

## ATTORNEYS AT LAW

# FIRM RESUME

Whitfield Bryson LLP Firm Resume
Page 2 of 15

## FIRM PROFILE

With offices located in Raleigh, North Carolina; Madisonville, Kentucky; Nashville, Tennessee; Charleston, South Carolina; and Los Angeles, California, Whitfield Bryson LLP is dedicated to representing plaintiffs in class actions, mass torts, and individual actions in courts throughout the United States. Founded in January 2012, the firm was created by a merger of three firms with decades of experience representing plaintiffs in complex litigation. Whitfield Bryson LLP has since expanded, litigating consumer fraud domestically and internationally.

## FIRM RESUME
### Attorney Profiles

**John C. Whitfield**
**Founding Partner**

For over 38 years, John has been one of the premier trial attorneys in Kentucky and Tennessee. He has represented numerous injured parties in the Commonwealth of Kentucky, Tennessee, and throughout the southeastern United States. He has concentrated primarily on complex civil litigation cases, and over his career has brought to settlement or judgment over 45 cases in excess of a million dollars each. John is certified as a civil trial specialist by the National Board of Trial Advocacy and has represented individuals in all walks of life against negligent workplace practices, reckless physicians, predatory businesses, and inattentive truck and automobile drivers among many others. John has an additional concentration in the Nashville, Tennessee area of representing motorcyclists who have been injured through no fault of their own.

John graduated with distinction from the University of Kentucky in1989, and then attended law school at the university, obtaining his J.D. in 1982. Throughout his career, John has represented scores of individuals who have been the victims of medical negligence, defective drugs, and medical devices, obtaining verdicts and settlements in both state and federal courts. He has handled cases for landowners victim to fraudulent mine royalty practices, for subsidence caused by coal mining, for homeowners whose homes and business contained defective concrete, and for Kentucky residents who were overcharged for premium insurance taxes.

John is a frequent lecturer of litigation subjects with the Kentucky Justice Association and American Association for Justice and has been recognized as a Kentucky Super Lawyer multiple times. He is AV rated by the Martindale-Hubbell rating service.

**Daniel K. Bryson**
**Founding Partner**

Dan is a founding partner of the firm and is one of the nation's most respected and experienced attorneys in the country in the area of consumer class actions and mass torts. Dan also has significant experience working with attorneys, funders and other partners on international litigation projects in the Courts in Amsterdam, the United Kingdom, Belgium, France, Spain and Portugal, among others.

Whitfield Bryson LLP Firm Resume
Page 8 of 15

Since 2013, Harper has been regularly selected to *Super Lawyers* as a Top-Rated Attorney in the areas of "Class Action & Mass Torts." She has co-authored several publications on product liability cases, and has been a lecturer on complex legal issues. Harper is a member of the American Association for Justice and the Public Justice Foundation.

**Drew Hathaway**
**Attorney**

As an attorney at Whitfield Bryson LLP, Drew Hathaway focuses on representing consumers in complex litigation. His primary focus is on product liability and consumer protection class actions both in the United States and internationally throughout Europe. Along with product liability cases, Drew currently represents the elderly in North Carolina's first ever class action against an adult care home chain for understaffing their facilities. In addition to representing harmed consumers against some of the largest corporations in the world, Drew also represents commercial real estate owners in lawsuits related to defective construction.

Drew graduated from The University of North Carolina at Chapel Hill in 2003. While studying, he was a member of the varsity swim team at Chapel Hill. Drew earned his J.D. from Campbell University School of Law in 2007. While at Campbell, Drew was a member of the National Moot Court Team, inducted into the Order of Old Kivett and was an editor for the Campbell Law Observer.

Drew spent the first eight years of his career practicing as a defense lawyer with a primary focus on medical malpractice and commercial litigation. Drew has extensive trial experience and has received numerous honors as a trial attorney including recognition as North Carolina Super Lawyers Rising Stars, a peer selection for the top 2.5% of North Carolina Lawyers under the age of 40.

Since 2007, Drew has been on the board of directors for Vidas De Esperanza. Vidas is a 501(c)(3) non-profit that provides free health care and educational opportunities to the underserved in North Carolina and in Mexico. Drew is a member of the Public Justice Foundation, the American Association for Justice, the North Carolina Advocates for Justice, the Wake County Bar Association and the North Carolina Bar Association.

**Erin Ruben**
**Attorney**

Erin Ruben focuses her practice on civil litigation, though she brings a wide range of experience in both civil and criminal law. Erin began her career in 2006 as a public defender with Virginia's Indigent Defense Commission, where she represented the county's most vulnerable defendants in criminal matters before judges and juries in the district and circuit courts of Fairfax County and in the Virginia Court of Appeals. After relocating to North Carolina in 2009, she began her civil litigation practice, primarily representing plaintiffs in medical malpractice, personal injury, and employment matters. From 2015-2017, she also owned and

operated a small business with a retail location in Raleigh, NC, which provided her with a wealth of practical experience she has been able to apply to her practice. Erin is passionate about protecting and defending the rights and dignity of her clients through zealous, compassionate legal advocacy.

Erin earned her J.D. from Wake Forest University School of Law in 2006, where she was a member of the Moot Court Board. Erin obtained a Bachelor of Business Administration (B.B.A.) in Marketing from the University of Georgia in 2003, in addition to a Certificate in Personal and Organizational Leadership from UGA's Institute for Leadership Advancement. While at UGA, Erin was honored to be named a Leonard Leadership Scholar, recognizing her academic achievement and demonstrated leadership.

**Devon Landman**
**Attorney**

Devon Landman is an experienced litigator who focuses her practice on civil litigation, criminal defense, and personal injury. As a former prosecutor, Devon previously fought for those who have been wronged by crimes. She now diligently, meticulously, and vigorously fights for those who have been wronged by others' negligence. She also passionately defends the rights of those accused of crimes and helps secure a fair outcome that allows them to move on with their lives.

Devon earned her undergraduate degree in Communications and Information Sciences from the University of Alabama in 2014. She earned her Juris Doctor degree from Belmont University College of Law in 2017. While in law school, Devon worked at both the Federal Public Defender's Office in downtown Nashville and the State Attorney's Office in the 18th Judicial Circuit in Viera, Florida.

After graduating law school, Devon joined the Florida Bar in September 2017. Upon licensure, she was an Assistant State Attorney for the State of Florida, prosecuting crimes on behalf of the State. During her time as an Assistant State Attorney, she served on the Board of Directors for the Brevard County Bar Association's Young Lawyers Division.

In the summer of 2019, Devon moved back to Nashville and became licensed in the State of Tennessee. She is a member of the Tennessee Bar Association and its Young Lawyers Division, the Nashville Bar Association, the Tennessee Trial Lawyers Association, and Lawyers' Association for Women – Marion Griffin Chapter. She is also a member of the American Association of Justice (AAJ).

**Alex Straus**
**Attorney**

Alex R. Straus was born and raised in New York, NY. Alex is currently licensed to practice law in California, Massachusetts, New York, Rhode Island, and South Carolina. For more than a decade, he has represented consumers, labor unions, and municipalities throughout the United States in practice areas ranging from complex tort and personal injury to antitrust and

Heartland Community College in 2007. In 2019 and 2020, Patrick was named to the Super Lawyers' Rising Stars list as one of the top young attorneys in North Carolina. Patrick is a member of the American Association for Justice and the North Carolina Association for Justice. Patrick maintains active involvement in his community through participating in his local church and in the Kiwanis Club of Raleigh.

**Hunter Bryson**
**Attorney**

Hunter is an associate in Whitfield Bryson LLP's litigation practice, with a focus on defective construction products and construction defect claims. He primarily focuses on representing owners who have been the unfortunate victims of poor manufacturing processes, as well as homeowners and commercial developers whose properties have been subjected to shoddy construction practices.

Hunter joined Whitfield Bryson LLP's in 2016, after working as a law clerk for the firm, where he assisted in standing up for the rights of injured consumers on a daily basis.

Hunter earned his law degree from Campbell University School of Law in 2016. While at Campbell Law, he was elected as a justice to the honor court, a group leader for the peer mentor program, and a participant in the Campbell Law Connections program. Hunter earned his Bachelor of Arts degree from the University of North Carolina Chapel Hill, double majoring in Political Science and Economics. During the summer, Hunter interned for Themis Law Chambers in Cape Town, South Africa.

**Harper T. Segui**
**Senior Attorney**

Harper T. Segui is an experienced litigator who focuses her practice on representing consumers in products liability litigation and other types of complex litigation across the country.

Harper attended the University of Central Florida where she obtained her Bachelor of Science before attending the Walter F. George School of Law at Mercer University. After graduating from law school in 2006, Harper practiced family law and general litigation in the Atlanta area for approximately a year before moving to Charleston, South Carolina.

Since moving to Charleston more than a decade ago, Harper's primary focus has been representing plaintiffs in complex litigation and class actions, with a particular focus on product defects. Locally, she has contributed to millions of dollars in settlements and was an active trial lawyer in a case that resulted in a multi-million dollar jury verdict in favor of homeowners for a developer's shoddy construction of townhomes in South Carolina. Nationally, she has several times been appointed by courts to serve on Plaintiffs' Steering Committees, and has served as co-class counsel in several class actions. Likewise, Harper has enjoyed playing active roles in multi-district litigation involving defective products. In the successful resolution of many of those cases, she contributed to millions of dollars in settlement money recovered for consumer.

Since 2013, Harper has been regularly selected to *Super Lawyers* as a Top-Rated Attorney in the areas of "Class Action & Mass Torts."  She has co-authored several publications on product liability cases, and has been a lecturer on complex legal issues.  Harper is a member of the American Association for Justice and the Public Justice Foundation.

**Drew Hathaway**
**Attorney**

As an attorney at Whitfield Bryson LLP, Drew Hathaway focuses on representing consumers in complex litigation. His primary focus is on product liability and consumer protection class actions both in the United States and internationally throughout Europe. Along with product liability cases, Drew currently represents the elderly in North Carolina's first ever class action against an adult care home chain for understaffing their facilities. In addition to representing harmed consumers against some of the largest corporations in the world, Drew also represents commercial real estate owners in lawsuits related to defective construction.

Drew graduated from The University of North Carolina at Chapel Hill in 2003. While studying, he was a member of the varsity swim team at Chapel Hill. Drew earned his J.D. from Campbell University School of Law in 2007. While at Campbell, Drew was a member of the National Moot Court Team, inducted into the Order of Old Kivett and was an editor for the Campbell Law Observer.

Drew spent the first eight years of his career practicing as a defense lawyer with a primary focus on medical malpractice and commercial litigation. Drew has extensive trial experience and has received numerous honors as a trial attorney including recognition as North Carolina Super Lawyers Rising Stars, a peer selection for the top 2.5% of North Carolina Lawyers under the age of 40.

Since 2007, Drew has been on the board of directors for Vidas De Esperanza. Vidas is a 501(c)(3) non-profit that provides free health care and educational opportunities to the underserved in North Carolina and in Mexico. Drew is a member of the Public Justice Foundation, the American Association for Justice, the North Carolina Advocates for Justice, the Wake County Bar Association and the North Carolina Bar Association.

**Erin Ruben**
**Attorney**

Erin Ruben focuses her practice on civil litigation, though she brings a wide  range of experience in both civil and criminal law. Erin began her career in 2006 as a public defender with Virginia's Indigent Defense Commission, where she represented the county's most vulnerable defendants in criminal matters before judges and juries in the district and circuit courts of Fairfax County and in the Virginia Court of Appeals. After relocating to North Carolina in 2009, she began her civil litigation practice, primarily representing plaintiffs in medical malpractice, personal injury, and employment matters. From 2015-2017, she also owned and

Whitfield Bryson LLP Firm Resume
Page 9 of 15

operated a small business with a retail location in Raleigh, NC, which provided her with a wealth of practical experience she has been able to apply to her practice. Erin is passionate about protecting and defending the rights and dignity of her clients through zealous, compassionate legal advocacy.

Erin earned her J.D. from Wake Forest University School of Law in 2006, where she was a member of the Moot Court Board. Erin obtained a Bachelor of Business Administration (B.B.A.) in Marketing from the University of Georgia in 2003, in addition to a Certificate in Personal and Organizational Leadership from UGA's Institute for Leadership Advancement. While at UGA, Erin was honored to be named a Leonard Leadership Scholar, recognizing her academic achievement and demonstrated leadership.

**Devon Landman**
**Attorney**

Devon Landman is an experienced litigator who focuses her practice on civil litigation, criminal defense, and personal injury. As a former prosecutor, Devon previously fought for those who have been wronged by crimes. She now diligently, meticulously, and vigorously fights for those who have been wronged by others' negligence. She also passionately defends the rights of those accused of crimes and helps secure a fair outcome that allows them to move on with their lives.

Devon earned her undergraduate degree in Communications and Information Sciences from the University of Alabama in 2014. She earned her Juris Doctor degree from Belmont University College of Law in 2017. While in law school, Devon worked at both the Federal Public Defender's Office in downtown Nashville and the State Attorney's Office in the 18th Judicial Circuit in Viera, Florida.

After graduating law school, Devon joined the Florida Bar in September 2017. Upon licensure, she was an Assistant State Attorney for the State of Florida, prosecuting crimes on behalf of the State. During her time as an Assistant State Attorney, she served on the Board of Directors for the Brevard County Bar Association's Young Lawyers Division.

In the summer of 2019, Devon moved back to Nashville and became licensed in the State of Tennessee. She is a member of the Tennessee Bar Association and its Young Lawyers Division, the Nashville Bar Association, the Tennessee Trial Lawyers Association, and Lawyers' Association for Women – Marion Griffin Chapter. She is also a member of the American Association of Justice (AAJ).

**Alex Straus**
**Attorney**

Alex R. Straus was born and raised in New York, NY. Alex is currently licensed to practice law in California, Massachusetts, New York, Rhode Island, and South Carolina. For more than a decade, he has represented consumers, labor unions, and municipalities throughout the United States in practice areas ranging from complex tort and personal injury to antitrust and

securities litigation. Prior to joining Whitfield Bryson LLP, Alex spent the majority of his legal career as a litigation attorney with Motley Rice LLC after a long career as an investigative journalist and author. In 2013, Alex authored an *amicus curiae* brief filed in the Supreme Court of the United States in support of a shipyard worker who died as a result of asbestos exposure.

An avid writer, Alex co-authored with legendary trial lawyer, Ron Motley, a chapter in the book *Pathology of Asbestos-Related Diseases*, which was published in 2014. Alex has also authored two books, *Medical Marvels: The 100 Most Important Medical Advances* (Prometheus Books, 2006) and *Guerrilla Golf: The Complete Guide to Playing Golf on Mountains, Pastures, City Streets and Everywhere But the Course* (Rodale Press, 2006). The author of more than 100 nationally published feature-length articles, Alex won the New York Press Association Best Sports Feature award in 1999.

As a law student at Roger Williams University School of Law, Alex was the 2009 recipient of the Kathleen Brit Memorial Prize for Alternative Dispute Resolution and served as law clerk for the New England Patriots, working with the team's General Counsel on real estate acquisitions, environmental compliance and collective bargaining issues.  Alex attended Rollins College in Winter Park, Florida and Columbia University's School of International and Public Affairs in New York, New York.

## **Notable Whitfield Bryson LLP Class Action Cases**

### **Antitrust**

*In re: TFT-LCD (Flat Panel) Antitrust Litigation,* No. 3:07-cv-01827, MDL No. 1827 (N.D. Cal.) (combined settlement totaling nearly $1.1 billion in suit alleging the illegal formation of an international cartel to restrict competition in the LCD panel market) (2012).

### **Appliances**

*Ersler, et. al v. Toshiba America et. al*, No. 07- 2304 (D.N.J.) (settlement of claims arising from allegedly defective television lamps) (2009).

*Maytag Neptune Washing Machines* (class action settlement for owners of Maytag Neptune washing machines).

*Stalcup, et. al. v. Thomson, Inc.* (Ill. Cir. Ct.) ($100 million class settlement of clams that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified) (2004).

*Hurkes Harris Design Associates, Inc., et al. v. Fujitsu Computer Prods. of Am., Inc.*  (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives) (2003).

Whitfield Bryson LLP Firm Resume
Page 11 of 15

*Turner v. General Electric Company*, No. 2:05-cv-00186 (M.D. Fla.) (national settlement of claims arising from allegedly defective refrigerators) (2006).

## Automobiles

*In re General Motors Corp. Speedometer Prods. Liability Litig.,* MDL 1896 (W.D. Wash.) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers) (2007).

*Baugh v. The Goodyear Tire & Rubber Company* (class settlement of claims that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds; Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program) (2002).

*Lubitz v. Daimler Chrysler Corp.,* No. L-4883-04 (Bergen Cty. Super. Ct, NJ 2006) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey) (2007).

*Berman et al. v. General Motors LLC,* Case No. 2:18-cv-14371 (S.D. Fla.) (Co-Lead Counsel; national settlement for repairs and reimbursement of repair costs incurred in connection with Chevrolet Equinox excessive oil consumption).

## Civil Rights

*In re Black Farmers Discrimination Litigation*, Case No. 1:08-mc-00511 (D.D.C.) ($1.25 billion settlement fund for black farmers who alleged U.S. Department of Agriculture discriminated against them by denying farm loans) (2013).

*Bruce, et. al. v. County of Rensselaer et. al.,* Case No. 02-cv-0847 (N.D.N.Y.) (class settlement of claims that corrections officers and others employed at the Rensselaer County Jail (NY) engaged in the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses) (2004).

## Commercial

*In re: Outer Banks Power Outage Litigation,* 4:17-cv-141 (E.D.N.C) (Co-Lead Counsel; $10.35 million settlement for residents, businesses, and vacationers on Hatteras and Ocracoke Islands who were impacted by a 9-day power outage) (2018)

## Construction Materials

*Cordes et al v. IPEX, Inc.*, No. 08-cv-02220-CMA-BNB (D. Colo.) (class action arising out of defective brass fittings; court-appointed member of Plaintiffs' Steering Committee) (2011).

Whitfield Bryson LLP Firm Resume
Page 12 of 15

*Elliott et al v. KB Home North Carolina Inc. et al* 08-cv-21190 (N.C. Super. Ct. Wake County) (Lead Counsel; class action settlement for those whose homes were constructed without a weather-resistant barrier)(2017)

*In re: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2514 (D.S.C.)(class action arising from allegedly defective windows; Court-appointed Co-Lead Counsel).

*In re MI Windows and Doors, Inc., Products Liability Litigation*, MDL No. 2333 (D.S.C) (National class action settlement for homeowners who purchased defective windows; Court-appointed Co-Lead Counsel).

*In re: Atlas Roofing Corporation Chalet Shingle Products Liability Litig.*, MDL No. 2495 (N.D. Ga.) (class action arising from allegedly defective shingles; Court-appointed Co-Lead Counsel).

*Helmer et al. v. Goodyear Tire & Rubber Co*., No. 12-cv-00685-RBJ (D. Colo. 2012) (class action arising from allegedly defective radiant heating systems; Colorado class certified, 2014 WL 3353264, July 9, 2014)).

*In re: Zurn Pex Plumbing Products Liability Litigation*, No. o:08-md-01958, MDL No. 1958 (D. Minn.) (class action arising from allegedly plumbing systems; member of Executive Committee; settlement) (2012).

*Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 , MDL No. 2047 (E.D. La.) ($30 million settlement for remediation of 364 unit residential high-rise constructed with Chinese drywall) (2012).

*In re: Chinese Manufactured Drywall Products Liability Litigation,* No. 2:09-md-02047, MDL No. 2047 (E.D. La.) (litigation arising out of defective drywall) (appointed Co-Chair, Insurance Committee) (2012).

*Galanti v. Goodyear Tire & Rubber Co*., No. 03-209 (D.N.J. 2003) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems) (2003).

*In re Synthetic Stucco Litig.,* Civ. Action No. 5:96-CV-287-BR(2) (E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*In re Synthetic Stucco (EIFS) Prods. Liability Litig.,* MDL No. 1132 (E.D.N.C.) (represented over 100 individuals homeowners in lawsuits against homebuilders and EIFS manufacturers).

*Posey, et al. v. Dryvit Systems, Inc.,* Case No. 17,715-IV (Tenn. Cir. Ct) (Co-Lead Counsel; national class action settlement provided cash and repairs to more than 7,000 claimants) (2002).

Whitfield Bryson LLP Firm Resume
Page 13 of 15

*Sutton, et al. v. The Federal Materials Company, Inc., et al*, No. 07-CI-00007 (Ky. Cir. Ct) (Co-Lead Counsel; $10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

*Staton v. IMI South, et al.* (Ky. Cir. Ct.) ((Co-Lead Counsel; class settlement for approximately $30 million for repair and purchase of houses built with defective concrete).

*In re Elk Cross Timbers Decking Marketing, Sales Practices and Products Liability Litigation*, No. 15-cv-0018, MDL No. 2577 (D.N.J.) (Lead Counsel; national settlement to homeowners who purchased defective GAF decking and railings).

*Bridget Smith v. Floor and Decor Outlets of America, Inc.*, No. 1:15-cv-4316 (N.D. Ga.) (Co-Lead Counsel; National class action settlement for homeowners who purchased unsafe laminate wood flooring).

*In re Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation* MDL No. 1:15-md-2627 (E.D.Va.) (Formaldehyde case; $36 million national class action settlement for member who purchased a certain type of laminate flooring).

*In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing, Sales Practices Litigation* MDL No. 1:16-md-2743 (E.D.Va.) (Co-Lead Counsel; Durability case; $36 million national class action settlement for member who purchased a certain type of laminate flooring).

*In re Windsor Wood Clad Window Products Liability Litigation* MDL No. 2:16-md-02688 (E.D. Wis.) (National class action settlement for homeowners who purchased defective windows; Court-appointed Lead Counsel).

*In re Allura Fiber Cement Siding Products Liability Litigation* MDL No. 2:19-md-02886 (D.S.C.) (class action arising from allegedly defective cement board siding; Court-appointed Lead Counsel).

## Environmental

*Nnadili, et al. v. Chevron U.S.A., Inc*, No. 02-cv-1620 (D.D.C.) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station) (2008).

*In re Swanson Creek Oil Spill Litigation*, No. 00-1429 (D. Md.) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland) (2001).

## Fair Labor Standards Act/Wage and Hour

*Craig v. Rite Aid Corporation*, Civil No. 08-2317 (M.D. Pa.) (FLSA collective action and class action settled for $20.9 million) (2013).

*Stillman v. Staples, Inc.,* Civil No. 07-849 (D.N.J. 2009) (FLSA collective action, plaintiffs' trial verdict for $2.5 million; national settlement approved for $42 million) (2010).

*Lew v. Pizza Hut of Maryland, Inc.*, Civil No. CBB-09-CV-3162 (D. Md.) (FLSA collective action, statewide settlement for managers-in-training and assistant managers, providing recompense of 100% of lost wages) (2011).

## Financial

*Roberts v. Fleet Bank (R.I.), N.A.*, Civil Action No. 00-6142 (E. D. Pa.) ($4 million dollar settlement on claims that Fleet changed the interest rate on consumers' credit cards which had been advertised as "fixed.") (2003).

*Penobscot Indian Nation et al v United States Department of Housing and Urban Development*, N. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged regulation barring certain kinds of down-payment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act) (2008).

## Impact Fees

*Town of Holly Springs,* No. 17-cvs-6244, 17-cvs-6245, 18-cvs-1373 (Wake Co., NC) (Court appointed Class Counsel; Class action settlement with a $7.9 million fund for builders and developers to recover improper capacity replacement and transportation fees paid to the town) (2019).

*Larry Shaheen v. City of Belmont,* No. 17-cvs-394 (Gaston Co., NC) (Court appointed Class Counsel; Class action settlement with a $1.65 million fund for builders and developers to recover improper capacity replacement and transportation fees paid to the city) (2019).

*Upright Builders Inc. et al. v. Town of Apex,* No. 18-cvs-3720 & 18-cvs-4384, (Wake Co., NC) (Court appointed Class Counsel; Class action settlement with a $15.3 million fund for builders and developers to recover improper capacity replacement and transportation paid fees to the town) (2019).

## Insurance

*Young, et al.  v. Nationwide Mut. Ins. Co, et al*., No. 11-5015 (E.D. Ky.) (series of class actions against multiple insurance companies arising from unlawful collection of local taxes on premium payments; class certified and affirmed on appeal, 693 F.3d 532 (6th Cir., 2012); settlements with all defendants for 100% refund of taxes collected) (2014).

*Nichols v. Progressive Direct Insurance Co., et al*., No. 2:06cv146 (E.D. Ky.) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million ) (2012).

Whitfield Bryson LLP Firm Resume
Page 15 of 15

**Privacy/Data Breach**

*In Re: U.S. Office of Personnel Management Data Security Breach Litigation*, No. 15-1393 (ABJ), MDL No. 2664 (D.D.C.) (court appointed interim Liaison Counsel).

*In re Google Buzz Privacy Litigation,* No. 5:10-cv-00672 (N.D. Cal.) (court-appointed Lead Class Counsel; $8.5 million cy pres settlement) (2010).

*In re: Dept. of Veterans Affairs (VA) Data Theft Litig.,* No. 1:2006-cv-00506, MDL 1796 (D.D.C.) (Co-Lead counsel representing veterans whose privacy rights had been compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations) (2009).

*In re: Adobe Systems Inc. Privacy Litigation,* No. 5:13-cv-05226 (N.D. Cal. 2015) (settlement requiring enhanced cyber security measures and audits) (2015).



## Firm Resume

Jonathan Tycko and Hassan Zavareei founded Tycko & Zavareei LLP in 2002 when they left a large national firm to form a private public interest law firm. Since then, a wide range of clients have trusted the firm with their most difficult problems. Those clients include individuals fighting for their rights, tenants' associations battling to preserve decent and affordable housing, consumers seeking redress for unfair business practices, whistleblowers exposing fraud and corruption, and non-profit entities and businesses facing difficult litigation.

The firm's practice focuses on complex litigation, with a particular emphasis on consumer and other types of class actions, and *qui tam* and False Claims Act litigation. In its class action practice, the firm represent consumers who have been victims of corporate wrongdoing. The firm's attorneys bring a unique perspective to such litigation because many of them trained at major national defense firms where they obtained experience representing corporate defendants in such cases. This unique perspective enables the firm to anticipate and successfully counter the strategies commonly employed by corporate counsel defending class action litigation. Tycko & Zavareei's attorneys have successfully obtained class certification, been appointed class counsel, and obtained approval of class action settlements with common funds totaling over $500 million.

Tycko & Zavareei's sixteen attorneys graduated from some of the nation's finest law schools, including Yale Law School, Harvard Law School, Columbia Law School, and the University of Michigan Law School. They have served in prestigious clerkships for federal and state trial and appellate judges and have worked for low-income clients through competitive public interest fellowships. The firm's diversity makes it a leader amongst its peers, and the firm actively and successfully recruits attorneys who are women, people of color, and LGBTQ. To support its mission of litigating in the public interest, Tycko & Zavareei offers a unique public interest fellowship for recent law graduates. Tycko & Zavareei's attorneys practice in state and federal courts across the nation.

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Jonathan Tycko

## Partner

202.973.0900
jtycko@tzlegal.com



In his 25 years of practice, Jonathan Tycko has represented a wide range of clients, including individuals, Fortune 500 companies, privately-held business, and non-profit associations, in both trial and appellate courts around the country.  Although he continues to handle a variety of cases, his current practice is focused primarily on helping whistleblowers expose fraud and corruption through qui tam litigation under the False Claims Act and other similar whistleblower statutes.  Mr. Tycko's whistleblower clients have brought to light hundreds of millions of dollars in fraud in cases involving healthcare, government contracts, customs and import duties, banking and tax.

Prior to founding Tycko & Zavareei LLP in 2002, Mr. Tycko was with Gibson, Dunn & Crutcher LLP, one of the nation's top law firms. He received his law degree in 1992 from Columbia University Law School, and earned a B.A. degree, with honors, in 1989 from The Johns Hopkins University. After graduating from law school, Mr. Tycko served for two years as law clerk to Judge Alexander Harvey, II, of the United States District Court for the District of Maryland.

In addition to his private practice, Mr. Tycko is an active participant in other law-related and community activities. He currently serves on the Conference Committee of the Taxpayers Against Fraud Education Fund, charged with planning the premier annual conference of whistleblower attorneys and their counterparts at the United States Department of Justice and other government agencies.  He has taught as an Adjunct Professor at the George Washington University Law School.  He is a former member and Chairperson of the Rules of Professional Conduct Review Committee of the District of Columbia Bar, where he helped draft the ethics rules governing members of the bar.  And Mr. Tycko is a member of the Board of Trustees of Studio Theatre, one of the D.C. area's top non-profit theaters.

Mr. Tycko is admitted to practice before the courts of the District of Columbia, Maryland and New York, as well as before numerous federal courts, including the Supreme Court, the Circuit Courts for the D.C. Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Seventh Circuit, Ninth Circuit, Eleventh Circuit and Federal Circuit, the District Courts for the District of Columbia and District of Maryland,  the Southern District of New York, the Northern District of New York, the Western District of New York, and the Court of Federal Claims.

### Education

Columbia University Law School, 1992

The Johns Hopkins University, 1989, *with honors*

### Bar Admissions

District of Columbia
Maryland
New York
Supreme Court of the United States

### Memberships

American Association for Justice (AAJ)

Public Justice

Taxpayers Against Fraud Education Fund (TAFEF)

### Awards

Stone Scholar (all three years), Columbia Law School

Thomas E. Dewey Prize for Best Brief, Harlan Fiske Stone Moot Court Competition, Columbia Law School

Award of Litigation Excellence, CARECEN-The Central American Resource Center

Super Lawyers, 2012-current

Member of the D.C. Bar Leadership Academy

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Hassan A. Zavareei

### Partner

202.973.0900
hzavareei@tzlegal.com



Mr. Zavareei has devoted the last eighteen years to recovering hundreds of millions of dollars on behalf of consumers and workers. He has served in leadership roles in dozens of class action cases and has been appointed Class Counsel on behalf of numerous litigation and settlement classes. An accomplished and experienced attorney, Mr. Zavareei has litigated in state and federal courts across the nation in a wide range of practice areas; tried several cases to verdict; and successfully argued numerous appeals, including in the D.C. Circuit, the Fourth Circuit, and the Fifth Circuit.

After graduating from UC Berkeley School of Law, Mr. Zavareei joined the Washington, D.C. office of Gibson, Dunn & Crutcher LLP. There, he managed the defense of a nationwide class action brought against a major insurance carrier, along with other complex civil matters. In 2002, Mr. Zavareei founded Tycko & Zavareei LLP with his partner Jonathan Tycko.

Mr. Zavareei has served as lead counsel or co-counsel in dozens of class actions involving deceptive business practices, defective products, and/or privacy. He has been appointed to leadership roles in multiple cases. As Lead Counsel in an MDL against a financial services company that provided predatory debit cards to college students, Mr. Zavareei spearheaded a fifteen-million-dollar recovery for class members. He is currently serving as Co-Lead Counsel in consolidated proceedings against Fifth Third Bank, and on the Plaintiffs' Executive Committee in MDL litigation against TD Bank. As Co-Lead Counsel in *Farrell v. Bank of America*, a case challenging Bank of America's punitive overdraft fees, Mr. Zavareei secured a class settlement valued at $66.6 million in cash and debt relief, together with injunctive relief forcing the bank to change a practice that will save millions of low-income consumers approximately $1.2 billion in overdraft fees. In his Order granting final approval, Judge Lorenz of the U.S. District Court for the Southern District of California described the outcome as a "remarkable" accomplishment achieved through "tenacity and great skill."

### Education

UC Berkeley School of Law, 1995
*Order of the Coif*

Duke University, 1990
*cum laude*

### Bar Admissions

California
District of Columbia
Maryland
Supreme Court of the United States

### Memberships

Public Justice, Board Member
American Association for Justice

### Awards

Washington Lawyers Committee,
*Outstanding Achievement Award*

Super Lawyer
Lawdragon 500

### Presentations & Publications

Witness Before the Subcommittee on the Constitution and Civil Justice, 115th Congress

Witness Before the Civil Rules Advisory Committee, 2018, 2019

Editor, Duke Law School Center for Judicial Studies, Guidance on New Rule 23 Class Action Settlement Provisions

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Anna Haac

## Partner

202.973.0900
ahaac@tzlegal.com



Anna C. Haac is a Partner in Tycko & Zavareei's Washington, D.C. office. She focuses her practice on consumer protection class actions and whistleblower litigation. Her prior experience at Covington & Burling LLP, one of the nation's most prestigious defense-side law firms, gives her a unique advantage when representing plaintiffs against large companies in complex cases. Since arriving at Tycko & Zavareei, Ms. Haac has represented consumers in a wide range of practice areas, including product liability, false labeling, deceptive and unfair trade practices, and predatory financial practices. Her whistleblower practice involves claims for fraud on federal and state governments across an equally broad spectrum of industries, including health care fraud, customs fraud, and government contracting fraud.

Ms. Haac has helped secure multimillion-dollar relief on behalf of the classes and whistleblowers she represents. Ms. Haac also serves as the D.C. Co-Chair of the National Association of Consumer Advocates and as Co-Chair of the Antitrust and Consumer Law Section Steering Committee of the D.C. Bar.

Ms. Haac earned her law degree cum laude from the University of Michigan Law School in 2006 and went on to clerk for the Honorable Catherine C. Blake of the United States District Court for the District of Maryland. Prior to law school, Ms. Haac graduated with a B.A. in political science with highest distinction from the Honors Program at the University of North Carolina at Chapel Hill.

Ms. Haac is a member of the District of Columbia and Maryland state bars. She is also admitted to the United States Court of Appeals for the Second, Third, and Fourth Circuits and the United States District Courts for the District of Columbia, District of Maryland, and the Eastern District of Michigan, among others.

### Education

University of Michigan Law School, 2006, *cum laude*

University of North Carolina at Chapel Hill, 2006, *highest honors*

### Bar Admissions

District of Columbia
Maryland

### Memberships

Antitrust & Consumer Protection Section of District of Columbia Bar, Co-Chair

National Association of Consumer Advocates, District of Columbia Co-Chair

### Awards

Super Lawyers, Rising Star, 2015

### Presentations & Publications

Discussion Leader, "Practical Ideas about Properly Framing the Issues and Educating the Court and Public in Filings Responding to Increasing Attacks on Class Action Settlements and Fees," Invitation-Only Cambridge Forum on Plaintiffs' Class Action Litigation (October 2020)

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808





# Andrea R. Gold

## Partner

202.973.0900
agold@tzlegal.com

Andrea Gold has spent her legal career advocating for consumers, employees, and whistleblowers. Ms. Gold has litigated numerous complex cases, including through trial. Her extensive litigation experience benefits the firm's clients in both national class action cases as well as in qui tam whistleblower litigation.

She has served as trial counsel in two lengthy jury trials.

In her class action practice, Ms. Gold has successfully defended dispositive motions, navigated complex discovery, worked closely with leading experts, and obtained contested class certification. Her class action cases have involved, amongst other things, unlawful bank fees, product defects, violations of the Telephone Consumer Protection Act, and deceptive advertising and sales practices.

Ms. Gold also has significant civil rights experience. She has represented individuals and groups of employees in employment litigation, obtaining substantial recoveries for employees who have faced discrimination, harassment, and other wrongful conduct. In addition, Ms. Gold has appellate experience in both state and federal court.

Prior to joining Tycko & Zavareei, Ms. Gold was a Skadden fellow. The Skadden Fellowship Foundation was created by Skadden, Arps, Slate, Meagher & Flom LLP, one of the nation's top law firms, to support the work of new attorneys at public interest organizations around the country.

Ms. Gold earned her law degree from the University of Michigan Law School, where she was an associate editor of the Journal of Law Reform, co-President of the Law Students for Reproductive Choice, and a student attorney at the Family Law Project clinical program. Ms. Gold graduated with high distinction from the University of Michigan Ross School of Business in 2001, concentrating her studies in Finance and Marketing.

## Education

University of Michigan Law School, 2004

University of Michigan, Ross School of Business, 2001

## Bar Admissions

District of Columbia
Illinois
Maryland

## Memberships

American Association for Justice

National Associate of Consumer Advocates

National Employment Lawyers Association

Taxpayers Against Fraud

## Awards

National Trial Lawyers, Top 100 Civil Plaintiff Lawyers, 2020

Super Lawyers, Rising Star

Skadden Fellow, Skadden Arps Slate Meagher & Flom LLP, 2004-2006

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808





# Annick M. Persinger

## Partner

510.254.6808
apersinger@tzlegal.com

Annick M. Persinger leads Tycko & Zavareei's California office as California's Managing Partner. While at Tycko & Zavareei, Ms. Persinger has dedicated her practice to utilizing California's prohibitions against unfair competition and false advertising to advocate for consumers. Ms. Persinger has taken on financial institutions, companies that take advantage of consumers with deceptive advertising, tech companies that disregard user privacy, companies that sell defective products, and mortgage loan servicers. Ms. Persinger also represents whistleblowers who expose their employer's fraudulent practices.

Ms. Persinger graduated magna cum laude as a member of the Order of the Coif from the University of California, Hastings College of the Law in 2010.  While in law school, Ms. Persinger served as a member of Hastings Women's Law Journal, and authored two published articles. In 2008, Ms. Persinger received an award for Best Oral Argument in the first year moot court competition. In 2007, Ms. Persinger graduated cum laude from the University of California, San Diego with a B.A. in Sociology, and minors in Law & Society and Psychology.

Following law school, Ms. Persinger worked as a legal research attorney for Judge John E. Munter in Complex Litigation at the San Francisco Superior Court.

Ms. Persinger served as an elected board member of the Bay Area Lawyers for Individual Freedom (BALIF) from 2017 to 2019, and as Co-Chair of BALIF from 2018 to 2019. During her term on the BALIF Board of Directors, Ms. Persinger advocated for LGBTQI community members with intersectional identities, and promoted anti-racism and anti-genderism. Ms. Persinger now serves as a Steering Committee member for the Cambridge Forum on Plaintiffs' Food Fraud Litigation.

### Education

University of California Hastings College of Law, 2010 *Magna Cum Laude,* Order of the Coif

University of California San Diego, 2007 *Cum Laude*

### Bar Admissions

California

### Memberships

American Association for Justice

Plaintiffs' Food Fraud Litigation, 2020 Steering Committee Member

Public Justice

### Awards

Super Lawyer, Rising Star 2020

UC Hastings, *Best Oral Argument* 2008

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Sabita J. Soneji

## Partner

510.254.6808
ssoneji@tzlegal.com



In almost 20 years of practice, Sabita J. Soneji has developed extensive experience in litigation and legal policy at both the federal and state level and a passion for fighting consumer fraud. Now a Partner in Tycko & Zavareei's Oakland office, she focuses on consumer protection class actions and whistleblower litigation.  In addition to her success with novel Telephone Consumer Protection cases, False Claims Act cases involving insurance fraud, and deceptive and false advertising cases, Ms. Soneji serves in leadership on multi-district litigation against Juul, for its manufacture and marketing to youth of an addictive nicotine product. Ms. Soneji also successfully represents consumers harmed by massive data breaches and by corporate practices that collect and monetize user data without consent. She serves as head of the firm's Privacy and Data Breach Group.

Ms. Soneji began that work during her time with the United States Department of Justice, as Senior Counsel to the Assistant Attorney General. In that role, she oversaw civil and criminal prosecution of various forms of financial fraud that arose in the wake of the 2008 recession.  For that work, Ms. Soneji partnered with other federal agencies, state attorneys' general, and consumer advocacy groups.  Beyond that affirmative work, Ms. Soneji worked to defend various federal programs, including the Affordable Care Act in nationwide litigation.

Ms. Soneji has extensive civil litigation experience from her four years with international law firm, her work as an Assistant United States Attorney in the Northern District of California, and from serving as Deputy County Counsel for Santa Clara County, handling civil litigation on behalf of the County including regulatory, civil rights, and employment matters.  She has successfully argued motions and conducted trials in both state and federal court and negotiated settlements in complex multi-party disputes.

Early in her career, Ms. Soneji clerked for the Honorable Gladys Kessler on the United States District Court for the District of Columbia s, during which she assisted the judge in overseeing the largest civil case in American history, United States v. Phillip Morris, et al., a civil RICO case brought against major tobacco manufacturers for fraud in the marketing, sale, and design of cigarettes.  The opinion in that case paved the way for Congress to authorize FDA regulation of cigarettes.

Ms. Soneji is a graduate of the University of Houston, summa cum laude, with degrees in Math and Political Science, and Georgetown University Law Center, magna cum laude.

## Education

Georgetown University Law Center, *magna cum laude*

University of Houston, *summa cum laude*

## Bar Admissions

District of Columbia
California

## Memberships

American Association for Justice (AAJ)

Public Justice

Taxpayers Against Fraud Education Fund (TAFEF)

## Awards

Attorney General's Award 2014

## Presentations & Publications

NITA Trial Skills Faculty 2010-present

---

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808





# David W. Lawler

## Of Counsel

202.973.0900
dlawler@tzlegal.com

Mr. Lawler joined Tycko & Zavareei LLP in January 2012. He has over twenty years of commercial litigation experience, including an expertise in eDiscovery and complex case management. At the firm Mr. Lawler has represented consumers in a numerous practice areas, including product liability, false labeling, deceptive and unfair trade practices, and antitrust class actions litigation.

Before joining Tycko & Zavareei LLP, Mr. Lawler was an associate in the litigation departments at McKenna & Cuneo LLP and Swidler Berlin Shereff Friedman LLP.

Among Mr. Lawler's career achievements include the co-drafting of appellate briefs which resulted in rare reversal and entry of judgment in favor of client, US Court of Appeals for the Fourth Circuit.

Mr. Lawler is a member of the District of Columbia Bar, as well as numerous federal courts.

### Education

Creighton University School of Law, 1997

University of California, Berkeley School of Law, 1989

### Bar Admissions

District of Columbia

### Memberships

American Association for Justice
Public Justice

## Representative Cases

*In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724 (E.D. Penn.) (complex price-fixing action)

*Morgan v. Apple, Inc.*, Case No. 4:17-cv-5277(N.D. Cal.) (multimillion-dollar case alleging defects in high-end Powerbeats headphone)

*In re Automotive Parts Antitrust Litigation*, Master File No. 12-md-02311 (E.D. Mich.) (described by the Department of Justice as the largest antitrust case in history, recovering over $1.2 billion for classes)

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Kristen G. Simplicio

## Of Counsel

202.973.0900
ksimplicio@tzlegal.com



Kristen G. Simplicio has devoted her career to representing victims of false advertising and corporate fraud. Prior to joining Tycko & Zavareei's D.C. office in 2020, she spent ten years at a boutique class action firm in California. While there, she successfully litigated over a dozen false advertising cases against manufacturers of a variety of consumer products, including olive oil, flushable wipes, beverages, and chocolate. In connection with this work, she helped to obtain millions of dollars in refunds to consumers, as well as changed practices.

In addition to her product labeling work, Ms. Simplicio has represented plaintiffs in a wide variety of areas. For example, she was the lead associate on RICO case on behalf of small business owners against 18 defendants in the credit card processing industry. In connection with that case, she obtained a preliminary injunction halting an illegal $10 million debt collection scheme, and later, helped to secure refunds and changed practices for the victims. She has also represented victims of other debt collectors, as well as those harmed by unlawful background and credit reporting, including a pro bono matter performed in conjunction with the Lawyers' Committee for Civil Rights of the San Francisco Bay Area. Ms. Simplicio also worked on a lawsuit against government agencies, which were charging unconstitutional fines and fees in connection with toll collection.

Ms. Simplicio graduated cum laude from American University, Washington College of Law in 2007. She holds a bachelor's degree from McGill University. She began her legal career at the United States Department of Labor, where she advised on regulations pertaining to group health insurance plans. Before and during law school, Ms. Simplicio worked for other plaintiffs' law firms.

Ms. Simplicio serves as the D.C. Co-Chair of the National Association of Consumer Advocates. She is admitted to practice in California and the District of Columbia.

### Education

American University, Washington College of Law, 2007 *cum laude*

McGill University, 1999

### Bar Admissions

California
District of Columbia

### Memberships

National Association of Consumer Advocates

American Association for Justice

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Katherine M. Aizpuru

## Associate

202.973.0900
kaizpuru@tzlegal.com



Katherine M. Aizpuru is a fearless advocate for consumers and whistleblowers, pursuing high-stakes litigation in state and federal courts across the country. Ms. Aizpuru has represented classes of consumers against mortgage loan servicers that take advantage of elderly borrowers and homeowners in financial distress; financial institutions that assess improper and illegal fees against their customers; tech companies that violate user privacy; companies that sell defective products; and other corporations that use unfair and deceptive conduct to take advantage of the public. Ms. Aizpuru has also represented whistleblowers exposing fraudulent practices in the healthcare industry. She is committed to fierce advocacy on behalf of her clients and the public.

Prior to joining Tycko & Zavareei in 2017, Ms. Aizpuru clerked for the Honorable Theodore D. Chuang on the United States District Court for the District of Maryland and the Honorable Catharine F. Easterly on the District of Columbia Court of Appeals. She practiced law in the litigation group of a large international law firm, where she was recognized for her pro bono work.

Ms. Aizpuru graduated cum laude from Harvard Law School in 2014. While in law school, Ms. Aizpuru held positions on the Executive Board of the Harvard Journal of Law & Gender and the Board of Law Students for Reproductive Justice. Ms. Aizpuru earned her Bachelor of Arts with High Honors from Swarthmore College in 2010, with a major in Political Science and minor in Chinese Language & Literature. She is a member of Phi Beta Kappa.

### Education

Harvard Law School, 2014,
*cum laude*

Swarthmore College, 2010,
*high honors*

### Bar Admissions

District of Columbia
Massachusetts
New York

### Memberships

American Association for Justice
Public Justice
Taxpayers Against Fraud

### Awards

Super Lawyer, Rising Star 2020

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Mark A. Clifford

## Associate

202.973.0900
mclifford@tzlegal.com



Mr. Clifford zealously represents plaintiffs in class action litigation challenging corporate greed and practices that place profits over people. He is actively litigating cases against financial institutions, big tobacco, and the insurance industry over fraudulent, unfair, and unlawful conduct that has harmed millions of consumers. He also is litigating a number of data breach cases, in which the personal information of millions of innocent victims was stolen due to the lax security practices of major corporations. In addition to his consumer protection practice, Mr. Clifford represents whistleblowers who come forward with information about fraud on government programs.

Prior to joining Tycko & Zavareei in 2019, Mr. Clifford was an Associate in the Washington, D.C. office of Covington & Burling LLP, one of the nation's top defense-side firms. He uses his knowledge of how the other side operates to advance the interests of clients harmed by corporate wrongdoing. During his time at Covington, Mr. Clifford represented corporations in complex litigation and government investigations, including matters involving whistleblower allegations in the healthcare and technology industries. He also maintained an active *pro bono* practice, representing indigent defendants in immigration and criminal matters.

Mr. Clifford graduated *magna cum laude* from Georgetown University Law Center in 2015. While in law school, he was an Executive Editor of the Georgetown Law Journal. Following law school, Mr. Clifford clerked for the Honorable Catherine C. Blake of the United States District Court for the District of Maryland. Prior to law school, he worked on several political campaigns following his graduation with honors from the University of Georgia in 2009 with a Bachelor of Arts in International Affairs and a Master of Public Administration.

Mr. Clifford is admitted to practice law in the District of Columbia, Maryland, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit.

### Education

Georgetown University Law Center, 2015 *magna cum laude*

University of Georgia, 2009

### Bar Admissions

District of Columbia

Maryland

### Memberships

American Constitution Society

LGBT Bar Association of the District of Columbia

Public Justice

### Awards

Medina S. and John M. Vasily Endowed Scholarship (GULC)

Law Center Scholar (GULC)

CALI Award – Contracts (GULC)

### Presentations & Publications

Georgetown Law Journal, Executive Editor (2014 – 2015)

Co-Author, "The LGBT Community" in *Divide, Develop, and Rule: Human Rights Violations in Ethiopia*, UW College of Law (2018)

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808





# V Chai Oliver Prentice

## Associate

510.254.6808
vprentice@tzlegal.com

V Chai Oliver Prentice joined Tycko & Zavareei in 2019.  His practice focuses on complex civil litigation matters with an emphasis on consumer protection and antitrust class actions. Prior to joining the firm, Mr. Prentice clerked for the Honorable Marsha S. Berzon of the United States Court of Appeals for the Ninth Circuit and worked as an associate at a boutique litigation firm in San Francisco. Mr. Prentice also previously served as a Rockefeller Brothers Fund Fellow in Nonprofit Law at the Vera Institute of Justice.

Mr. Prentice graduated from Yale Law School in 2015. He earned an M.A. in Environmental Management from the Freie Universitaet Berlin in 2012 and graduated from the George Washington University in 2009 with a B.A. in International Affairs, *summa cum laude*.  Mr. Prentice is a member of Phi Beta Kappa.

In law school, Mr. Prentice served as an articles editor and managing editor of the Yale Human Rights and Development Law Journal.  Mr. Prentice also represented veterans in federal court class actions and administrative appeals as a law student intern at the Jerome N. Frank Legal Services Organization. He also served as a filmmaker for Yale's Visual Law Project and as a teaching assistant and writing instructor for Yale College courses on the U.S. criminal justice system and bioethics and the law.

Mr. Prentice is admitted to the State Bar of California and the bars of the United States District Courts for the Northern District of California, Central District of California, and Southern District of California, and the United States Court of Appeals for the Ninth Circuit.

## Education

Yale Law School, 2015

Freie Universitaet Berlin, 2012

George Washington University, 2008
*summa cum laude*

## Bar Admissions

California

## Memberships

American Association for Justice

National Trans Bar Association

Pound Civil Justice Institute, Associate Fellow

Public Justice

## Awards

Super Lawyers, 2019-2020

## Presentations & Publications

2019 Update to Cal. Antitr. & Unfair Comp. L., Chapter 1: The Cartwright Act

Conference Presentation, "Veterans Legal Services and Discharge Upgrade Applications: New Models for Serving a Critical Need," Equal Justice Conference, Austin, TX (May 8, 2015)

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808



# Mallory Morales

## Associate

510.254.6808
mmorales@tzlegal.com



Mallory Morales graduated magna cum laude from Boston University in 2013, with a degree in Anthropology and Religion.  After graduation she worked at the Massachusetts Attorney General's Office as a mediator for its consumer advocacy division, and then as a paralegal in the division of open government.

She earned her law degree from the University of California, Berkeley School of Law in 2018, where she was elected Editor-in-Chief of the California Law Review.  While in law school Ms. Morales also participated in La Raza Law Students' Association, Women of Color Collective, La Raza Law Journal, and First Generation Professionals.  She interned for the East Bay Community Law Center and externed for the Honorable William H. Alsup on the United State District Court, Northern District of California.

Prior to joining Tycko & Zavareei in 2020, Ms. Morales practiced commercial litigation at Morrison & Foerster LLP in San Francisco.  She maintained a pro bono practice in civil rights litigation and indigent criminal defense.

Ms. Morales is admitted to the State Bar of California and the bars of the United States District Courts for the Northern District of California and Eastern District of California.

### Education

University of California, Berkeley School of Law, 2018

Boston University, 2013, *manga cum laude*

### Bar Admissions

California

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808





# Jennifer Thelusma

## Fellow

202.973.0900
jthelusma@tzlegal.com

Jennifer Thelusma graduated from Duke University School of Law in 2019 with a J.D. and a certificate in Public Interest and Public Service.

While at Duke Law, Jennifer gained legal experience through various practical projects. For example, during the Fall of her 2L year, as a legal intern in the Duke Wrongful Convictions Clinic, she worked to move five cases through post-conviction review by conducting legal research, interviewing witnesses, and drafting a motion for appropriate relief. During the Fall of her 3L year, Jennifer externed full time at the U.S. Department of Justice's Special Litigation Section where she worked on cases aimed at enforcing the Constitutional rights of individuals under state hospital and correctional control.

During her time at Duke Law, Jennifer also served as symposium editor of the Duke Environmental Law and Policy Forum, externed in Earthjustice's D.C. office, and served as internal vice president of Duke's Black Law Students Association.

Jennifer received her B.A. in political science and history from the University of Florida.

Jennifer is a member of the District of Columbia and Florida State Bars.

## Education

Duke University School of Law, 2019
University of Florida, 2016,
*Summa Cum Laude*

## Bar Admissions

Florida

District of Columbia

## Memberships

Public Justice

Duke Environmental Law and Policy Forum, 2017-2019

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808





# Leora N. Friedman

## Fellow

202.417.3669
lfriedman@tzlegal.com

Leora Friedman received her J.D. from Georgetown University Law Center in 2020.

At Georgetown Law, Leora obtained diverse legal experience through experiential courses led by the O'Neill Institute for National and Global Health Law and by the Institute for Constitutional Advocacy and Protection. In addition, she authored papers proposing new legal frameworks for addressing the negative health impacts of electronic cigarettes and improving pandemic preparedness through writing-intensive coursework.

During law school, Leora also served as an intern for the Department of Justice's Office of Vaccine Litigation and its Consumer Protection Branch. She was an Executive Editor for the Georgetown Environmental Law Review, which published her note "Recommending Judicial Reconstruction of Title VI to Curb Environmental Racism: A Recklessness-Based Theory of Discriminatory Intent."

Previously, Leora was the Rockefeller Foundation's Princeton Project 55 Fellow from 2014-2015 and, thereafter, aided international health advocacy campaigns at Global Health Strategies.

She graduated from Princeton University with an A.B. in Politics in 2014.

Leora sat for the District of Columbia bar exam, and her results are pending.

## Education

Georgetown University Law Center, 2020

Princeton University, 2014

## Bar Admissions

District of Columbia (exam results pending)

## Memberships

Public Justice

Executive Editor, Georgetown Environmental Law Review, 2019–2020

## Publications

*Recommending Judicial Reconstruction of Title VI to Curb Environmental Racism: A Recklessness-Based Theory of Discriminatory Intent*, 32 GEO. ENV'T L. REV. 421 (2020)

Tycko and Zavareei LLP
1828 L St. NW Suite 1000
Washington, DC 20036
202.973.0900

Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510.254.6808

Tycko and Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808