# EXHIBIT 4

# DECLARATION OF TIFFANEY JANOWICZ

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL HAMM, JILL BROWN, AUSTIN RUSSELL, CHRISTIAN LAMMEY, NANCY JAMES, JILL WITTMAN,** and **THOMAS MACONE**, individually and on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>**SHARP ELECTRONICS CORPORATION**,<br><br>     Defendant. | **Civil Action: 5:19-cv-00488**<br><br>Judge James S. Moody, Jr.<br><br>Magistrate Judge Philip R. Lammens |

**DECLARATION OF TIFFANEY JANOWICZ ON IMPLEMENTATION AND ADEQUACY OF SETTLEMENT NOTICE PLAN**

I, Tiffaney Janowicz, declare as follows:

1.  I am a Senior Vice President at Rust Consulting, Inc. ("Rust").  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify about them.  I am authorized to submit this Declaration on behalf of Rust.

2.  I submit this declaration in order to provide the Court with information regarding Rust's Settlement Administrator services related to this matter.

3.  Rust specializes in class action notification and claims administration services, including telephone support and web-based support, direct mail services, claims processing, and settlement fund distribution.  Rust has extensive experience in class action matters, having provided services in class actions ranging in size from 100 to 100 million settlement class

members, and has provided notification and/or claims administration services for over 6,500 settlements.

4.      In the case resolved by this Settlement, *Hamm, et al. v. Sharp Electronics Corporation*, Case No. 19-cv-488 (M.D. Fl.), my colleagues and I were asked to design the Notices (or "Notice") and a Notice Program (or "Notice Plan") to inform Settlement Class members about their rights under the proposed Settlement and to assist in administration of the Settlement.

5.      On August 5, 2020, the Court appointed Rust as the Settlement Administrator. The Court also approved the Notice Plan and the proposed forms of Class Notice. With the Court's approval, and according to the Order: (1) Conditionally Certifying Settlement Class; (2) Preliminarily Approving Proposed Settlement; (3) Approving Class Notice to the Settlement Class; and (4) Setting Final Approval Hearing Date (the "Order"), Rust began to implement the Notice Plan.

6.      Rust's Settlement Administrator services have included the following to date:

    a.  Service of notice of the Settlement, by U.S.P.S. Priority Mail on August 4, 2020, pursuant to CAFA, 28 U.S.C. § 1715, at the direction of Counsel for Sharp Electronics Corporation ("Sharp").  Attached hereto as Exhibit A is a true and correct copy of the notice letter and list of recipients;

    b.  Establishing      and      maintaining      the      Settlement      Website www.SharpMicrowaveLitigation.com to provide potential Settlement Class Members with access to the Court-approved Long Form Notice, both in English and Spanish, and the Claim Form, along with other settlement-related documents, an online claim filing module, answers to frequently-asked questions, and a timeline of important settlement-related dates and events.

Attached hereto as Exhibit B are true and correct copies of the Long Form Notice, in English and Spanish, and the Claim Form;

c.   Establishing a post office box (P.O. Box 44, Minneapolis, MN 55440-0044) to receive undeliverable mail, exclusions, objections, and correspondence from Settlement Class Members;

d.   Establishing and maintaining a settlement-specific toll-free telephone number, 1-800-242-5127, which Settlement Class Members may call to listen to pre-recorded questions and answers regarding the Settlement, or to request that a Long Form Notice, in English or Spanish, and Claim Form be mailed to them;

e.   Emailing and mailing of the Court-approved Short Form Notice to all identified Settlement Class Members.  Attached hereto as Exhibits C and D are true and correct copies of the mailed Short Form Notice and emailed Short Form Notice, respectively; and

f.   Facilitating publication of the Short Form Notice in a variety of media formats, including the magazines Good Housekeeping and People, a Press Release, and digital ads.  Attached hereto as Exhibits E through H are true and correct copies of the Short Form Notice as it appeared in Good Housekeeping and People, the Press Release, and the digital ads, respectively.

7.   This declaration will detail the successful implementation of the Notice Plan and document the completion of the notice activities. The declaration will also detail the administration activity to date, with updated administration statistics to be provided by the parties in advance of the January 7, 2021 Final Approval Hearing. The facts in this declaration are based on my personal knowledge and information provided to me by colleagues from Rust.

3

## SUMMARY OF NOTICE REACH

8.     The Notice Plan we designed and implemented achieved each of the planned objectives:

a.  Names and direct contact information for potential members of the Settlement Class were identified from Sharp's internal records.

b.  Class Notice was sent directly to tens of thousands of members of the Settlement Class.  Class Notice was also published in widely-accessed print and digital media.

c.  The Class Notice reached approximately 75% of our target audience consisting of homeowners with a total household incomes of $75,000 and over.

d.  Potential Settlement Class members reached had an opportunity to view a Notice, with an adequate amount of time prior to the Final Approval Hearing to make appropriate decisions such as whether to object or opt-out.

e.  Each of the forms of the Class Notice was designed to be noticeable, clear, simple, substantive, and informative. No significant or required information was missing.

f.  The Notice Plan was consistent with other notice programs we have designed and implemented for similar settlements that have received final approval.

g.  The Notice Plan was developed with the active participation of counsel.

9.     I believe that the Notice Plan provided reasonable notice of the Settlement of the class action and satisfied due process as the Court directed. The Notice Plan was comprehensive, tailored to the Settlement Class, and the best notice practicable under the circumstances.

10.     The Order defines the "Settlement Class" as consisting of: "All persons residing in the United States who, at any time during the Class Period, became the First Consumer Purchaser of a Class Microwave." I have reviewed the Order and Settlement Agreement, and I understand the defined terms used in the definition of the Settlement Class and subsequent defined terms.

## EMAILING AND MAILING OF THE SHORT FORM NOTICE

11.     On August 17, 2020, Rust received a list of 67,516 individual records identified by Defendant as containing potential Class Member information according to its internal records. Of the 67,516 records, 287 contained foreign mailing addresses, making them ineligible, and 3,199 records did not contain a mailing address or email address. A mailing address and/or email address was available for the remaining 64,030 records. After completing an analysis of duplicative mailing addresses and email addresses, a total of 10,964 unique Settlement Class Member mailing addresses and 50,560 unique email addresses were denoted to receive Class Notice.

12.     The address information for Settlement Class Members who had mailing addresses was sent to the National Change of Address service to ensure adequate address formatting and to qualify for postal discounts.

13.     On September 18, 2020, Rust caused the Short Form Notice to be mailed to 10,964 Class Members whose record contained a unique mailing address, but who did not have an available email address. A copy of the Short Form Notice that was mailed is attached hereto as Exhibit C.

14.     On September 18, 2020, Rust caused the Short Form Notice to be emailed to the 50,560 Class Members whose record contained a unique and potentially valid email address. Of the emails sent, 3,951 were returned as undeliverable or the email address was determined to be invalid. Of the 3,951 Class Members who did not receive the emailed Short Form Notice, a mailing

5

address was available for 3,691, and those were denoted to receive a Short Form Notice by mail. The Short Form Notice was mailed to these Class Members on October 13, 2020.  A copy of the Short Form Notice that was emailed is attached hereto as Exhibit D.

15.     Through December 20, 2020, the USPS has returned 1,658 Short Form Notices as undeliverable without forwarding addresses.  A skip trace, using all available information, was performed on 1,450 undeliverable Short Form Notices returned prior to the November 6, 2020 deadline for re-mail dictated by the Settlement Agreement.  Of the 1,450 traces performed, 620 resulted in updated addresses.  Short Form Notices were re-mailed to these 620 Class Members. Of the Short Form Notices re-mailed, 38 have been returned as undeliverable a second time.

16.     The USPS also returned 30 Short Form Notices with forwarding addresses prior to the November 6, 2020 deadline for re-mail dictated by the Settlement Agreement.  Rust re-mailed the Short Form Notices to these Class Members.

### MAILING OF THE LONG FORM NOTICE

17.     Through December 20, 2020, Rust has mailed 144 Long Form Notice and Claim Form packets to Class Members upon their requests.

### PUBLICATION OF THE SHORT FORM NOTICE

18.     On September 18, 2020, and September 22, 2020, Rust caused the Short Form Notice to be published in Good Housekeeping magazine and People magazine, respectively.  The nationwide circulation for Good Housekeeping magazine is approximately 4,200,000 with a readership[1] of 4,916,000[2].  The nationwide circulation for People magazine is 3,400,000 with a

---

[1] Readership includes both primary readers and pass-along readers.

[2] Source: 2020 MRI-Simmons Doublebase media survey. MRI-Simmons is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media.  MRI-Simmons provides a single-source of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics.  MRI-Simmons produces an annual Doublebase, a study of more than 50,000 adults providing two full years of data.

readership of 9,250,000.  The tear sheets for these publications are attached hereto as Exhibits E and F.

19.     The earned media program included a press release distributed on PR Newswire's US1 National Circuit on September 21, 2020.  The release generated 85 postings of the full text of the release, which resulted in a potential audience of 119,171,140.  The release received 1,851 views, 16 shares, and 575 web crawler hits.[3]  A total of 47 journalists viewed the press release. Information about the Settlement appeared in media outlets, such as *MarketWatch*, *Yahoo! Finance*, *AP News*, and *Seeking Alpha*.  The press release included a message that highlighted the details of the Settlement, provided information for potential Class Members, and featured the toll-free telephone number and website address.  A copy of the Press Release is attached hereto as Exhibit G.  A copy of the October 19, 2020 report on the release's visibility is attached hereto as Exhibit I.

20.     From September 18, 2020, through October 9, 2020, digital ads were placed on several platforms.  A copy of the ads are attached hereto as Exhibit H.  A total of 70,937,097 impressions and 49,504 clicks resulted from the placement of these ads on Google, Facebook, and Instagram.

## SETTLEMENT WEBSITE

21.     On September 17, 2020, Rust established an informational case website, www.SharpMicrowaveLitigation.com. The website address was displayed prominently in all notice documents. By visiting this website, members of the Settlement Class can view additional information about the Settlement, including: the Preliminary Approval Order, Settlement

---

[3] Web crawler hits are the number of times the press release was crawled by a search engine robot or other web crawler on PR Newswire and their partner websites.

Agreement, Claim Form, Long Form Notice, and Frequently Asked Questions and Answers. Settlement Class members may download a copy of the Long Form Notice and Claim Form from the Settlement Website.

22.     Through December 20, 2020, there have been 181,850 unique visitors to the Settlement website.  The Long Form Notice has been viewed and/or downloaded a total of 1,795 times.  The Claim Form has been viewed and/or downloaded a total of 2,017 times.

## TOLL FREE NUMBER

23.     Rust set up and began hosting a toll-free Settlement information number (1-800-242-5127), which became operational on September 16, 2020. By calling this number, members of the Settlement Class can listen to answers to frequently asked questions and request a copy of the Long Form Notice and Claim Form be mailed to them. This automated system is available 24 hours per day, 7 days per week. Through December 20, 2020, the toll-free number has received 1,047 calls.

## CLASS MEMBER COMMUNICATIONS

24.     Through December 20, 2020, Rust has received 5 pieces of general correspondence from potential Settlement Class Members.  These are general requests for address updates, or requests to receive a Short Form Notice or Long Form Notice with a Claim Form by mail.

25.     The exclusion and objection postmark deadline was November 17, 2020.  Through December 20, 2020, Rust has received five (5) requests for exclusion from Settlement Class Members directly, and one (1) additional request for exclusion has been forwarded to Rust by Counsel for the parties.  Attached hereto as Exhibit J is a list of the six (6) individuals who have submitted timely requests for exclusion from the Settlement.

26.     Through December 20, 2020, Rust has received zero (0) objections to the Settlement directly.  However, Rust was forwarded one (1) objection received by Counsel for the parties.  It is my understanding from Counsel that the single objection was subsequently withdrawn by the objector.

## RECEIPT AND TRANSFER OF CLAIM FORMS

27.     All Settlement Class Members have the opportunity to file a claim either through the regular mail or email ("paper claim") or online at the Settlement Website.  Paper claims are to be sent directly to Sharp Electronics Corp., Attn: Drawer Claims, 4050 S. Mendenhall Road, Memphis, TN 38115, or by email at SharpDrawerClaim@sharpsec.com.

28.     Through December 20, 2020, a total of 3,553 total claims have been received overall.  Sharp has reported that they have received 706 paper claims directly by mail or email, and Rust has received 2,847 claims directly, six (6) of which are paper claims and 2,841 of which are online claims. Three (3) of the online claims received by Rust have since been withdrawn by the claimant.  The paper claims received by Rust are given a unique claim number and the contact information supplied by the Claimant is captured into a database record. The online claims received by Rust are given a unique claim number at the time the claim is filed online, and the claim information, as well as any contact information supplied by the Claimant, is entered directly into the Claimant's database record, which is created at the time the claim is submitted.

29.     All available Claimant contact and claim information, along with paper claims received and any documentation submitted by the Claimant to support the claim, is transferred to Sharp on a weekly basis for review and validation. The claim transfer process will be ongoing until such time that it is determined all potential Limited Extended Warranty periods have expired and

the claim filing deadline for any of those potentially-affected Settlement Class Members has passed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 21st day of December, 2020, in Edwards, Colorado.

_____
Tiffaney Janowicz

EXHIBIT A



August 4, 2020

<u>**Via U.S.P.S. Priority Mail**</u>

<<name1>>
<<name2>>
<<addr1>>
<<addr2>>
<<city>>, <<state>> <<zip>>

*Re:*   *Hamm v. Sharp Electronics Corporation*
       *United States District Court for the Middle District of Florida*
       *Case No. 5:19-cv-00488-JSM-PRL*

Dear Madam or Sir:

Rust Consulting, Inc., settlement administrator, on behalf of Sharp Electronics Corporation ("Sharp"), defendant in the above-referenced action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Sharp and the plaintiffs in the above-referenced action.  Please take notice of the following items of information, which are provided to you pursuant to 28 U.S.C. § 1715(b).

The Parties filed a motion with the United States District Court for the Middle District of Florida on July 27, 2020, requesting preliminary approval of the proposed settlement.  The Court has not granted preliminary approval of the proposed settlement yet, nor has it scheduled a hearing for final approval of the settlement.

In reference to this letter, a website has been set up for viewing the documents associated with this case.  The website is www.cafanotices.com and on this website, under the folder with the case name, the following documents can be found:

1.  The First Amended Consolidated Class Action Complaint filed in this matter;

2.  The proposed settlement agreement between the Parties;

3.  The proposed notice and claim form that will be mailed to the Class; and

4.  A copy of the Parties' motion for preliminary approval of the settlement, including all supporting documents.

It is not feasible at this time to provide a list of the names of the members of the class organized by the state in which they reside; nor is it feasible to provide an estimated proportionate share of the claims of such members to the entire settlement.

There are no contemporaneous agreements between class counsel and counsel for defendant in conjunction with the proposed settlement, other than the enclosed settlement agreement. At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the matters detailed in this notice.

If you have questions about this notice, the settlement, or how to access and view the documents on the website, please contact this office.

Sincerely,

Rebecca Blake
Rust Consulting, Inc.
625 Marquette Ave., Suite 900
Minneapolis, MN 55402-2469
Email: rblake@rustconsulting.com
Phone: (612) 359-2926
Facsimile: (612) 359-2050

| description | name1 | name2 | addr1 | addr2 | city | state | zip5plus4 |
|---|---|---|---|---|---|---|---|
| ATTORNEY GEN AL | STEVE MARSHALL | ALABAMA ATTORNEY GENERAL | PO BOX 300152 | | MONTGOMERY | AL | 36130-0152 |
| ATTORNEY GEN AK | KEVIN CLARKSON | ALASKA ATTORNEY GENERAL | 1031 W 4TH AVENUE STE 200 | | ANCHORAGE | AK | 99501-1994 |
| ATTORNEY GEN AZ | MARK BRNOVICH | ARIZONA ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 |
| ATTORNEY GEN AR | LESLIE RUTLEDGE | ARKANSAS ATTORNEY GENERAL | 323 CENTER ST STE 200 | | LITTLE ROCK | AR | 72201-2610 |
| ATTORNEY GEN CA | CAFA COORDINATOR | OFFICE OF THE ATTORNEY GENERAL | 455 GOLDEN GATE AVE ST 11000 | | SAN FRANCISCO | CA | 94102 |
| ATTORNEY GEN CO | PHIL WEISER | COLORADO ATTORNEY GENERAL | 1300 BROADWAY FL 10 | | DENVER | CO | 80203 |
| ATTORNEY GEN CT | WILLIAM TONG | CONNECTICUT ATTORNEY GENERAL | 165 CAPITAL AVENUE | | HARTFORD | CT | 06106-1752 |
| ATTORNEY GEN DC | KARL RACINE | DISTRICT OF COLUMBIA ATTORNEY GENERAL | 441 4TH ST NW STE 1145S | | WASHINGTON | DC | 20001 |
| ATTORNEY GEN DE | KATHY JENNINGS | DELAWARE ATTORNEY GENERAL | 820 N FRENCH ST | | WILMINGTON | DE | 19801 |
| ATTORNEY GEN FL | ASHLEY MOODY | FLORIDA ATTORNEY GENERAL | THE CAPITAL PL 01 | | TALLAHASSEE | FL | 32399-1050 |
| ATTORNEY GEN GA | CHRIS CARR | GEORGIA ATTORNEY GENERAL | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334-1300 |
| ATTORNEY GEN HI | CLARE E. CONNORS | HAWAII ATTORNEY GENERAL | 425 QUEEN ST | | HONOLULU | HI | 96813 |
| ATTORNEY GEN ID | LAWRENCE WASDEN | IDAHO ATTORNEY GENERAL | PO BOX 83720 | | BOISE | ID | 83720-0010 |
| ATTORNEY GEN IL | KWAME RAOUL | ILLINOIS ATTORNEY GENERAL | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 |
| ATTORNEY GEN IN | CURTIS HILL JR | INDIANA ATTORNEY GENERAL | 302 W WASHINGTON ST RM 5 | | INDIANAPOLIS | IN | 46204 |
| ATTORNEY GEN IA | TOM MILLER | IOWA ATTORNEY GENERAL | 1305 E WALNUT ST | | DES MOINES | IA | 50319 |
| ATTORNEY GEN KS | DEREK SCHMIDT | KANSAS ATTORNEY GENERAL | 120 SW 10TH AVE FL 2 | | TOPEKA | KS | 66612-1597 |
| ATTORNEY GEN KY | DANIEL CAMERON | KENTUCKY ATTORNEY GENERAL | 700 CAPITOL AVE RM 118 | | FRANKFORT | KY | 40601 |
| ATTORNEY GEN LA | JEFF LANDRY | LOUISIANA ATTORNEY GENERAL | PO BOX 94005 | | BATON ROUGE | LA | 70804-4095 |
| ATTORNEY GEN ME | AARON FREY | MAINE ATTORNEY GENERAL | STATE HOUSE STATION 6 | | AUGUSTA | ME | 04333-0006 |
| ATTORNEY GEN MD | BRIAN FROSH | MARYLAND ATTORNEY GENERAL | 200 SAINT PAUL PLACE | | BALTIMORE | MD | 21202-2202 |
| ATTORNEY GEN MA | MAURA HEALEY | OFFICE OF THE ATTORNEY GENERAL | 1 ASHBURTON PL, 20TH FLOOR | | BOSTON | MA | 02108-1518 |
| ATTORNEY GEN MI | DANA NESSEL | MICHIGAN ATTORNEY GENERAL | PO BOX 30212 | | LANSING | MI | 48909 |
| ATTORNEY GEN MN | KEITH ELLISON | MINNESOTA ATTORNEY GENERAL | 445 MINNESOTA ST STE 1400 | | SAINT PAUL | MN | 55101-2131 |
| ATTORNEY GEN MS | LYNN FITCH | MISSISSIPPI ATTORNEY GENERAL | PO BOX 220 | | JACKSON | MS | 39201-0220 |
| ATTORNEY GEN MO | ERIC SCHMITT | MISSOURI ATTORNEY GENERAL | PO BOX 899 | | JEFFERSON CITY | MO | 65102-0899 |
| ATTORNEY GEN MT | TIM FOX | MONTANA ATTORNEY GENERAL | PO BOX 201401 | | HELENA | MT | 59620-1401 |
| ATTORNEY GEN NE | DOUG PETERSON | NEBRASKA ATTORNEY GENERAL | PO BOX 98920 | | LINCOLN | NE | 68509 |
| ATTORNEY GEN NV | AARON FORD | NEVADA ATTORNEY GENERAL | 100 N CARSON ST | | CARSON CITY | NV | 89701-4717 |
| ATTORNEY GEN NH | GORDON MACDONALD | NEW HAMPSHIRE ATTORNEY GENERAL | 33 CAPITOL ST | | CONCORD | NH | 03301-6397 |
| ATTORNEY GEN NJ | GURBIR S. GREWAL | NEW JERSEY ATTORNEY GENERAL | PO BOX 080 | | TRENTON | NJ | 08625-0080 |
| ATTORNEY GEN NM | HECTOR BALDERAS | NEW MEXICO ATTORNEY GENERAL | PO BOX 1508 | | SANTA FE | NM | 87504-1508 |
| ATTORNEY GEN NY | LETITIA JAMES | OFFICE OF THE NEW YORK ATTORNEY GENERAL | 28 LIBERTY STREET, 15TH FLOOR | | NEW YORK | NY | 10005 |
| ATTORNEY GEN NC | JOSH STEIN | NORTH CAROLINA ATTORNEY GENERAL | 9001 MAIL SERVICE CTR | | RALEIGH | NC | 27699-9001 |
| ATTORNEY GEN ND | WAYNE STENEHJEM | NORTH DAKOTA ATTORNEY GENERAL | 600 E BOULEVARD AVE DEPT 125 | | BISMARCK | ND | 58505-0040 |
| ATTORNEY GEN OH | DAVE YOST | OHIO ATTORNEY GENERAL | 30 E BROAD ST 14 FL | | COLUMBUS | OH | 43215 |
| ATTORNEY GEN OK | MIKE HUNTER | OKLAHOMA ATTORNEY GENERAL | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 |
| ATTORNEY GEN OR | ELLEN F ROSENBLUM | OREGON ATTORNEY GENERAL | 1162 COURT ST NE | | SALEM | OR | 97301-4096 |
| ATTORNEY GEN PA | JOSH SHAPIRO | PENNSYLVANIA ATTORNEY GENERAL | 1600 STRAWBERRY SQ | | HARRISBURG | PA | 17120 |
| ATTORNEY GEN RI | PETER NERONHA | RHODE ISLAND ATTORNEY GENERAL | 150 S MAIN ST | | PROVIDENCE | RI | 02903-2907 |
| ATTORNEY GEN SC | ALAN WILSON | SOUTH CAROLINA ATTORNEY GENERAL | PO BOX 11549 | | COLUMBIA | SC | 29211-1549 |
| ATTORNEY GEN SD | JASON RAVNSBORG | SOUTH DAKOTA ATTORNEY GENERAL | 1302 E HIGHWAY 14 STE 1 | | PIERRE | SD | 57501-8501 |
| ATTORNEY GEN TN | HERBERT H SLATERY III | TENNESSEE ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| ATTORNEY GEN TX | KEN PAXTON | TEXAS ATTORNEY GENERAL | PO BOX 12548 | | AUSTIN | TX | 78711-2548 |
| ATTORNEY GEN UT | SEAN D REYES | UTAH ATTORNEY GENERAL | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 |
| ATTORNEY GEN VT | TJ DONOVAN | VERMONT ATTORNEY GENERAL | 109 STATE ST STE 1 | | MONTPELIER | VT | 05609-1001 |
| ATTORNEY GEN VA | MARK R HERRING | VIRGINIA ATTORNEY GENERAL | 900 E MAIN ST | | RICHMOND | VA | 23219-3548 |
| ATTORNEY GEN WA | BOB FERGUSON | WASHINGTON ATTORNEY GENERAL | PO BOX 40100 | | OLYMPIA | WA | 98504-0100 |
| ATTORNEY GEN WV | PATRICK MORRISEY | WEST VIRGINIA ATTORNEY GENERAL | 1900 KANAWHA BLVD E RM E26 | | CHARLESTON | WV | 25305 |
| ATTORNEY GEN WI | JOSH KAUL | WISCONSIN ATTORNEY GENERAL | PO BOX 7857 | | MADISON | WI | 53707-7857 |
| ATTORNEY GEN WY | BRIDGET HILL | WYOMING ATTORNEY GENERAL | 200 W 24TH ST RM 123 | | CHEYENNE | WY | 82002-0001 |
| ATTORNEY GEN PR | INES CARRAU MARTINEZ | PUERTO RICO ACTING SECRETARY OF JUSTICE | PO BOX 9020192 | | SAN JUAN | PR | 00902-0192 |
| ATTORNEY GEN VI | DENISE N. GEORGE | VIRGIN ISLANDS ATTORNEY GENERAL | 3438 KRONPRINDSENS GADE 2ND FLOOR | | ST THOMAS | VI | 00802-5749 |
| ATTORNEY GEN US | WILLIAM BARR | UNITED STATES ATTORNEY GENERAL | 950 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530-0001 |

EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

## If You Purchased or Received a Sharp Microwave Drawer Oven Between 2009 and 2020

### You Could Get Benefits From a Class Action Settlement

**Si usted desea obtener una copia de este documento legal en español, favor de visitar la página web www.SharpMicrowaveLitigation.com o escribir al Administrador de Reclamos: Sharp Microwave Drawer Oven Settlement Administrator – 7039, P.O. Box 44, Minneapolis, MN 55440-0044.**

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

- A Settlement has been reached with Sharp Electronics Corporation ("Sharp") in a class action lawsuit regarding Sharp-branded Microwave Drawer Ovens ("Class Microwave(s)"). The lawsuit alleges that some of the Class Microwaves contained an issue that caused "arcing through the waveguide," which could cause the microwave to malfunction (an "Arcing Event").  Sharp denies these allegations.

- This Settlement applies only to Sharp Microwave Drawer Ovens, and not to other Sharp microwave ovens (i.e., not countertop or over-the-range models) or other Sharp products.

- You are included in the Settlement if you purchased or received a new Class Microwave, or if you were the first person to own a residential real property with a new Class Microwave (as defined in Question No. 1, below) installed between January 1, 2009 and the date of Preliminary Approval, August 5, 2020.

- If you are included in the Settlement, you may qualify for one of several benefits, including an extension of the existing warranty from one year to five years ("Limited Extended Warranty") for an Arcing Event, which allows for choice of replacement, cash or voucher, and reimbursement for out-of-pocket expenses for labor costs and/or repairs to kitchen cabinetry due to the removal of a Class Microwave(s).

- Your legal rights may be affected.  Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | Eligible Class Members must submit a Claim Form and documentation.  This is the only way to be eligible to receive a replacement, cash payment, or voucher, and reimbursement for out-of-pocket expenses for labor costs and/or cabinetry repairs under this Settlement. If you are a Class Member, you will be bound by the Settlement and you will relinquish any Released Claims that you may have against Sharp. If you have not experienced an Arcing Event, you do not need to submit a Claim Form to qualify for the Limited |

| | |
|---|---|
| | Extended Warranty, but you should retain the Claim Form for your records in the event you experience an Arcing Event in the future. |
| **CLAIMS DEADLINES** | The terms of the five-year Limited Extended Warranty apply to Class Microwaves installed between January 1, 2009 and the date of Preliminary Approval, August 5, 2020.<br><br>• Class Members whose five-year Limited Extended Warranty <u>expires after the date of the Final Approval Hearing</u> shall have two years after occurrence of a Documented Arcing Claim for which relief is being sought to submit a claim.<br><br>• Class Members whose five-year Limited Extended Warranty <u>expires prior to or on the date of the Final Approval Hearing</u> shall have one hundred and twenty (120) days after the Final Approval Hearing to submit a claim.<br><br>The Claims Deadlines will be set forth in the Claim Form. |
| **EXCLUDE YOURSELF** | This is the only option that allows you ever to be part of another lawsuit against Sharp about the claims resolved by this Settlement. You may opt-out of the Settlement. If you opt-out, you will not receive any benefits from this Settlement. You must opt-out by November 17, 2020. |
| **OBJECT** | If you wish to object to the proposed Settlement, the request for attorneys' fees and reimbursement of litigation expenses, or Service Payments to the proposed Class Representatives, you should write to the Court and explain why you object. You cannot object to the proposed Settlement unless you are a Class Member. You must object by November 17, 2020. |
| **ATTEND THE HEARING** | You may ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | If you are a Class Member whose Class Microwave experienced an Arcing Event and you do not submit a Claim Form by the applicable Claims Deadline, you will not be eligible to receive a replacement, cash payment, or voucher, and reimbursement for out-of-pocket expenses for labor costs and/or cabinetry repairs under this Settlement, and you will give up your right to ever be part of another lawsuit against Sharp about the legal claims resolved by this Settlement.<br><br>If you have not experienced an Arcing Event, you do not need to submit a Claim Form to qualify for the Limited Extended Warranty, but you should retain the Claim Form for your records in the event you experience an Arcing Event in the future, described below. |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- The Court in charge of this case will decide whether to approve the Settlement.  If the Court approves the Settlement, and if you meet the requirements of the Settlement, benefits for arcing incidents will be issued if you submit a valid claim form.  See Question No. 12 below for how to access a claim form.  If there are any appeals of the Court's decision, the Settlement may be delayed.  Please be patient.

**BASIC INFORMATION**

| 1. Why did I get this notice? |
| --- |

You received this notice because you may own a Sharp Microwave Drawer Oven that was installed between January 1, 2009, and August 5, 2020.  Such Microwave Drawer Ovens are referred to as "Class Microwaves."

The Court authorized this notice because you have a right to know about the proposed Settlement of a class action lawsuit before the Court decides whether to approve the Settlement.  If the Court approves the Settlement, and after any objections and appeals are resolved, an administrator appointed by the Court and Sharp will oversee certain benefits that the Settlement allows.

This notice explains the class action lawsuit, your legal rights, what benefits are available under the Settlement, who is eligible for them, and how to get them.

The Court in charge of this case is the United States District Court for the Middle District of Florida, and the case is known as *Hamm v. Sharp Electronics Corporation,* No. 5:19-cv-00488.  The persons who sued are called the "Plaintiffs" and the company they sued, Sharp, which is called the "Defendant."

| 2. What is the lawsuit about? |
| --- |

The lawsuit alleges that the Class Microwaves manufactured by Sharp contain a manufacturing or design defect.  The lawsuit alleges the defect causes premature failure due to "arcing" (or electrical sparking) within one of the components of the Class Microwaves called the waveguide, which is located at the top of the microwave, and that may extend to the magnetron.  The lawsuit also alleges that Sharp breached warranties or other obligations in connection with the manufacture and sale of the Class Microwaves.  Sharp denies these allegations, but has agreed to the Settlement to avoid the risks and costs of trial.  The Settlement is not an admission of liability by Sharp.

This Settlement is the product of hard-fought litigation and arm's-length negotiations, which included two in-person mediations and subsequent months of arm's-length negotiations between experienced class-action counsel for both Sharp and Plaintiffs, all led by a former federal judge.

**3. Why is this a class action?**

In a class action, one or more people called "Class Representatives" sue on behalf of all people who have similar claims. Together, these people are called a "Settlement Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Settlement Class.

**4. Why is there a Settlement?**

The Court did not decide which side was right or whether the Class Microwaves are defective. Instead, both sides agreed to a Settlement to avoid the costs and risks of further litigation and provide benefits to Class Members. The Class Representatives and the lawyers representing them (called "Class Counsel") believe that the Settlement is in the best interests of all Class Members.

**5. Who is included in the Settlement Class?**

The Settlement Class includes all persons residing in the United States who were either (1) the first person to purchase or receive a new Class Microwave for his/her own use or (2) the first person to own a residential real property after a new Class Microwave has been installed for the owner's use, installed between January 1, 2009 and the date of Preliminary Approval of the Settlement, August 5, 2020.

**6. Who is not included in the Settlement Class?**

Excluded from the Settlement are: (a) officers, directors, and employees of Sharp or its parents, affiliates, or subsidiaries; (b) insurers of Class Members; (c) any entity purporting to be a subrogee of a Class Member, who is someone who has assumed the rights of another person, or all entities that claim to be subrogated to the rights of the owner of a Class Microwave; (d) any secondary owner of a Class Microwave including, without limitation, any purchaser of a used Class Microwave, purchaser of real property containing a used Class Microwave, or any other owner of a Class Microwave who was not the first person to purchase or receive a new Class Microwave; (e) all third-party issuers or providers of extended warranties or service contracts; (f) persons who previously released their claims against Sharp; (g) any personnel of the Court overseeing the proposed settlement, and any immediate family member of such personnel; (h) any personnel of the Settlement Administrator, and any immediate family member of such personnel; and (i) those persons who timely and validly exercise their right to be removed from the Settlement Class as described below.

**7. What benefits does the Settlement provide?**

Several levels of benefit are available for Eligible Class Members:

| Relief Level | Eligibility |
|---|---|
| Limited Extended Warranty | All Class Members will receive an extension of the existing warranty from one year to five years ("Limited Extended Warranty"). The Limited Extended Warranty only covers Arcing Events. Otherwise, all other parts are subject to the original warranties that came with the purchase. |
| **One** of the following benefit options:<br>• Replacement Microwave Drawer Oven<br>• $250 cash payment, **or**<br>• $500 voucher for any Sharp-branded product. | If a Class Member provides documentation of an Arcing Event during the Limited Extended Warranty Period, then they are eligible for one of these benefits subject to the terms and conditions of the Settlement Agreement.<br><br>If a Class Member selects a Replacement Microwave Drawer Oven, the replacement will come with the standard, one-year warranty or the time remaining on the Limited Extended Warranty, whichever is longer. |
| **Labor costs reimbursement of up to $150** – microwave repairs or inspection only. *Class Members can receive this benefit in combination with other benefits.* | Any Class Member who provides documented labor costs for a repair or inspection related to an Arcing Event will be eligible for reimbursement of up to $150.<br><br>Proof example:  Receipt from the repair technician. |
| **Labor costs reimbursement of up to $200** – adjacent cabinetry repairs only. *Class Members can receive this benefit in combination with other benefits.* | If a Class Member has documentation of an Arcing Event, but decides not to receive a replacement microwave, they can receive up to $200 of documented costs incurred to repair the cabinetry where their Class Microwave was installed. |

More information is available below and in the Settlement Agreement (available on the website).

## 8.   What is a waveguide and how will I know if I experienced an Arcing Event?

A waveguide is the component in the top of the microwave oven that directs the energy from the magnetron, where waves are formed, into the cooking cavity.  If the waveguide is arcing, sparks or flashes may be seen within the Microwave Drawer Oven while it is in use.  A buzzing noise may also be heard.  If arcing occurs over an extended period, it is possible that smoke could appear from the microwave, and the microwave could stop working.

**9.   When does the five-year limited extended warranty begin?**

The Limited Extended Warranty begins either on the date of installation or 30 days after purchase; whichever date is earlier is the start date.  If Class Members do not have proof of purchase or installation, then the Limited Extended Warranty begins ninety days after the date of manufacture. The date of manufacture is printed on the serial number plate inside the opening of the Class Microwave.

**10.   If I choose to receive or have received a replacement Microwave Drawer Oven, will that also be covered under the Limited Extended Warranty?**

Any replacement Microwave Drawer Oven delivered to a Class Member, either prior to this Settlement or through this Settlement, shall have a Limited Extended Warranty for Arcing Events, pursuant to the Settlement, for a term of one year from the date of replacement installation for Arcing Events, or the remainder of the five year Limited Extended Warranty period for Arcing Events, whichever is longer.

**11.   What are the terms of the $500 voucher for Sharp-branded products?**

The $500 voucher for Sharp-branded products will be valid for two years from the date of issue.  To redeem the voucher, you will need to contact Sharp's Customer Service Center at 1-855-899-5483.

**12.   How do I receive benefits if my Class Microwave exhibited an Arcing Event?**

The Claim Deadline applicable to consumers will be set forth in the Claim Form.

- Class Members whose five-year Limited Extended Warranty expires after the date of the Final Approval Hearing shall have two years after the occurrence of a Documented Arcing Claim for which relief is being sought to submit a claim.

- Class Members whose five-year Limited Extended Warranty expires prior to or on the date of the Final Approval Hearing shall have one hundred and twenty (120) days after the Final Approval Hearing to submit a claim.

To receive benefits if your Class Microwave exhibited an Arcing Event, you must complete and submit a Claim Form prior to the applicable Claim Deadline and provide the documented proof of arcing for any benefits you may be seeking.

The Claim Form is available for download at www.SharpMicrowaveLitigation.com and may also be submitted at this website.  Claim forms may also be obtained by contacting the Settlement Administrator at 1-800-242-5127 or info@SharpMicrowaveLitigation.com or by writing a letter to the Sharp Microwave Drawer Oven Settlement Administrator – 7039, P.O. Box 44, Minneapolis, MN 55440-0044.

## 13.   What type of proof is needed?

To be eligible for benefits under the Settlement Agreement, a Class Member must include <u>all</u> of the following with their Claim Form:

- Proof of purchase or installation of a Class Microwave, or a photograph of the serial number plate inside the Class Microwave.
- Documentation of an Arcing Event within the Microwave Drawer Oven including (i) dated photographic evidence or other similar evidence, or (ii) written information from a licensed appliance service contractor, in either case establishing the existence of the electrical arcing and the date or approximate date such claim arose.
- If a Class Member is seeking reimbursement of labor costs or costs to repair or cover an opening in kitchen cabinetry, the Class Member must provide documentation of such expenses, including an invoice or receipt.

## 14.   When will I receive any benefits?

Payments and/or a replacement microwave will be made to eligible Class Members after the Court approves the Settlement and after any appeals are resolved.  Everyone who sends in a Claim Form will eventually receive a response.  Please be patient.

## 15.   What am I giving up by getting benefits and staying in the Settlement Class?

Unless you opt-out of the Settlement, you will remain in the Settlement Class.  If the Settlement is approved and becomes final, all of the Court's Orders will apply to you and legally bind you.  That means that you will not have a right to sue or be part of any other lawsuit against Sharp for the legal issues and claims resolved by this Settlement.  Personal injury claims are not affected or released by the settlement.  The specific rights you are giving up are called "Released Claims" and the "Released Persons" are described below in Question No. 16.

## 16.   What are the Released Claims and who are the Released Persons?

The Released Claims are any and all claims, whether known or unknown, that relate in any way to any Class Microwaves.  Class Members will have fully, finally and forever settled and released any and all of the Released Claims if the Settlement is approved, even if Class Members later discover facts in addition to or different from those which they now know or believe to be true. The releases in the Settlement are bargained for and are an essential and material element of the Settlement.

Class members expressly, knowingly, and voluntarily waive the provisions of Section 1542 of the California Civil Code, as well as any statute or legal provision in the relevant states similar to the California Civil Code Section 1542, which provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASE PARTY.

The Released Persons are (a) Sharp, (b) any individual or entity involved in any way in the design, manufacture, advertising, marketing, distribution, sale, and/or service of any of the Class Microwaves purchased by the Class Members, as well as (c) all of these individuals' and entities' past, present, and future employees, officers, directors, shareholders, owners, partners, members, joint venturers, managers, representatives, adjusters, attorneys, agents, consultants, insurers, excess insurers, reinsurers, indemnitors, contractors, employers, affiliates, divisions, partnerships, independent contractors, servants, parents, subsidiaries, related entities, predecessors, successors, assignors, assignees, including but not limited to, successors or predecessors by merger, and any other person or entity who has, had, or could have legal responsibility relating to the Released Claims.

The Settlement is expressly intended to cover and include all such claims, demands, actions and causes of action, regardless of the legal theories involved (and whether based in common law, statute or otherwise), dealing whatsoever with the Class Microwaves.  The Released Claims, however, do not include any claims for personal injury.  The complete Settlement Agreement, which is available on www.SharpMicrowaveLitigation.com, describes the Released Claims in necessary legal terminology.  Please read it carefully.  If you have any questions about the Released Claims, you can speak with Class Counsel, described below in Question No. 20, for free, or you can speak with your own lawyer at your own expense.

## 17.  How do I opt-out from the Settlement?

If you do not want to receive any benefits from this Settlement and you want to keep the right to sue Sharp on your own related to the Class Microwaves, then you must take steps to exclude yourself, or "opt-out," from the Settlement.

To opt-out of the Settlement, you must complete and send, via mail or tracked delivery service to the Settlement Administrator a letter stating that you wish to opt-out, by November 17, 2020.

Your Opt-Out request must include all of the following:
- Your full name.
- Current address.
- Your signature and the date you signed it.
- The serial number and date of manufacture for your Class Microwave.
- The date that your Class Microwave was purchased, if known.
- A specific statement that the Class Member desires to be excluded from the Settlement Class.

To be valid, your Opt-Out request must be mailed to the Settlement Administrator, postmarked no later than November 17, 2020.  Your Opt-Out request must be personally signed by you – and not anyone else.  You cannot opt-out by phone, text or email.

**18.   If I opt-out, can I get the benefits from this Settlement?**

No.  If you opt-out from the Settlement, you are telling the Court you do not want to be part of the Settlement Class in this Settlement.  You can only get Settlement benefits if you stay in the Settlement Class and submit a valid Claim Form for benefits.

**19.   If I do not opt-out, can I sue Sharp for claims related to the Class Microwaves?**

No.  If you remain in the Settlement Class and do not opt-out of the Settlement, you will be legally bound by the Settlement.  You will give up the right to sue Sharp for the claims that this Settlement resolves and releases.  You must opt-out from the Settlement to start or continue with your own lawsuit or to be part of any other lawsuit.

**20.   Who represents the Settlement Class?**

The Court has appointed Gregory F. Coleman, Rachel Soffin and Lisa White of Greg Coleman Law PC, Daniel K. Bryson and Harper T. Segui of Whitfield Bryson LLP, and Andrea Gold and Hassan A. Zavareei of Tycko & Zavareei LLP as Class Counsel to represent Class Members in this case.  You will not be charged for these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

**21.   How will Class Counsel be paid?**

This Lawsuit has been prosecuted on behalf of the proposed Class Representatives on a wholly contingent basis. That means that Class Counsel have not received any payment of attorneys' fees for their representation of the Class and have advanced expenses necessarily incurred to prosecute this case. Class Counsel have reviewed and analyzed documents obtained through Class Counsel's own investigation; consulted with experts; examined and considered the benefits to be provided to the Class Members under the Settlement; and considered the laws of several States and the claims that could be asserted under those laws regarding the Class Microwaves. Class Counsel will ask the Court to award them up to $3,000,000.00 for attorneys' fees, costs, and expenses.  If approved by the Court, Sharp will separately pay these fees, costs, and expenses.  These payments will not reduce the amount of benefits available to Class Members.  Sharp also has agreed to pay the Settlement Administrator's fees and expenses, including the costs of mailing the Notices and assisting with the administration of the Settlement as part of the Settlement.  The Court's award of any attorneys' fees and expenses to Class Counsel shall be separate from and independent of the Court's determination of whether to approve the Settlement. If the Court declines to approve the Settlement, no award of attorneys' fees and expenses shall be awarded or paid to Class Counsel. The Parties have negotiated and reached agreement on the Attorneys' Fees and Expenses only after reaching agreement on all other material terms of Settlement in this matter.

## 22.   What if I want to object to the Settlement?

If you are a Class Member and do not opt-out, you may object to the Settlement if you dislike any part of it and may give reasons why you think the Court should not approve the settlement for all Class Members.  To object, you or your attorney must file and serve a written objection.  All objections must be filed with the Clerk of the Court and served on counsel for the Parties and received in writing or postmarked no later than November 17, 2020.  Your objection must include:

- The name of this lawsuit: *Hamm v. Sharp Electronics Corp.*, No. 5:19-cv-00488 (M.D. Fla.);
- Your full name, current address, telephone number, and e-mail address;
- Documents showing the serial number, date of manufacture, and date of purchase for your Class Microwave;
- The specific reasons for your objection and any evidence and supporting papers (including, but not limited to, all briefs, written evidence, and declarations) that you want the Court to consider in support of your objection;
- A list of all persons who will be called to testify in support of your objection; and
- Your signature and the date of your signature.
- You must mail your written objection to the Court and counsel for the parties at the following addresses:

**The Court:**

Clerk of Court
U.S. District Court, M.D. Fla., Tampa Division
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

**Defense Counsel:**

Brian E. O'Donnell, Esq.
Jeffrey Beyer, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

**Class Counsel:**

Gregory F. Coleman, Esq.
Rachel Soffin, Esq.
Lisa White, Esq.
Greg Coleman Law
800 S. Gay Street, Suite 1100
Knoxville TN 37929

Daniel K. Bryson, Esq.
Harper T. Segui, Esq.
Whitfield Bryson LLP
900 W. Morgan St.
Raleigh, NC 27603

Andrea R. Gold, Esq.
Hassan A. Zavareei, Esq.
Tycko & Zavareei LLP
1828 L Street, NW - Suite 1000
Washington, DC 20036

Again, your written objection must be mailed with a postmark no later than November 17, 2020.

## 23.   What is the difference between objecting and opting out?

Objecting is telling the Court that you do not think the Settlement should be approved for the entire Settlement Class.  Opting-out is removing yourself from the Settlement Class in order to preserve

your individual legal rights.  If you opt-out/exclude yourself, you cannot object to the Settlement, because the Settlement no longer affects you.

### 24.  When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing on January 7, 2021, at 9:15 a.m., in Courtroom 17 of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, FL 33602.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether it should be finally approved.  The Court may also decide the amount of fees, costs and expenses to award to Class Counsel and the service awards for class representatives.  This hearing may be continued or rescheduled by the Court without further notice to the Settlement Class.  Please check www.SharpMicrowaveLitigation.com for updates.  After the hearing, the Court will decide whether to approve the Settlement.  It is unknown how long this decision will take.

### 25.  Do I have to come to the hearing?

No.  Class Counsel is working on behalf of the Settlement Class and will answer any questions the Court may have about the Settlement.  The hearing is public, and you are welcome to come at your own expense.  You may also pay your own lawyer to attend, but that is not necessary.

### 26.  May I speak at the hearing?

Yes.  You may ask the Court for permission to speak at the hearing.  To do so, you must mail a written request to the Court, postmarked by November 17, 2020, that includes:
- The following language: it is your "Notice of Intention to Appear at the Fairness Hearing in *Hamm v. Sharp Electronics Corp.*, No. 5:19-cv-00488 (M.D. Fla.)."
- Your name, address, telephone number, email address (if any), signature, and
- Copies of any papers, exhibits, or other evidence that you or your counsel intend to present to the Court.

Your Notice of Intention to Appear must be postmarked no later than November 17, 2020, and be sent to the Clerk of the Court, Class Counsel, and Defense Counsel, at the addresses in Question No. 22.  If you plan to have your own attorney speak for you at the hearing, you must also include the name, address and telephone number of the attorney who will appear.

### 27.  What if I feel that I need more information about what I should or should not do?

This Notice summarizes the Settlement.  More details are in the Settlement Agreement, available at www.SharpMicrowaveLitigation.com.  If you have questions, you may contact the Settlement Administrator at Sharp Microwave Drawer Oven Settlement Administrator - 7039, P.O. Box 44, Minneapolis, MN 55440-0044, info@SharpMicrowaveLitigation.com, or 1-800-242-5127, or by visiting www.SharpMicrowaveLitigation.com.  If you wish to communicate directly with Class

Counsel, you may contact them at the address or phone number listed on their websites: https://www.gregcolemanlaw.com/, https://www.whitfieldbryson.com/, and https://www.tzlegal.com/.

**DO NOT WRITE OR CALL THE COURT, SHARP OR ANY APPLIANCE RETAILER, DEALER, OR AGENT FOR INFORMATION ABOUT THE SETTLEMENT OR THIS LAWSUIT**

<u>UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION</u>

## Si compró o recibió un horno microondas de cajón de la marca Sharp entre 2009 y 2020

### Podría obtener beneficios de un Acuerdo de Acción de Clase

**Si usted desea obtener una copia de este documento legal en español, favor de visitar la página web www.SharpMicrowaveLitigation.com o escribir al Administrador de Reclamos: Sharp Microwave Drawer Oven Settlement Administrator – 7039, P.O. Box 44, Minneapolis, MN 55440-0044.**

*Un tribunal federal autorizó la presente notificación.  La presente notificación <u>no</u> es una oferta de servicio de ningún abogado.*

- Se ha llegado a un Acuerdo con Sharp Electronics Corporation ("Sharp") en una demanda de acción de clase con respecto a los hornos microondas de cajón de la marca Sharp ("Microondas de la Demanda"). La demanda alega que algunos de los Microondas de la Demanda contenían un problema que causaba "arcos a través de la guía de ondas", lo que podía provocar un mal funcionamiento del microondas (un "Evento de Arco Eléctrico"). Sharp niega estos alegatos.

- <u>Este Acuerdo se aplica solo a los hornos microondas de cajón Sharp</u>, y no a otros hornos microondas Sharp (es decir, no a los modelos de encimera o de gama alta) u otros productos Sharp.

- <u>Usted está incluido en el Acuerdo</u> si compró o recibió un Microondas de la Demanda nuevo, o si fue la primera persona en poseer un inmueble residencial con un Microondas de la Demanda nuevo (como se define en la pregunta 1, a continuación) con instalación entre el 1 de enero de 2009 y la fecha de aprobación preliminar, el 5 de agosto de 2020.

- <u>Si está incluido en el Acuerdo, puede calificar para uno de varios beneficios</u>, incluida una extensión de la garantía existente de un año a cinco años ("Garantía Limitada Extendida") para un Evento de Arco Eléctrico, que permite la opción de reemplazo, dinero en efectivo o vale, y el reembolso de los gastos de bolsillo por costos de mano de obra y/o reparaciones de gabinetes de cocina debido a la remoción de un Microondas de la Demanda.

- Sus derechos legales podrían afectarse.  Lea con cuidado esta notificación.

| SUS DERECHOS Y OPCIONES LEGALES EN EL PRESENTE ACUERDO | |
|---|---|
| **ENVIAR UN FORMULARIO DE RECLAMO** | Los Miembros de la Clase elegibles deben presentar un Formulario de Reclamo y la documentación.  Esta es la única manera de ser elegible para recibir un reemplazo, un pago en efectivo o un vale, asimismo el reembolso de los gastos de bolsillo por costos de mano |

| | de obra y/o reparaciones de gabinetes de cocina en virtud de este Acuerdo. Si es uno de los Miembros de la Clase, estará sujeto a los términos del Acuerdo y renunciará a cualquier reclamo exonerado que pueda tener contra Sharp. Si no ha experimentado un Evento de Arco Eléctrico, no necesita enviar un Formulario de Reclamo para calificar para la Garantía Limitada Extendida, pero debe conservar el Formulario de Reclamo para sus registros en caso de que experimente un Evento de Arco Eléctrico en el futuro. |
|---|---|
| **PLAZOS DE RECLAMOS** | Los términos de la Garantía Limitada Extendida de cinco años se aplican a los Microondas de la Demanda con instalación entre el 1 de enero de 2009 y la fecha de Aprobación Preliminar, el 5 de agosto de 2020.<br><br>• Los Miembros de la Clase cuya Garantía Limitada Extendida de cinco años <u>expire después de la fecha de la Audiencia Aprobatoria Final</u> tendrán dos años después de que ocurra un Reclamo de Arco Eléctrico documentado por el cual se busca una reparación para presentar un reclamo.<br><br>• Los Miembros de la Clase cuya Garantía Limitada Extendida de cinco años <u>expire antes o en la fecha de la Audiencia Aprobatoria Final</u> tendrán ciento veinte días (120) después de la Audiencia Aprobatoria Final para presentar un reclamo.<br><br>Los plazos de reclamos se establecerán en el Formulario de Reclamo. |
| **EXCLUIRSE VOLUNTARIAMENTE** | Esta es la única opción que le permite ser parte de otra demanda contra Sharp sobre los reclamos que resuelva este Acuerdo. Puede excluirse del Acuerdo. Si se excluye, no recibirá ningún beneficio que estipule este Acuerdo. Debe excluirse antes del 17 de noviembre de 2020. |
| **OBJETAR** | Si desea objetar el Acuerdo propuesto, la solicitud de honorarios para abogados y el reembolso de los gastos de litigio, o los pagos por servicios a los Representantes de la Clase propuestos, debe escribir al Tribunal y explicar la razón de su objeción. No puede objetar el Acuerdo propuesto a menos que sea un Miembro de la Clase. Debe objetar antes del 17 de noviembre de 2020. |
| **ACUDIR A LA AUDIENCIA** | Usted puede solicitar hablar en el Tribunal acerca de la equidad del Acuerdo. |
| **NO HACER NADA** | Si es un Miembro de la Clase cuyo Microondas de la Demanda experimentó un Evento de Arco Eléctrico y no envía un Formulario de Reclamo antes de la fecha límite aplicable para el reclamo, no será elegible para recibir un reemplazo, pago en efectivo o vale, ni reembolso por gastos de bolsillo por costos de mano de obra y/o |

| | reparaciones de gabinetes en virtud de este Acuerdo, asimismo renunciará a su derecho de ser parte de alguna otra demanda contra Sharp sobre los reclamos legales que resuelva este Acuerdo. |
| | Si no ha experimentado un Evento de Arco Eléctrico, no necesita enviar un Formulario de Reclamo para calificar para la Garantía Limitada Extendida, pero debe conservar el Formulario de Reclamo para sus registros en caso de que experimente un Evento de Arco Eléctrico en el futuro. |

- Estos derechos y opciones, **y los plazos para ejercerlos,** se explican en la presente notificación.

- El Tribunal que maneja este caso decidirá si aprueba el Acuerdo.  Si el Tribunal aprueba el Acuerdo, y si usted cumple con los requisitos del Acuerdo, se emitirán beneficios por incidentes de arco eléctrico si presenta un formulario de reclamo válido.  Consulte la pregunta 12 a continuación para saber cómo acceder a un formulario de reclamo.  Si hay alguna apelación de la decisión del Tribunal, el Acuerdo podría demorarse.  Tenga paciencia.

**INFORMACIÓN BÁSICA**

| **1.** | **¿Por qué recibí esta notificación?** |

Usted recibió este aviso porque podría ser el propietario de un horno microondas de cajón Sharp que se instaló entre el 1.º de enero de 2009 y el 5 de agosto de 2020.  Dichos hornos microondas de cajón se les denomina "Microondas de la Demanda".

El Tribunal ordenó que se le enviara la presente notificación porque tiene derecho a conocer el Acuerdo propuesto para una demanda de acción de clase antes de que el Tribunal decida si aprueba el Acuerdo.  Si el Tribunal lo aprueba y, una vez que se resuelvan las objeciones y apelaciones, un administrador designado por el Tribunal y Sharp supervisarán ciertos beneficios que permite el Acuerdo.

Esta notificación explica la demanda de acción de clase, sus derechos legales, qué beneficios están disponibles en virtud del Acuerdo, quién es elegible para ellos y cómo obtenerlos.

El Tribunal a cargo de este caso es el Tribunal de Distrito de los Estados Unidos para el Distrito Medio de Florida, y el nombre del caso es *Hamm v. Sharp Electronics Corporation,* N.º 5:19-cv-00488.  Las personas que demandaron se denominan los "Demandantes" y la compañía a la que demandaron, Sharp, se denomina la "Demandada".

## 2.    ¿De qué trata la demanda?

La demanda alega que los Microondas de la Demanda que Sharp fabricó contienen un defecto de fabricación o de diseño.  La demanda alega que el defecto causa una falla prematura debido a un "arco eléctrico" (o chispas eléctricas) dentro de uno de los componentes de los Microondas de la Demanda llamado la guía de ondas, el cual se encuentra en la parte superior del microondas y que puede extenderse hasta el magnetrón.  La demanda también alega que Sharp violó las garantías u otras obligaciones en relación con la fabricación y venta de los Microondas de la Demanda.  Sharp niega estos alegatos, pero ha aceptado el Acuerdo para evitar los riesgos y los costos del juicio.  El Acuerdo no representa la admisión de responsabilidad alguna por parte de Sharp.

Este acuerdo es el producto de un litigio muy reñido y de negociaciones independientes que incluyó dos mediaciones en persona y meses posteriores de negociaciones independientes entre abogados experimentados en acciones de clase tanto de Sharp como de los Demandantes, todos bajo la dirección de un exjuez federal.

## 3.    ¿Por qué esto es una acción de clase?

En una acción de clase, una o varias personas, llamadas "Representantes de la Clase" demandan en nombre de todas las personas que tienen reclamos similares. Todas estas personas juntas se denominan "Clase del Acuerdo" o "Miembros de la Clase".  Un tribunal dirimirá los asuntos para todos los Miembros de la Clase, exceptuando aquellos que se excluyan voluntariamente de la Clase del Acuerdo.

## 4.    ¿Por qué existe un Acuerdo?

El Tribunal no decidió qué lado tenía la razón o si los Microondas de la Demanda son defectuosos. En su lugar, ambas partes llegaron a un Acuerdo para evitar los costos y los riesgos de continuar un litigio y proporcionar beneficios a los Miembros de la Clase.  Los Representantes de la Clase y los abogados que los representan denominados ("Abogados de la Clase") piensan que el Acuerdo responde al interés superior de todos los Miembros de la Clase.

## 5.    ¿Quién está incluido en el Acuerdo de la Clase?

La Clase del Acuerdo incluye a todas las personas que residen en los Estados Unidos que fueron (1) la primera persona en comprar o recibir un nuevo Microondas de la Demanda para uso propio o (2) la primera persona en poseer un inmueble residencial después de que se haya instalado un nuevo Microondas de la Demanda para uso del propietario, con instalación entre el 1 de enero de 2009 y la fecha de aprobación preliminar, el 5 de agosto de 2020.

## 6.    ¿Quién no está incluido en el Acuerdo de la Clase?

Quedan excluidos del Acuerdo: (a) los funcionarios, directores y empleados de Sharp o sus casas matrices, afiliadas o subsidiaria; (b) aseguradores de los Miembros de la Clase; (c) cualquier

¿Tiene preguntas?  Llame al **1-800-242-5127** o vaya a
**www.SharpMicrowaveLitigation.com**

4

entidad que pretenda ser un subrogado de un Miembro de la Clase, que es alguien que ha asumido los derechos de otra persona, o todas las entidades que afirmen estar subrogadas a los derechos del propietario de un Microondas de la Demanda; (d) cualquier segundo propietario de un Microondas de la Demanda, incluidos, entre otros, cualquier comprador de un Microondas de la Demanda usado, comprador de bienes inmuebles que contengan un Microondas de la Demanda usado o cualquier otro propietario de un Microondas de la Demanda que no haya sido la primera persona en comprar o recibir un Microondas de la Demanda nuevo; (e) todos los terceros emisores o proveedores de garantías extendidas o contratos de servicio; (f) personas que previamente renunciaron a sus reclamos contra Sharp; (g) cualquier personal del Tribunal que supervise el acuerdo propuesto y cualquier familiar inmediato de dicho personal;  (h) cualquier personal del Administrador del Acuerdo y cualquier miembro de la familia inmediata de dicho personal; y (i) aquellas personas que ejercen oportuna y válidamente su derecho a retirarse de la Clase del Acuerdo como se describe a continuación.

| 7. | ¿Qué beneficios proporciona el Acuerdo? |
|----|----|

Hay varios niveles de beneficios disponibles para los Miembros Elegibles de la Clase:

| Nivel de compensación | Elegibilidad |
|---|---|
| Garantía Limitada Extendida | Todos los Miembros de la Clase recibirán una extensión de la garantía existente de un año a cinco años ("Garantía Limitada Extendida").  La Garantía Limitada Extendida solo cubre Eventos de Arco Eléctrico. De lo contrario, todas las demás piezas están sujetas a las garantías originales que vinieron con la compra. |
| **Una de las siguientes opciones de beneficios:**<br>• Reemplazo de horno microondas de cajón.<br>• Pago en efectivo de $250, **o**<br>• Vale por $500 para cualquier producto de la marca Sharp. | Si un Miembro de la Clase proporciona documentación de un Evento de Arco Eléctrico durante el período de Garantía Limitada Extendida, entonces es elegible para uno de estos beneficios, sujeto a los términos y condiciones del Acuerdo Conciliatorio.<br><br>Si un Miembro de la Clase selecciona un horno microondas de cajón de reemplazo, el reemplazo vendrá con la garantía estándar de un año o el tiempo restante de la Garantía Limitada Extendida, lo que sea mayor en el tiempo. |
| **Reembolso de costos de mano de obra de hasta $150:** reparaciones o inspección de microondas solamente.<br>*Los Miembros de la Clase pueden recibir este beneficio en combinación con otros beneficios.* | Cualquier Miembro de la Clase que proporcione comprobantes de los costos de mano de obra de una reparación o inspección relacionada con un Evento de Arco Eléctrico será elegible para un reembolso de hasta $150.<br><br>Ejemplo de comprobante:  Recibo del técnico de la reparación. |

¿Tiene preguntas?  Llame al **1-800-242-5127** o vaya a
www.SharpMicrowaveLitigation.com

5

| | |
|---|---|
| **Reembolso de costos de mano de obra de hasta $200:** solo para reparaciones de gabinetes adyacentes. *Los Miembros de la Clase pueden recibir este beneficio en combinación con otros beneficios.* | Si un Miembro de la Clase tiene documentación de un Evento de Arco Eléctrico, pero decide no recibir un microondas de reemplazo, puede recibir hasta $200 de los costos incurridos, con debido comprobante, para reparar los gabinetes donde se instaló el Microondas de la Demanda. |

Hay más información disponible a continuación y en el Acuerdo Conciliatorio (disponible en el sitio web).

| | |
|---|---|
| **8.** | **¿Qué es una guía de ondas y cómo sabré si experimenté un Evento de Arco Eléctrico?** |

Una guía de ondas es el componente en la parte superior del horno de microondas que dirige la energía del magnetrón, donde se forman las ondas, hacia la cavidad de cocción. Si la guía de ondas forma un arco, pueden verse chispas o destellos dentro del cajón del horno microondas mientras está en uso. También puede oírse un zumbido. Si se produce un arco eléctrico durante un período prolongado, es posible que salga humo del microondas y que deje de funcionar.

| | |
|---|---|
| **9.** | **¿Cuándo comienza la garantía limitada extendida de cinco años?** |

La garantía limitada extendida comienza en la fecha de instalación o 30 días después de la compra; la fecha que sea anterior es la fecha de inicio. Si los Miembros de la Clase no tienen comprobante de compra o instalación, la Garantía Limitada Extendida comienza noventa días después de la fecha de fabricación. La fecha de fabricación está impresa en la placa con el número de serie dentro de la abertura del Microondas de la Demanda.

| | |
|---|---|
| **10.** | **Si elijo recibir o he recibido un horno microondas de cajón de reemplazo, ¿eso también estará cubierto por la Garantía Limitada Extendida?** |

Cualquier horno microondas de cajón de reemplazo que haya sido entregado a un Miembro de la Clase, ya sea antes de este Acuerdo o mediante este Acuerdo, tendrá una Garantía Limitada Extendida para Eventos de Arco Eléctrico, de conformidad con el Acuerdo, por un período de un año a partir de la fecha de instalación del reemplazo para Eventos de Arcos Eléctrico, o el resto del período de Garantía Limitada Extendida de cinco años para Eventos de Arco Eléctrico, lo que sea mayor en el tiempo.

¿Tiene preguntas? Llame al **1-800-242-5127** o vaya a
www.SharpMicrowaveLitigation.com

6

### 11. ¿Cuáles son los términos del vale por $500 para productos de la marca Sharp?

El vale por $500 para productos de la marca Sharp será válido por dos años a partir de la fecha de emisión. Para canjear el vale, deberá ponerse en contacto con el Centro de Atención al Cliente de Sharp en 1-855-899-5483.

### 12. ¿Cómo recibo beneficios si mi Microondas de la Demanda presentó un Evento de Arco Eléctrico?

El plazo de reclamo aplicable a los consumidores se establecerá en el Formulario de Reclamo.

- Los Miembros de la Clase cuya Garantía Limitada Extendida de cinco años expire después de la fecha de la Audiencia Aprobatoria Final tendrán dos años para presentar un reclamo después de que ocurra un Reclamo de Arco Eléctrico documentado por el cual se busca una reparación.

- Los Miembros de la Clase cuya Garantía Limitada Extendida de cinco años expire antes o en la fecha de la Audiencia Aprobatoria Final tendrán ciento veinte días (120) después de la Audiencia Aprobatoria Final para presentar un reclamo.

Para recibir beneficios si su Microondas de la Demanda mostró un Evento de Arco Eléctrico, debe completar y enviar un Formulario de Reclamo antes de la Fecha Límite de Reclamo correspondiente y proporcionar comprobante documentado del arco eléctrico para cualquier beneficio que pueda procurar.

El Formulario de Reclamo se puede descargar en www.SharpMicrowaveLitigation.com y también se puede presentar en este sitio web. Los formularios de reclamo también se pueden obtener si se comunica con el Administrador del Acuerdo al 1-800-242-5127 o info@SharpMicrowaveLitigation.com o escribe una carta a Sharp Microwave Drawer Oven Settlement Administrator – 7039, P.O. Box 44, Minneapolis, MN 55440-0044.

### 13. ¿Qué tipo de comprobante se necesita?

Para ser elegible para beneficios en virtud del Acuerdo Conciliatorio, un Miembro de la Clase debe incluir todo lo siguiente en su Formulario de Reclamo:

- Comprobante de compra o instalación de un Microondas de la Demanda, o una fotografía de la placa con el número de serie dentro del Microondas de la Demanda.
- Documentación de un evento de arco dentro del horno de microondas de cajón que incluya (i) evidencia fotográfica con fecha u otra evidencia similar, o (ii) información por escrito de un contratista con licencia en servicio de aparatos, en cualquier caso estableciendo la existencia del arco eléctrico y la fecha o fecha aproximada de que dicho reclamo fue descubierto.

- Si un Miembro de la Clase procura el reembolso de los costos de mano de obra o los costos para reparar o cubrir una abertura en los gabinetes de la cocina, el Miembro de la Clase debe proporcionar comprobantes de dichos gastos, incluida una factura o recibo.

### 14.   ¿Cuándo recibiré los beneficios?

Se harán pagos y/o se entregará un microondas de reemplazo a los Miembros de la Clase elegibles después de que el Tribunal apruebe el Acuerdo y después de que se resuelva cualquier apelación. Todos los que envíen un Formulario de Reclamo eventualmente recibirán una respuesta.  Tenga paciencia.

### 15.   ¿A qué renuncio al obtener beneficios y permanecer en la Clase del Acuerdo?

A menos que se excluya del Acuerdo, usted permanecerá en la Clase del Acuerdo.  Si el Acuerdo se aprueba y se vuelve definitivo, todas las Órdenes del Tribunal se aplicarán a usted y le generarán una obligación legal.  Esto significa que no podrá demandar o ser parte en cualquier otra demanda legal contra Sharp que se relacione con los asuntos legales y reclamos que se resuelvan en este Acuerdo.  Los reclamos por lesiones personales no se afectarán ni desestimarán bajo este acuerdo. Los derechos específicos a los que renuncia se denominan "Reclamos Exonerados" y las "Personas Exoneradas" se describen a continuación en la pregunta N.° 16.

### 16.   ¿Qué son los Reclamos Exonerados y quiénes son las Personas Exoneradas?

Los Reclamos Exonerados son todos y cada uno de los reclamos, ya sean conocidos o desconocidos, que se relacionan de alguna manera con cualquier Microondas de la Demanda.  Los Miembros de la Clase habrán resuelto y exonerado total, finalmente y para siempre todos y cada uno de los Reclamos Exonerados si se aprueba el Acuerdo, incluso si los Miembros de la Clase descubren más tarde hechos adicionales o diferentes de los que ahora saben o creen que son ciertos. Las exoneraciones en el Acuerdo se negocian y son un elemento esencial y material del Acuerdo.

Los Miembros de la Clase renuncian expresa, consciente y voluntariamente, a las disposiciones de la Sección 1542 del Código Civil de California, así como a cualquier estatuto o disposición legal en los estados correspondientes similar a la Sección 1542 del Código Civil de California, que establece lo siguiente:

"UNA EXONERACIÓN GENERAL NO INCLUYE LOS RECLAMOS QUE EL ACREEDOR O PARTE EXONERADA NO CONOCE NI SOSPECHA QUE EXISTAN A SU FAVOR EN EL MOMENTO DE EJECUTAR SU LIBERACIÓN Y QUE, SI LO HUBIERA CONOCIDO, PODRÍA HABER AFECTADO MATERIALMENTE SU ACUERDO CON EL DEUDOR O PARTE EXONERADA".

Las Personas Exoneradas son (a) Sharp, (b) cualquier persona o entidad involucrada de alguna manera en el diseño, fabricación, publicidad, mercadeo, distribución, venta y/o servicio de cualquiera de los Microondas de la Demanda que hubieran adquirido los Miembros de la Clase, así como (c) todos estos empleados, funcionarios, directores, accionistas, propietarios, socios, miembros, empresas conjuntas, gerentes, representantes, peritos, abogados, agentes, consultores, aseguradores, aseguradores de excedentes, reaseguradores, todos los empleados pasados, presentes y futuros de estas personas y entidades, indemnizadores, contratistas, empleadores, afiliados, divisiones, sociedades, contratistas independientes, servidores, casas matrices, subsidiarias, entidades relacionadas, predecesoras, sucesoras, cedentes, cesionarios, que incluye, entre otros, sucesores y predecesores por fusión, y cualquier otra persona o entidad que tiene, ha tenido o podría tener responsabilidad legal en relación con los Reclamos Exonerados.

El Acuerdo está expresamente destinado a cubrir e incluir todos esos reclamos, demandas, acciones y causas de acción, independientemente de las teorías legales involucradas (y de si se basan en el derecho consuetudinario, estatuto u otro), que se ocupen de cualquier tipo de Microondas de la Demanda. Sin embargo, los Reclamos Exonerados no incluyen ningún reclamo por lesiones personales. El Acuerdo Conciliatorio completo, que está disponible en www.SharpMicrowaveLitigation.com, describe los Reclamos Exonerados en la terminología legal necesaria. Por favor léalo cuidadosamente. Si tiene alguna pregunta sobre los Reclamos Exonerados, puede hablar con los Abogados de la Clase, descritos a continuación en la pregunta N.° 20 de forma gratuita, o puede hablar con su propio abogado por su cuenta.

## 17.  ¿Cómo me excluyo del Acuerdo?

Si no desea recibir ningún beneficio de este Acuerdo y desea mantener el derecho a demandar a Sharp por su propia cuenta con relación a los Microondas de la Demanda, deberá realizar los pasos necesarios para "excluirse voluntariamente" del Acuerdo.

Para excluirse voluntariamente del Acuerdo, debe completar y enviar al Administrador del Acuerdo, por correo o servicio de entrega con seguimiento, una carta en la que indique que desea excluirse, antes del 17 de noviembre de 2020.

Su solicitud de Exclusión debe incluir todo lo siguiente:
- Su nombre completo.
- Dirección actual.
- Su firma y la fecha en que la firmó.
- El número de serie y fecha de fabricación de su Microondas de la Demanda.
- La fecha de compra del Microondas de la Demanda, si se conoce.
- Una declaración especifica de que el Miembro de la Clase deseas ser excluido de la Clase del Acuerdo.

Para que sea válida, su solicitud de exclusión debe entregarse al Administrador del Acuerdo fechada por la oficina postal con fecha a más tardar el 17 de noviembre de 2020. Su solicitud de exclusión voluntaria debe tener su  firma de puño y letra suya y de nadie más.  No puede excluirse por teléfono, mensaje de texto o correo electrónico.

## 18.   Si me excluyo, ¿puedo obtener los beneficios de este Acuerdo?

No. Si se excluye del Acuerdo, le está diciendo al Tribunal que no desea formar parte de la Clase del Acuerdo en este Acuerdo.  Solo puede obtener los beneficios del Acuerdo si permanece en la Clase del Acuerdo y envía un Formulario de Reclamo válido para los beneficios.

## 19.   Si no me excluyo, ¿puedo demandar a Sharp por reclamos relacionados con los Microondas de la Demanda?

No. Si permanece en la Clase del Acuerdo y no se excluye del mismo, estará sujeto legalmente al Acuerdo.  Renunciará al derecho de demandar a Sharp por los reclamos que resuelva y exonere este Acuerdo.  Debe excluirse del Acuerdo para comenzar o continuar su propia demanda o para ser parte de cualquier otra demanda.

## 20.   ¿Quién representa a la Clase del Acuerdo?

El Tribunal designó a Gregory F. Coleman, Rachel Soffin y Lisa White de Greg Coleman Law PC, Daniel K. Bryson y Harper T. Segui de Whitfield Bryson LLP, y Andrea Gold y Hassan A. Zavareei de Tycko & Zavareei LLP como Abogados de la Clase para representar a los Miembros de la Clase en este caso.  Usted no hará pago alguno por el servicio de estos abogados.  Si desea que un abogado particular lo represente, podrá contratarlo a sus expensas.

## 21.   ¿Cómo se le pagará al Abogado de la Clase?

Esta Demanda ha sido procesada en nombre de los Representantes de la Clase propuestos sobre una base totalmente contingente. Eso significa que los Abogados de la Clase no han recibido ningún pago por honorarios de abogados por su representación de la Clase y han adelantado gastos indispensables para el procesamiento de este caso. Los Abogados de la Clase han revisado y analizado los documentos que obtuvieron mediante su propia investigación; consultaron con expertos; examinaron y consideraron los beneficios que se proporcionarán a los Miembros de la Clase en virtud del Acuerdo; y consideraron las leyes de varios estados y los reclamos que podrían hacerse en virtud de esas leyes con respecto a los Microondas de la Demanda. Los Abogados de la Clase solicitarán al Tribunal una compensación de al menos $3,000,000.00 por honorarios, costos y gastos de abogados.  Si el Tribunal lo aprueba, Sharp pagará por separado estos honorarios, costos y gastos.  Estos pagos no reducirán la cantidad de beneficios disponibles para los Miembros de la Clase.   Sharp también ha acordado pagar los honorarios y gastos del Administrador del Acuerdo, incluidos los costos de envío de los Avisos por correo y de ayudar con la administración del Acuerdo como parte del Acuerdo.  La adjudicación de los honorarios y gastos de abogados a los Abogados de la Clase por parte del Tribunal será independiente de la decisión del Tribunal de aprobar o no el Acuerdo. Si el Tribunal se niega a aprobar el Acuerdo, no se otorgará ni pagará la adjudicación de honorarios y gastos de abogados a los Abogados de la Clase. Las Partes han negociado y llegado a un acuerdo sobre los honorarios y gastos de los abogados sólo después de haber llegado a un acuerdo sobre todos los demás términos materiales del Acuerdo en este asunto.

¿Tiene preguntas?  Llame al **1-800-242-5127** o vaya a
www.SharpMicrowaveLitigation.com

10

## 22.   ¿Qué pasa si quiero presentar una objeción a este Acuerdo?

Si es un Miembro de la Clase y no se excluye, puede objetar el Acuerdo si no le gusta alguna parte de este y puede dar razones por las que cree que el Tribunal no debería aprobar el acuerdo para todos los Miembros de la Clase.  Para objetar, usted o su abogado deben presentar y entregar una objeción por escrito.  Todas las objeciones deben presentarse ante el secretario del Tribunal y entregarse al abogado de las Partes y recibirse por escrito o enviarse por correo con sello postal a más tardar el 17 de noviembre de 2020.  Su objeción debe incluir:

- El nombre de esta demanda: *Hamm v. Sharp Electronics Corp.*, N.º 5:19-cv-00488 (Distrito Medio de Florida)."
- Su nombre completo, dirección actual, número de teléfono y dirección de correo electrónico;
- Documentos que muestren el número de serie, la fecha de fabricación y la fecha de compra de su Microondas de la Demanda;
- Las razones específicas de su objeción y cualquier evidencia y documentos de soporte (incluye, entre otros, todos los expedientes, pruebas escritas y declaraciones) que desea que el Tribunal considere en apoyo de su objeción;
- Una lista de todas las personas que serán llamadas a testificar en apoyo de su objeción; y
- Su firma y la fecha de su firma.
- Debe enviar su escrito de objeción al Tribunal y al abogado de las partes a las siguientes direcciones:

| El Tribunal: | Abogados de la Defensa: |
|---|---|
| Secretario del Tribunal | Abog. Brian E. O'Donnell |
| Tribunal de Distrito de los Estados Unidos, | Abog. Jeffrey Beyer |
| Distrito Medio de Florida, División de Tampa | Riker Danzig Scherer Hyland & Perretti LLP |
| Sam M. Gibbons U.S. Courthouse | Headquarters Plaza |
| 801 North Florida Avenue | One Speedwell Avenue |
| Tampa, FL 33602 | Morristown, NJ 07962-1981 |

**Abogados de la Clase:**

| Abog. Gregory F. Coleman | Abog. Daniel K. Bryson | Abog. Andrea R. Gold |
|---|---|---|
| Abog. Rachel Soffin | Abog. Harper T. Segui | Abog. Hassan A. Zavareei |
| Abog. Lisa White | Whitfield Bryson LLP | Tycko & Zavareei LLP |
| Greg Coleman Law | 900 W. Morgan St. | 1828 L Street, NW - Suite 1000 |
| 800 S. Gay Street, Suite 1100 | Raleigh, NC 27603 | Washington, DC 20036 |
| Knoxville TN 37929 | | |

Nuevamente, su escrito de objeción debe enviarse con fecha de envío postal a más tardar el 17 de noviembre de 2020.

## 23.   ¿Cuál es la diferencia entre objetar y excluirse?

Objetar es decir al Tribunal que no cree que el Acuerdo deba aprobarse para toda la Clase del Acuerdo.  Excluirse es retirarse de la Clase del Acuerdo para preservar sus derechos legales individuales.  Si se excluye, no puede objetar el Acuerdo porque el Acuerdo ya no le afecta.

## 24.   ¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo?

El Tribunal celebrará una audiencia el 7 de enero de 2021, a las 9:15 a. m. en la Sala 17 de Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, FL 33602.  En esta audiencia, el Tribunal considerará si el Acuerdo es justo, razonable y adecuado, y si debe aprobarse de forma definitiva.  El Tribunal también puede decidir el monto de los honorarios, costos y gastos que se otorgarán a los Abogados de la Clase y las compensaciones por servicios prestados para los representantes de la clase.  El Tribunal puede continuar o reprogramar esta audiencia sin previo aviso a la Clase del Acuerdo.  Consulte www.SharpMicrowaveLitigation.com para obtener actualizaciones.  Luego de la audiencia, el Tribunal decidirá si aprueba o no el Acuerdo.  Se desconoce cuánto tiempo llevará tomar la decisión.

## 25.   ¿Debo asistir a la audiencia?

No. Los Abogados de la Clase trabajan en nombre de la Clase del Acuerdo y responderán a cualquier pregunta que el Tribunal pueda tener sobre el Acuerdo.  La audiencia es pública, y puede asistir por su propia cuenta.  También puede contratar a su propio abogado para que asista, pero no es necesario.

## 26.   ¿Puedo hablar en la audiencia?

Sí.  Puede solicitar al Tribunal el permiso para hablar en la audiencia.  Para ello, debe enviar por correo una solicitud por escrito al Tribunal, con sello postal a más tardar el 17 de noviembre de 2020, que incluya:
- Lo siguiente: que es su "Notice of Intention to Appear at the Fairness Hearing in *Hamm v. Sharp Electronics Corp.*, No. 5:19-cv-00488 (M.D. Fla.)."
- Su nombre, dirección, número de teléfono, dirección de correo electrónico (si corresponde), firma y
- Copias de cualquier documento, pruebas u otra evidencia que usted o su abogado pretendan presentar al Tribunal.

Su Notificación de Intención de Comparecer debe tener fecha de envío postal a más tardar el 17 de noviembre de 2020, y se debe enviar al secretario del Tribunal, al Abogado de la Clase y al Abogado de la Defensa a las direcciones que figuran en la pregunta 22.  Si desea que su propio abogado hable por usted en la audiencia, debe también incluir el nombre, dirección y número telefónico del abogado que comparecerá.

| 27. ¿Qué sucede si siento que necesito más información sobre lo que debo o no debo hacer? |
|---|

Esta Notificación resume el Acuerdo.  En el Acuerdo Conciliatorio se encuentra información más detallada, que se encuentra disponible en www.SharpMicrowaveLitigation.com.  Si tiene preguntas, puede comunicarse con el Administrador del Acuerdo en Sharp Microwave Drawer Oven Settlement Administrator - 7039, P.O. Box 44, Minneapolis, MN 55440-0044, info@SharpMicrowaveLitigation.com,          o          1-800-242-5127,          o          visite www.SharpMicrowaveLitigation.com.  Si desea comunicarse directamente con los Abogados de la Clase, puede comunicarse con ellos a la dirección o al número de teléfono que figura en sus sitios    web:    https://www.gregcolemanlaw.com/,    https://www.whitfieldbryson.com/,    and https://www.tzlegal.com/.

**NO ESCRIBA O LLAME AL TRIBUNAL, A SHARP O A CUALQUIER MINORISTA, DISTRIBUIDOR O AGENTE DE ELECTRODOMÉSTICOS PARA OBTENER INFORMACIÓN SOBRE EL ACUERDO O SOBRE ESTA DEMANDA**

# SHARP MICROWAVE DRAWER OVEN
# CLASS ACTION SETTLEMENT CLAIM FORM

Please see Claim Deadline information in section IV below

*Para una notificación en Español, llamar o visitar nuestro website: www.SharpMicrowaveLitigation.com*

Complete and signed Claim Forms, along with all required documentation, must be returned to Sharp at the following address or email address:

SHARP ELECTRONICS CORP.
ATTN: DRAWER CLAIMS
4050 S. MENDENHALL ROAD
MEMPHIS, TN 38115
or
SharpDrawerClaim@sharpsec.com

## I.  CLAIMANT INFORMATION

| | |
|---|---|
| Name: | |
| Street Address: | Apt. Number: |
| City: | State/Zip: |
| Daytime Phone: | Alternate Phone: |
| E-mail: | Do you consent to receive official information about the claim via e- mail?<br>**YES / NO** |

## II.  DESCRIPTION OF MICROWAVE DRAWER OVEN

| | |
|---|---|
| Model Number: | Date of Purchase or Date of Installation: |
| Serial Number: | *If attaching a photograph of the serial number plate inside the Microwave Drawer Oven, which provides information regarding the date of manufacture of the Class Microwave, please indicate above. |

## III.  ELECTION OF BENEFITS

Along with the attachment of supporting documents, please select your requested benefit as follows:

> **Five Year Warranty Extension**
>
> The Limited Extended Warranty begins from date of purchase or installation and is available to either (1) the first person to purchase or receive a new Class Microwave for his/her own use or (2) the first person to own a residential real property after a new Class Microwave has been installed for the owner's use.
>
> Claim Form Submission is not required if your Microwave Drawer Oven has never experienced an Arcing Event. Simply keep this form with your Owner's Manual.

**Benefits Available _after_ a Documented Arcing Event** (please select only _one option_ with its related reimbursements):

      ☐   A new, replacement Microwave Drawer Oven, and (if applicable): _____ Amount Requested for Reimbursement of Labor Costs Related to Arcing Event (may not exceed $150.00).

OR   ☐   $250.00 cash payment, and (if applicable): _____ Amount Requested for Reimbursement of Repair Costs Related to Repair or Covering of Cabinetry, if any (may not exceed $200.00); and (if applicable), _____ Amount Requested for Reimbursement of Labor Costs Related to Arcing Event (may not exceed $150.00).

OR   ☐   $500 electronic voucher (valid for two years from the date of issue) for Sharp-branded products. To redeem the voucher, you will need to contact Sharp's Customer Service Center at 1-855-899-5483. And (if applicable): _____ Amount Requested for Reimbursement of Repair Costs Related to Repair or Covering of Cabinetry, if any (may not exceed $200.00); and (if applicable), _____ Amount Requested for Reimbursement of Labor Costs Related to Arcing Event (may not exceed $150.00).

## IV.   CLAIMS DEADLINE

Class Members whose five-year _Limited Extended Warranty expires after January 7, 2021,_ shall have two years after occurrence of a Documented Arcing Event for which relief is being sought to submit a claim.

Class Members whose five-year _Limited Extended Warranty expires prior to or on January 7, 2021,_ shall have until May 7, 2021, to submit a claim for a Documented Arcing Event.

## V.   SUPPORTING DOCUMENTATION FOR ARCING EVENT CLAIMS

Please enclose documentation supporting your claim as described below. **Failure to provide any of the documents requested below may result in a denial of your Claim.**

☐   **Proof of Purchase or Installation**: Enclose a document showing the date of purchase or installation. In lieu of documented proof of the date of purchase or installation of the Microwave Drawer Oven, you may submit a photograph of the serial number plate inside the Microwave Drawer Oven, which provides information regarding the date of manufacture of the Microwave Drawer Oven.

☐   **Documentation of Arcing Events**: Enclose all documentation related to electrical arcing within the Microwave Drawer Oven including (i) dated photographic evidence or other similar evidence, or (ii) written information from a licensed appliance service contractor, in either case establishing the existence of the electrical arcing and the date or approximate date such claim arose.

☐   **Documentation of Labor Costs for Reimbursement:** Enclose documentation of the labor and/or service costs, including the date(s) of the charges, the services provided, and the amount paid, in order to receive reimbursement for a Labor Reimbursement Claim.

☐   **Documentation of Reimbursement for Cabinetry Covering:** Enclose documentation of the costs related to the Cabinet Covering Claim, including the date(s) of the charges assessed, the services and/or materials provided, and the amount paid, in order to receive reimbursement for a Cabinet Covering Claim.

_____    _____
Signature of Claimant                                                                Date

EXHIBIT C

Corporation ("Sharp") in a class action lawsuit regarding Sharp-branded Microwave Drawer Ovens ("Class Microwave(s)"). The lawsuit alleges that some of the Class Microwaves contained an issue that caused "arcing through the waveguide," which could cause the microwave to malfunction (an "Arcing Event"). Sharp denies these allegations.

**Am I included?** You are included in the Settlement if you purchased or received a new Class Microwave, or you were the first person to own a residential real property with a new Class Microwave, installed between January 1, 2009 and August 5, 2020.

**What does the Settlement provide?** The Settlement includes potential benefits for eligible Settlement Class Members, including: Limited Extended Warranty; full Replacement; up to \$250 cash payment or \$500 voucher; and/or reimbursements for certain out-of-pocket payments.

**How can I file a claim?** Eligible Settlement Class Members must file a claim, including the required documentation.

Claim Forms are available on the Settlement website: www.SharpMicrowaveLitigation.com.

Form and send it in via e-mail or regular mail. Claim Forms for any Settlement Class Member whose Limited Extended Warranty has expired on or prior to January 7, 2021, must be received by May 7, 2021. Claim Forms for any Settlement Class Member whose Limited Extended Warranty will expire after January 7, 2021, must be received within two years of the date of any Arcing Event. Eligible Class Members will receive payments and/or a replacement microwave after the Court approves the Settlement and after any appeals are resolved. Please be patient.

**What are my other rights?** If you don't want benefits and don't want to be legally bound by the Court's orders, you must exclude yourself from the Settlement by November 17, 2020. If you do not exclude yourself, you will be bound by this Settlement and you will not be able to sue Sharp for any claims related to the Settlement. If you stay in the Settlement, you may object to the Settlement by November 17, 2020. You or your own lawyer may appear at the hearing at your own expense. The Court will hold a hearing on January 7, 2021, to consider whether to approve the Settlement, a request for \$ 3 million for attorneys' costs and fees, and a service payment of \$1,500 to each Class Representative (\$10,500 total). The attorneys' fees and service payments to the Class Representatives will not reduce the amount of benefits available to Class Members.

**www.SharpMicrowaveLitigation.com   1-800-242-5127**

Sharp Microwave
Settlement Administrator – 7039
PO Box 44
Minneapolis MN 55440-0044

**If You Own or Owned
A Sharp Microwave
Drawer Oven Between
2009 and 2020,**

You Could Get Benefits From
a Class Action Settlement

*Para una notificación en Español,
llamar o visitar nuestro website:
www.SharpMicrowaveLitigation.com*



\* C L M N T  I D N O \* - UAP - <<SequenceNo>>

<<NAME1>>
<<NAME2>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY>> <<STATE>> <<ZIP>>
<<COUNTRY>>

EXHIBIT D

 Gmail

---

## Sharp Microwave Drawer Oven Settlement

1 message

---

**Sharp Microwave Drawer Oven Class Action Settlement Administrator** <SharpMicrowaveLitigation@class-action-administrator.com> 
Reply-To: Sharp Microwave Drawer Oven Class Action Settlement Administrator <SharpMicrowaveLitigation@class-action-administrator.com>
To: ███████████████

If you do not want emails about this matter, please unsubscribe.

*Para una notificación en Español, llamar o visitar nuestro website:*

*www.SharpMicrowaveLitigation.com*

A federal court authorized this notice. This is not a solicitation from a lawyer, **and you are not being sued**.

**You are receiving this notice because you could be affected by a class action lawsuit against Sharp involving microwave drawer ovens.**

A Settlement has been reached with Sharp Electronics Corporation ("Sharp") in a class action lawsuit regarding Sharp-branded Microwave Drawer Ovens ("Class Microwave(s)"). The lawsuit alleges that some of the Class Microwaves contained an issue that caused "arcing through the waveguide," which could cause the microwave to malfunction (an "Arcing Event"). Sharp denies these allegations.

**Am I included?** You are included in the Settlement if you purchased or received a new Class Microwave, or you were the first person to own a residential real property with a new Class Microwave, installed between January 1, 2009, and August 5, 2020.

**What does the Settlement provide?** The Settlement includes potential benefits for eligible Settlement Class Members, including: Limited Extended Warranty; full Replacement; up to $250 cash payment or $500 voucher; and/or reimbursements for certain out-of-pocket payments.

**How can I file a claim?** Eligible Settlement Class Members must file a claim, including the required documentation. Claim Forms are available on the Settlement Website: www.SharpMicrowaveLitigation.com. Click HERE to file your Claim. You may file a claim online or download the Claim Form and send it in via e-mail or regular mail. Claim Forms for any Settlement Class Member whose Limited Extended Warranty has expired on or prior to January 7, 2021, must be received by May 7, 2021. Claim Forms for any Settlement Class Member whose Limited Extended Warranty will expire after January 7, 2021, must be received within two years of the date of any Arcing Event. Eligible Class Members will receive payments

and/or a replacement microwave after the Court approves the Settlement and after any appeals are resolved. Please be patient.

**What are my other rights?** If you don't want benefits and don't want to be legally bound by the Court's orders, you must exclude yourself from the Settlement by November 17, 2020. If you do not exclude yourself, you will be bound by this Settlement and you will not be able to sue Sharp for any claims related to the Settlement. If you stay in the Settlement, you may object to the Settlement by November 17, 2020. You or your own lawyer may appear at the hearing at your own expense. The Court will hold a hearing on January 7, 2021, to consider whether to approve the Settlement, a request for $3 million for attorneys' costs and fees, and a service payment of $1,500 to each Class Representative ($10,500 total). The attorneys' fees and service payments to the Class Representatives will not reduce the amount of benefits available to Class Members.

**For more information, visit www.SharpMicrowaveLitigation.com**

**or call 1-800-242-5127**

EXHIBIT E





## If You Owned A Sharp Microwave Oven Drawer Between 2009 and 2020,

### You Could Get Benefits From a Class Action Settlement

*Para una notificación en Español, llamar o visitar nuestro website: www.SharpMicrowaveLitigation.com*

A Settlement has been reached with Sharp Electronics Corporation ("Sharp") in a class action lawsuit regarding Sharp-branded Microwave Oven Drawers ("Class Microwave(s)"). The lawsuit alleges that some of the Class Microwaves contained an issue that caused "arcing through the waveguide," which could cause the microwave to malfunction (an "Arcing Event"). Sharp denies these allegations.

**Am I included?**

You are included in the Settlement if you purchased or received a new Class Microwave, or you were the first person to own a residential real property with a new Class Microwave, installed between January 1, 2009 and August 5, 2020.

**What does the Settlement provide?**

The Settlement includes potential benefits for eligible Settlement Class Members, including: Limited Extended Warranty; full Replacement; up to $250 cash payment or $500 voucher; and/or reimbursements for certain out-of-pocket payments.

**How can I file a claim?**

Eligible Settlement Class Members must file a claim, including the required documentation. Claim Forms are available on the Settlement website: www.SharpMicrowaveLitigation.com. You may file a claim online or download the Claim Form and send it in via e-mail or regular mail. Claim Forms for any Settlement Class Member whose Limited Extended Warranty has expired on or prior to January 7, 2021, must be received by May 7, 2021. Claim Forms for any Settlement Class Member whose Limited Extended Warranty will expire after January 7, 2021, must be received within two years of the date of any Arcing Event.

**What are my other rights?**

If you don't want benefits and don't want to be legally bound by the Court's orders, you must exclude yourself from the Settlement by November 17, 2020. If you do not exclude yourself, you will be bound by this Settlement and you will not be able to sue Sharp for any claims related to the Settlement. If you stay in the Settlement, you may object to the Settlement by November 17, 2020. You or your own lawyer may appear at the hearing at your own expense. The Court will hold a hearing on January 7, 2021, to consider whether to approve the Settlement, a request for $3 million for attorneys' costs and fees, and a service payment of $1,500 to each Class Representative ($10,500 total). The attorneys' fees and service payments to the Class Representatives will not reduce the amount of benefits available to Class Members.

www.SharpMicrowaveLitigation.com
1-800-242-5127

EXHIBIT F

Legal Notice

# If You Own or Owned A Sharp Microwave Drawer Oven Between 2009 and 2020,

## You Could Get Benefits From a Class Action Settlement

*Para una notificación en Español, llamar o visitar nuestro website: www.SharpMicrowaveLitigation.com*

A Settlement has been reached with Sharp Electronics Corporation ("Sharp") in a class action lawsuit regarding Sharp-branded Microwave Drawer Ovens ("Class Microwave(s)"). The lawsuit alleges that some of the Class Microwaves contained an issue that caused "arcing through the waveguide," which could cause the microwave to malfunction (an "Arcing Event"). Sharp denies these allegations.

**Am I included?**
You are included in the Settlement if you purchased or received a new Class Microwave, or you were the first person to own a residential real property with a new Class Microwave, installed between January 1, 2009 and August 5, 2020.

**What does the Settlement provide?**
The Settlement includes potential benefits for eligible Settlement Class Members, including: Limited Extended Warranty; full Replacement; up to $250 cash payment or $500 voucher; and/or reimbursements for certain out-of-pocket payments.

**How can I file a claim?**
Eligible Settlement Class Members must file a claim, including the required documentation. Claim Forms are available on the Settlement website: www.SharpMicrowaveLitigation.com. You may file a claim online or download the Claim Form and send it in via e-mail or regular mail. Claim Forms for any Settlement Class Member whose Limited Extended Warranty has expired on or prior to January 7, 2021, must be received by May 7, 2021. Claim Forms for any Settlement Class Member whose Limited Extended Warranty will expire after January 7, 2021, must be received within two years of the date of any Arcing Event.

**What are my other rights?**
If you don't want benefits and don't want to be legally bound by the Court's orders, you must exclude yourself from the Settlement by November 17, 2020. If you do not exclude yourself, you will be bound by this Settlement and you will not be able to sue Sharp for any claims related to the Settlement. If you stay in the Settlement, you may object to the Settlement by November 17, 2020. You or your own lawyer may appear at the hearing at your own expense. The Court will hold a hearing on January 7, 2021, to consider whether to approve the Settlement, a request for $3 million for attorneys' costs and fees, and a service payment of $1,500 to each Class Representative ($10,500 total). The attorneys' fees and service payments to the Class Representatives will not reduce the amount of benefits available to Class Members.

**www.SharpMicrowaveLitigation.com**
**1-800-242-5127**

## People picks

### TV | Bob's Burgers

ANIMATED The dependably excellent cartoon series is back. In the season 11 premiere Bob is frazzled because he can't find the key to a safe. He has a surreal midlife meltdown and finds a sympathetic ear in a talking rubber-band ball. "How does anyone do *anything*?" Bob asks the ball. Did we mention that the show is profound? *(FOX, Sept. 27, 9 p.m.)*



### MUSIC | Mickey Guyton, *Bridges*

COUNTRY On this potent new EP, the country artist unflinchingly stares down both the racism ("Black Like Me") and sexism ("What Are You Gonna Tell Her?") that she's experienced in America. Her vocal acrobatics carry the set's heavier moments—and its more carefree ones too, like bubbly "Rosé." *(Available now)*





Q&A

**Chris Messina**
*The actor, 46, stars in the new revenge thriller* The Secrets We Keep, *in theaters this week.*

**What was it like shooting such an intense movie?**
It was fast and furious. It's also kind of a mindf---. You drop into this world and leave your life behind, but that's the fun of it.

**How has life been for you during the pandemic?**
Probably similar to everybody else—I fluctuate from panic to



With costar Noomi Rapace.

peace. I've been finding myself in the ocean a lot here in California. My oldest son has been surfing and teaching me, which has been extraordinary.

**What else do you enjoy doing in your downtime?**
I like photography a lot. It's a nice place I can run off to and not have to show anybody or prove anything.

—JULIE JORDAN

EXHIBIT G

# Consumers Who Own or Owned a Sharp Microwave Drawer Oven Could Get Benefits From a Settlement

NEWS PROVIDED BY
**Greg Coleman Law, Whitfield Bryson LLP, and Tycko & Zavareei LLP** →
Sep 21, 2020, 10:00 ET

WASHINGTON, Sept. 21, 2020 /PRNewswire/ -- The following is being released by Greg Coleman Law, Whitfield Bryson LLP, and Tycko & Zavareei LLP about the lawsuit *Hamm v. Sharp Electronics Corporation*, Case No. 5:19-cv-00488-JSM-PRL, in the United States District Court for the Middle District of Florida.

Sharp Electronics Corporation ("Sharp") has reached a Settlement to resolve a class action lawsuit that alleges certain Sharp-branded Microwave Drawer Ovens ("Class Microwaves") contained an issue that caused arcing through the waveguide, which could cause the Class Microwave to malfunction (an "Arcing Event"). Sharp denies these allegations.

Consumers may be included in the class if they purchased or received a new Class Microwave, or they were the first person to own a residential real property with a new Class Microwave, installed between January 1, 2009 and August 5, 2020.

Eligible class members may be able to get benefits such as a Limited Extended 5-year Warranty; full replacement; up to $250 cash payment or $500 voucher; and/or reimbursements for certain out-of-pocket payments if their Class Microwave experienced an Arcing Event or if their Class Microwave experiences an Arcing Event in the future.

To get benefits, eligible class members must file a claim and include any required documentation. Claim Forms are available at the website, www.SharpMicrowaveLitigation.com, or by calling 1-800-242-5127. Individuals may file a claim online or download or obtain a copy of the Claim Form and send it in via e-mail or regular mail. Individuals whose Limited Extended Warranty expires before January 7, 2021 and who have experienced an Arcing Event must submit a Claim Form by **May 7, 2021**. Individuals whose Limited Extended Warranty has not expired as of January 7, 2021 and who have experienced an Arcing Event or experience an Arcing Event in the future must submit a Claim Form within two years of the date of the Arcing Event.

Those affected should visit the website www.SharpMicrowaveLitigation.com or call 1-800-242-5127 to learn more about this Settlement and how it could affect their rights.

**Important Information and Dates:**

- Eligible class members must object to the Settlement by **November 17, 2020**.
- Eligible class members must exclude themselves from the Settlement by **November 17, 2020**.
- Eligible class members whose Class Microwave already experienced an Arcing Event or whose Class Microwave experiences an Arcing Event in the future, must submit a Claim Form in accordance with the dates set forth above.
- The Court will hold a hearing on **January 7, 2021** to consider whether to approve the Settlement, a request for $3 million for attorneys' costs and fees, and a service payment of $1,500 to each Class Representative ($10,500 total). The attorneys' fees and service payments to the Class Representatives will not reduce the amount of benefits available to Class Members. You and your own lawyer can appear and speak at the hearing, but you do not have to.

**For more information:**

- Visit: www.SharpMicrowaveLitigation.com
- Call: **1-800-242-5127**

SOURCE Greg Coleman Law, Whitfield Bryson LLP, and Tycko & Zavareei LLP

EXHIBIT H

**Banner Ad**



**Facebook: Sponsored (Right Side) Ads**



**Bing/Yahoo! and AOL, Google AdWords, and other search platforms: Expanded Ads**

Desktop

Own or Owned a SHARP Microwave | Drawer Oven?
Ad  www.sharpmicrowavelitigation.com
You Could Get Benefits From a Settlement

EXHIBIT I

## Total Pickup by Source Type



- Newspaper (34/40.0%)
- Online News Sites & Other Influencers (20/23.5%)
- Broadcast Media (13/15.3%)
- Financial News Service (8/9.4%)
- News & Information Service (3/3.5%)
- Other (7/8.2%)

## Total Pickup by Industry



- Media & Information (59/69.4%)
- Financial (19/22.4%)
- Retail & Consumer (2/2.4%)
- Tech (2/2.4%)
- Business Services (1/1.2%)
- Other (2/2.4%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated.

Total Exact Matches: **85**
Total Potential Audience: **119,171,140**.

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| YAHOO! FINANCE | Yahoo! Finance<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 41,360,037 [1]<br>visitors/month |
| | MarketWatch<br>Online 🖥 View Release | United States | Financial News Service | Financial | 30,477,663 [1]<br>visitors/month |
| AP | AP NEWS [The Associated Press]<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | 21,837,110 [1]<br>visitors/month |
| Seeking Alpha | Seeking Alpha<br>Online 🖥 View Release | United States | Financial News Service | Financial | 7,818,508 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| **CISION** | PR Newswire<br>Online 🖥 View Release | Global | PR Newswire | Media & Information | 6,270,744 [1]<br>visitors/month |
| **BENZINGA** | Benzinga<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 4,025,556 [1]<br>visitors/month |
| **MORNINGSTAR** | Morningstar<br>Online 🖥 View Release | Global | Financial Data, Research & Analytics | Financial | 2,701,661 [1]<br>visitors/month |
| | WFMJ-TV NBC-21 [Youngstown, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 635,861 [1]<br>visitors/month |
| **Daily Journal** | Daily Journal [Tupelo, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 617,288 [1]<br>visitors/month |
| **WBOC 16** | WBOC-TV CBS-16 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 428,889 [1]<br>visitors/month |
| | KTVN-TV CBS-2 [Reno, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 379,473 [1]<br>visitors/month |
| | StockHouse.com<br>Online 🖥 View Release | Canada | Trade Publications | Financial | 371,239 [1]<br>visitors/month |
| **RFD TV** | RFD-TV [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 143,901 [1]<br>visitors/month |
| **Financial CONTENT** | FinancialContent - PR Newswire<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 121,820 [1]<br>visitors/month |
| **WRAL.com** | WRAL-TV CBS-5 [Raleigh, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 121,820 [1]<br>visitors/month |
| **Townhall Finance** | Townhall Finance<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 121,820 [1]<br>visitors/month |
| **TAMAR SECURITIES** | Tamar Securities<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 121,820 [1]<br>visitors/month |
| **International Business Times** | IBTimes<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 121,820 [1]<br>visitors/month |
| **rrstar.com** | Rockford Register Star [Rockford, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 121,820 [1]<br>visitors/month |

| | Great American Financial Resources<br>Online 🖥 View Release | United States | News & Information Service | Financial | 121,820 [1] visitors/month |
|---|---|---|---|---|---|
| | Franklin Credit Management<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 121,820 [1] visitors/month |
| | Value Investing News<br>Online 🖥 View Release | United States | Financial News Service | Financial | 121,820 [1] visitors/month |
| | Dow Theory Letters<br>Online 🖥 View Release | United States | Banking & Financial Institutions | Financial | 121,820 [1] visitors/month |
| | Daily Penny Alerts<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 121,820 [1] visitors/month |
| | Benefit Plans Administrative Services<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 121,820 [1] visitors/month |
| | Ascensus<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 121,820 [1] visitors/month |
| | 1st Discount Brokerage<br>Online 🖥 View Release | United States | Financial News Service | Financial | 121,820 [1] visitors/month |
| | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 96,416 [1] visitors/month |
| | WICZ-TV FOX-40 [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 83,798 [1] visitors/month |
| | Spoke<br>Online 🖥 View Release | United States | News & Information Service | Business Services | 50,990 [1] visitors/month |
| | Suncoast News Network [Sarasota, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 40,864 [1] visitors/month |
| | WRDE-TV CBS [Milton, DE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 24,754 [1] visitors/month |
| | Daily Herald [Chicago, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 16,182 [1] visitors/month |
| | NewsBlaze US<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 13,019 [1] visitors/month |

| | | | | |
|---|---|---|---|---|
| Ask.com<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 6,113 [1]<br>visitors/month |
| Virtual-Strategy Magazine<br>Online 🖥 View Release | United States | Trade Publications | Tech | 5,843 [1]<br>visitors/month |
| One News Page Unites States Edition<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 5,008 [1]<br>visitors/month |
| The Daily Press [St. Marys, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,054 [1]<br>visitors/month |
| WBOC-TV FOX-21 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 3,713 [1]<br>visitors/month |
| KJUN-TV / KFOL-TV HTV10 [Houma, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 3,693 [1]<br>visitors/month |
| Buffalo News [Buffalo, NY]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,012 [1]<br>visitors/month |
| Oklahoman [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,004 [1]<br>visitors/month |
| ProfitQuotes<br>Online 🖥 View Release | United States | Financial News Service | Financial | 2,591 [1]<br>visitors/month |
| Ticker Technologies<br>Online 🖥 View Release | United States | Financial News Service | Financial | 2,316 [1]<br>visitors/month |
| Ridgway Record [Ridgway, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,215 [1]<br>visitors/month |
| Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,165 [1]<br>visitors/month |
| Minyanville<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 2,071 [1]<br>visitors/month |
| myMotherLode.com [Sonora, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,950 [1]<br>visitors/month |
| Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,931 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Daily Times Leader | Daily Times Leader [West Point, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,448 [1]<br>visitors/month |
| The Chronicle Journal | The Chronicle Journal [Thunder Bay, ON]<br>Online 🖥 View Release | Canada | Newspaper | Media & Information | 1,172 [1]<br>visitors/month |
| thepilotnews.com | The Pilot News [Plymouth, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,109 [1]<br>visitors/month |
| Evening LEADER | The Evening Leader [St. Marys, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,064 [1]<br>visitors/month |
| Winslow, Evans & Crocker, Inc. | Winslow, Evans & Crocker<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 997 [1]<br>visitors/month |
| The Saline Courier | The Saline Courier [Benton, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 992 [1]<br>visitors/month |
| Times-Record | Valley City Times-Record [Valley City, ND]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 934 [1]<br>visitors/month |
| FAT PITCH FINANCIALS | Fat Pitch Financials<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 931 [1]<br>visitors/month |
| MorningNews | The Morning News [Blackfoot, ID]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 924 [1]<br>visitors/month |
| BORGER NEWS-HERALD | Borger News Herald [Borger, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 875 [1]<br>visitors/month |
| Mammoth Times | Mammoth Times [Mammoth Lakes, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 772 [1]<br>visitors/month |
| WAPAKONETA DAILY NEWS | Wapakoneta Daily News [Wapakoneta, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 740 [1]<br>visitors/month |
| Big Spring HERALD | Big Spring Herald [Big Spring, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 710 [1]<br>visitors/month |
| SEATTLE 24×7 | Seattle 24×7<br>Online 🖥 View Release | United States | Trade Publications | Tech | 665 [1]<br>visitors/month |

| | The Deer Park Tribune [Deer Park, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 648 [1]<br>visitors/month |
|---|---|---|---|---|---|
| | Starkville Daily News [Starkville, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 643 [1]<br>visitors/month |
| | The Punxsutawney Spirit [Punxsutawney, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 602 [1]<br>visitors/month |
| | ArlingtonWatches<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Retail & Consumer | 574 [1]<br>visitors/month |
| | My Silly Little Gang<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 565 [1]<br>visitors/month |
| | Sweetwater Reporter [Sweetwater, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 554 [1]<br>visitors/month |
| | Malvern Daily Record [Malvern, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 545 [1]<br>visitors/month |
| | Minster Community Post [Minster, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 513 [1]<br>visitors/month |
| | The Post and Mail [Columbia City, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 498 [1]<br>visitors/month |
| | Decatur Daily Democrat [Decatur, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 491 [1]<br>visitors/month |
| | Poteau Daily News [Poteau, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 431 [1]<br>visitors/month |
| | The Antlers American [Antlers, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 398 [1]<br>visitors/month |
| | The Kane Republican [Kane, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 387 [1]<br>visitors/month |
| | The Observer News Enterprise [Newton, NC]<br>www.observernewsonline.com<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 321 [1]<br>visitors/month |
| | Inyo Register [Bishop, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 315 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Axcess News | Axcess News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 311 [1]<br>visitors/month |
| FOX43<br>WTNZ · Knoxville, TN | WTNZ FOX-43 (Knoxville, TN)<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 195 [1]<br>visitors/month |
| manhattanweek.com | Manhattanweek<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 194 [1]<br>visitors/month |
| FOX34 | WDFX-TV FOX-34 [Dothan, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 183 [1]<br>visitors/month |
| FOX28 | WPGX-TV FOX-28 [Panama City, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 176 [1]<br>visitors/month |
| IU<br>INVERTIR USA | Invertir USA<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 151 [1]<br>visitors/month |
| 1stCounsel<br>Legal News, Content Marketing. | 1stCounsel<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Policy & Public Interest | Not Available |

*Data sources: [1] **⟲ SimilarWeb** [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach

*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.

EXHIBIT J

**REQUESTS FOR EXCLUSION**

| Rust ID | Name |
| --- | --- |
| 88831 | STEVE SHEA |
| 197809 | ALLEN/BARBARA STAATS |
| 208314 | MARGARET KELLY |
| 211499 | CYNTHIA PERGREM |
| 633772 | SUSAN M. STODDARD AND JULIEN PHILLIPS |
| 65085 | DENISE MASON |